*CDJ*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

19    0196

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 7901 State Road, Philadelphia, PA 19136 _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____ Philadelphia _____

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☐

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __01/14/2019__    _Paul McCork_    _____
  *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.    Federal Question Cases:**

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☑ 7. Civil Rights   550
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
  *(Please specify):* _____

**B.    Diversity Jurisdiction Cases:**

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):*
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
  *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____    _____    _____
  *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

CDJ

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Harris                                    :        CIVIL ACTION
                                          :
                    v.                    :
                                          :        NO. **19    0196**
F.O.P., et. al.                           :

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human
     Services denying plaintiff Social Security Benefits.                                     ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
     exposure to asbestos.                                                                    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
     commonly referred to as complex and that need special or intense management by
     the court. (See reverse side of this form for a detailed explanation of special
     management cases.                                                                        ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   **550** (☒)

JAN 1 4 2019          _Dal Mc Gl_                    _____
**Date**                **Deputy Clerk**              **Attorney for**


_____    _____          _____
**Telephone**            **FAX Number**                 **E-Mail Address**

(Civ. 660) 10/02

D Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

*C D J*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |
|---|---|
| *Corwin Harris 1974* | Case No. **19    0196** |
| _____ | *(to be filled in by the Clerk's Office)* |
| Plaintiff(s) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| -v- | |
| | |
| *P.O.P, PPD., P.O.P, C.J.C, Court of Common Pleas* | |
| *Phila. D.A. office Narristown* Defendant(s) *$ Samuel Hodges Sr. Jr.* | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                              *Corwin Harris   2974*

All other names by which
you have been known:              *Corry Harris*

ID Number                         *836120*

Current Institution               *CFCF*

Address                           *7901 State RD. 19136*

*Phila.*                    *Pa.*         *19136*
     City             State      Zip Code

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (*if known*) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                *Phila. Dept. Prisons*

Job or Title (*if known*)    *(Under Maylia his indevidal and official capacity)*

Shield Number        *The corrections officers employed at*

Employer             *CFCF / DTCC   Between  2/18/17*

Address              *il · 30 · 18   rather · civil as well as offied*

*capacity   Phila.   Pa.   19136*
        City        State      Zip Code

☑ Individual capacity   ☑ Official capacity

Defendant No. 2

Name                *Fraternal Order of Police and the Phila. Police Dept.*

Job or Title (*if known*)    *35th District / 25th District / 24th District*

Shield Number        *9th District / Northeast Detectives*

Employer

Address

*Phila.*                *Pa.*         *19148/3)*
     City         State      Zip Code

☑ Individual capacity   ☑ Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3

Name _Phila. Court of Common Pleas_

Job or Title *(if known)* _Commonwealth state of Pa., Cate_

Shield Number _The listed Judges who Presided ove-_

Employer _issues deriving from 3.17.17 arrest_

Address _of Defendant Khayrm Harris CA 51-CR-0008935-2017_

| | | |
|---|---|---|
| _Philadelphia_ | _Pennsylvania_ | _19107_ |
| City | State | Zip Code |

☑ Individual capacity   ☐ Official capacity

Defendant No. 4

Name _Phila. District Attorney office_

Job or Title *(if known)* _all District attorneys assigned to proceed_

Shield Number _in matter regarding Khayrm Harris Pend_

Employer _ing Defendant in Court of Common Pleas_

Address _as of 3.17.17 until present_

| | | |
|---|---|---|
| _Philadelphia_ | _Pennsylvania_ | _19107_ |
| City | State | Zip Code |

☑ Individual capacity   ☑ Official capacity

Ⓚ Samuel Hodges SR Ⓖ Samuel Hodges JR Ⓘ Erik thomas

I.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)  _Dept. of Homeland Security._   _Hinnov a conspirator in the theft_

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Ammendment #1   Ammendment #2   Ammendment #4   Ammendment #5   Ammendment #6_
_Ammendment #7   Ammendment #8   Ammendment #9   Ammendment #10   Ammendment #11_
_Ammendment #12   Ammendment #13   Ammendment #14 sec.1_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_Pa. Declaration of Rights 1, 2, 3, 4, 7, 8, 9, 11, 12, 13, 21, 25, 26, 27._
_U.S. constitution feds 2nd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 11th,_
_13th & 14th Ammendments_

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The persons in review used this shielded identities to enter into a 4th Amendment secured area without consent claiming that consent was to the building owner not the lease holder who has endorsed & paid for the right of the power of attorney & has reasonable expectation of privacy therein, they also agreed to accept Drugs to buy their silence

**III.    Prisoner Status** about the true nature of the illegal raid with no disposed records

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

**IV.    Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Dr. Ethel D. Allen Elementary School / William H. Ziegler Elementary school Julia De Burgos Middle magnet school / Randolp skills center / Edison Highschool Murrel E. Dobbins / Olney Highschool / Samuel E. Fots / Rob Anton Allick

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

CFCE / P.I.C.C / H.O.C / D.C / NORRISTOWN STATE HOSPITAL

Part D page 4 of 11

Phila. County District Attorney office

Acted in their official capacities attempted to obtain a plea bargain admission of guilt in this criminal issue. Having done so by presenting false information to the Judge "By stating; that a weapon was found in my Bedroom, although the property receipt for the recovered 2 weapons is clearly listed as being in the 2nd floor common bathroom of a 3 story rooming house wherein all Tenants have access to the same restroom. The District attorney lied flat out to have this erroneous issue assigned a trial date. Each district attorney assigned also concealed prior knowledge of the defendant from William H. Ziegler Elementary School & Fels career program at Samuel Fels. I believe 2 of the Females involved also lived specifically in Wissonoming & attended Northeast Highschool the Male individual lived near 18th & OLNEY. They each concealed in a professional Setting their social knowledge & involvement with the Defendant on an individual capacity on multiple Occasions Prior to the court date, Hence & thereby violating

*with doesnt address me*

① The 2nd Ammendment; for the filing of any charges that contest, conflict, differ or misconstrue the 2nd ammendment of the U.S. constitution

② the 4th Ammendment; The plaintiffs discovery statements verify me as a tenant the Owners statement (sam Hodges SR.) also verify me as a leased tenant to the 2nd fl, front Room; although he attempted to override my 4th ammendment right & power of attorney to a sealed & locked area that remains sealed in the eyes of thee laws of this state & nation unless the Key & Lease holder renders consent or is the subject of a legally binding judicial Warrant. The DA while in cohorts to steal narcotic related equiptment purgered themselves & attempted to subdue the defendants 4th ammendment right (reasonable expectation

Phila. County District attorney cont. page 2

The 9th Ammendment: each of my rights as an entitled citizen of the U.S. were infringed on a state of denial & disparagement unlawfully & without repramand This is totally unexceptable

The 10th Ammendment: No prohibition was or is in place governing my action in the assisting of a person screaming to be freed from the grasp of a captor the Housing bill #40 Castle doctrine directly defends me in my action, The Criminal statute for Burglary & Criminal tresspas also defend me as a citizen & license person to enter the establishment the Landlord unknowingly defended me by making it clear that I am a lease holding tenant with legally provided a verble defense Directly from the owner of the said property with then made prosecution illegal & null because he verified My license to enter & inact my will on the said property with rent & payments in a valid state at the time of the altercation between his son & his girlfren I had the right to break a fight that recklessly endangered a 2 year old that caused a massive disturbance on the premises & remored my peace of mind also invading my privacy & threatening my safety

The 13th Ammendment: I've been imprisoned falsely for 21 months nearly 2 years without having been duely convicted although I am a BORN citizen of the United States

The 14th Ammendment: My Constitutional rights have been abridged and the laws of the nation & state regarding Burglary, assault, criminal trespass, Terroristic threats & possesion of a firearm, poss. of instrument of a crime Reckless endangerment, have been Neglegently & unlawfully persued in a state of Malice in the Official Capacity & under the color Of law based upon or stemming from happenings in the individual capacity or Social Establishments between the defense & the district attorneys who were present in the court intending to cause unnecessary delays since 3.17.17 until present date

Court of Common Pleas   G.J. Center

The Court of Common Pleas should also be sighted & adjudged as guilty
in violation of the same ammendments as the District Attorneys office
for the allowance of erroneous charges to stand a striulable in court
of law after failure to established Prima facie in Preliminary hearing
s with the observance of a multitude of inconsistent statements
by the plaintiff verses his own witness, & by the plaintiff verses his
own father's statements (toward you who was warned that he didn't have
to be interviewed at all) also by the plaintiff verses the police
investigators & 1st responders. The Judge was biased he was
asked to recuse himself in his official capacity due to social
involvement & prior knowledge of the defendant in his inclusive
capacity he had been at my home, he was employed at my school
& his infractions were malicious. His involvement with Mrs. Zerwick
was far more than unprofessional His identify remains in question
in her discharge investigation from Dr. Ethel M Allen Elementary school
where & when she Mrs. Zerwick was giving Felatio to an Un-Determined
man who I eye witnessed as Plaintiffs Exhibit in 1986. The
Charade in that Courtroom was Revenge after a classroom of 6 year
olds told that Mrs. Z.'s Breast was exposed & that a white man
was standing in front of her with her Breast Felice in her mouth
when we returned from recess. It was then that she and her maid
& The Bigger Boys helped Mrs. Meyers, Mrs. Bosset, Mr. Castihor, cleaned
her classroom & sanitize the students desks, & that wasn't the
End of them & escapades although Plaintiffs Exhibit wasn't over
captured for Detaining Prostitution while taking of pictures of
Children within the Classroom in Dr. Ethel Dallen Elementary school
on the 1st flr. I remember vividly helping to push the piano into a
neighboring classroom after she was terminated & refused to relinquish

Court of common pleas could

This House is a small mansion with a big swimming pool area that has kind of a gratis (Braun) where I was invited. In year 2 or following days I was a chips clerk at both persons who intended to all the things. The judges where they engaged in their lude acts the Judge Chabro, Erlihih was present at that day also the 1st responder Richidono & Stephen Piliscek who had previously known. They requested samplings; we refused, they then offered us a teenaged girl for sexual intercourse as a trade for 40th of drugs we again refused. We turned & exited after seeing partially dressed female approx 12-13yrs old & their companions with an erect build as we departed we were assaulted by 5 men being police each of them were here on this case out of their district on 3.17.17 the arson official (?) was observed sexually penetrating the child. a report was filed the establishment was raided but the persons involved on that day weren't there, other persons were there when the raid had taken place. Rosemary 2 records is a groomer of a sexual sort who trains children to render favors in sexual exploitation & whores that wounds, wombs & pregnancies, I've been informed that she has several a daughters who I know 1 that works at Phoenix Prison who she was attempting to use as an arbitrator after & introducing me into a 5 year conviction with the state. she intended to get me to buy her drugs in exchange for sexual favors or oral delivery compromise to bring me a buy & buy you a buy back but this was to her assuming I was because I desired buy & I never requested any such thing. I requested her removal because I was not about to be subjected to her misery & gesturism in a simulated game so silent partner. The Judge had Selected his "Sixode" too represent me & their, the eye's. Only an idiot would agree & other her introdessy to repre= thier next was pompass (?) sexual gangster aingdin

Counted common pleas pg.3

Pa. Declaration article 7 - each time I attempted to speak I was silenced & interrupted by persons who deemed themselves more knowledgable than I.

Pa. Declaration Article 8 - I've been repeatedly robbed at gunpoint abducted adbucted & illegally subjected to Reckless, violent & negligent behavior by the courts orders, the sheriff's neglegents, the Dept. of corrections the Police Dept. totalling well over 100k in property destroyed & stolen including inventions & Ideaology that was stolen that is priceless And cannot be replaced legally reproduced or reciprocated I've been strip-searched, property confiscated, cell searched, clothing searched mail read & handled, legal documents stolen & scensored each time & day being a miscarriage of Justice & a violation of my 4th amendment U.S. & 8th of the state

pa. 9th article. I've been deprived of my life, Liberty & property without judgement of my Peers in accordance with the law of the land It's been 22 months that's 4x the legal allowance for a speedy trial with various poor excuses for why the court needs to continue #1, 4th with psych eval #2 Court overwhelmed with too many cases for a trial when in reality there was no plaintiff & the Judge covered for the D.A. when they were unprepared to enter jury selection on 12.11.17 & again on 10.9.18 & again on 10.10.18

pa article 11th - each injury done to me in my land, goods & person & reputation has been without remedy because of Marvin Williams who doesn't know the Pa. General Assembly from Texas stand your ground law when presented Castle Doctrine #40 as my primary immunity from prosecution even after I proved tenancy with discovery & the testimoney of plaintiff

pa. article 13 - why was Bail revoked on a agg. Ass case against a man not a female; who mind you had no medical injury as proven by discovery reports no medical treatment was obtained & none needed 250,000 & currently revoked was a rediculous bail for manslaughter or attempted murder

Phila Dept of Prisons C.F.C.F. - P.I.C.C

Aggravated assault both staff & Prisoners, Inhumane Punishment poisoning and Multiplicities and daily ritual abuse. Sexually degrading comments, gestures antagony, verbal threatening, deprivation of prisoner rights in accordance to the Handbook of the facility & the state law Torturous Conditions including taunting with both snakes & rats literally deprivation of sanitary items necessary medications, stealing private property to insight fighting, gang activity, Trading sexually explicit photographs videos, facility investigational videos, pairing up Berbarian style gladiator matches in Cell mate vs. Cellmate order each being orchestrated by prison officials who knew Personally the prisoners in Question from the Neighborhood, schools, Previous Occupations, Nightclubs & various other settings all of these being conducted in an arena style colliseum paid for by the taxpaying citizens of the this Commonwealth they have violated the ammendments of this United States constitution

Ammendment 4 I have unreasonably searched & seized within the facility in a degrading derogatory & Inappropriate manner "Once the garret handheld wand has been introduced, along with the gastr0 ionoscopic chair infullon fiberoptics then still along with random probing by drug sniffing dogs & routine touring, then why for any reason is a strip search or shakedown necessary? The force upon many men sexual submission, ridicule & to view the human body pornography with literally cameras, cellphones, video cameras and to indulge in absolute scent of flock as the clothing is being handled. This inhumane practice has been thoroughly obsolitized by the current state of technology

1. a handheld metal detector can find any item made of condensed or ionized steel/s including aluminum

2. the gastro chair is an x-ray machine designed to view concealed contents of the stomach and orifice vagina or ANUS electronicly, the dogs are trained in drugs & explosives burned or in storage so why are there a non-heared

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

C.    What date and approximate time did the events giving rise to your claim(s) occur? *arrest 3-17-17 ongoing until present date - 11-11-18 - these were included in an anniversary style fashion for 25th district harassment marking the event days late 25th District Sargent Departing Edison flightschool by transfer after my Mothers death*

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*each of my civil constitutional rights where violated - I was forbide to a library, church services clean uniforms, soap, deodorant, toothpaste, G.I supplies, cups, pens comb, blanket toothpaste the laws that are in place to prevent this treatment was ignored and everyone was in order. I was repeatedly assaulted in a derogatory & sexual nature I was ridiculed taunted & manipulated other prisoners were also assaulted even murdered on that unit at I Blvd P.I.C.C. even the Major conspired to cover each incident including the theft of property that was awarded further black workers to take the other my injuries & participate in narcotic distribution & prostitution rings active in the prison's depth.*

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*Severe irritation from mace #1 having had beenfed mace in food trays #2 having been mace'd about genitals and anus during atleast 8-15 person group assault, also sustained broken nose with no follow up care sprained shoulder, swollen right eye rashsotes & disease present on my skin multiple times between 11/11-18 & Feb-2018. I was denied pain medicine for arthritis & Allergies my food was repeatedly poisoned by Correction with mace and/or cabaine & other substance procured to be my ass plied artifacts stolen from my home or made available. This online ordeal was to cast doubt again after previous... & photograph pressured to bed cry in Jan 2008 my vision is declining my hand aches are almost everyway, my mouth right leg has a bad straddle tare between pelvis & thigh right shoulder rotator is over thrown. Tooth is bangining*

VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*$ 999,999,999,999 a secure punative amount based upon the level of mistreatment and the ongoing cycle of rebelliousness to the laws & there purpose We the people of the Commonwealth aren't screaming change the Laws we were screaming abide by the Ones that are currently in place, to not authorize & this Heinous behavior isn't reportable with par money unless its an absolutely crippling amount that disables the undesired deviants from function I deserve the maximum possible allowance for enduring almost 7 years of malicious Vendetta style torture that included food poisoning, Drug Lacing & progeny from ex school mates who were coralled into sexuality & given position as..... & police who actively participated in stealing, lying falsifying reports & attempting murder in conspiracy with each other peace officers ......... dirty deeds from school*

Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." *None reasonably possible - each grievance has been ignored & the Warden is likely the top of this vendetta's chain although the individual that helped his forgot assed son*

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes    *although some prior events accumulated those events that are currently undeniable*
☐ No    *by the statutes of limitations each of these listed are currently valid & applicable*

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*CFCF also @ P.I.C.C. / D.C. H.O.C. Norristown state Hospital*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
     concerning the facts relating to this complaint?

☑ Yes   *as well as sick calls for medical assistance which was denied*

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

*CF-CF also @ P.I.C.C.*

2.   What did you claim in your grievance?

*All neglect abuse prior knowledge and interaction that remained secret from
the superiors who would be interviewed only to disclose their involvement*

3.   What was the result, if any?

*- Conspiracy continued harrasment total abandonment of civil procedures*

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If
     not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

*I was totally ignored by the major guards office facility will
notice of individual capacity regarding David Duque Magi
attendance at Walton H. Ruyser Elementary School Phila Pa.
Smith & Cambridge RD. 1989-1992 He breached his official capacity
under color of statute to enforce his personal vendetta from 91-92
over his sons anal irritation looking for a nigger to hold responsible for it*

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_Conspirators_

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_Conspirators_

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_each person from the Warden to the block officers were in conspiracy (literally, his sons friends people who eat in his shaw_

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**¶    Previous Lawsuits** _c/o v. Defendants state i destroyed the original copy of this document when i asked him to give it to the Lt. Thomson so that it could be copied to preserve the integrity of the document_

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, <u>unless the prisoner is under imminent danger of serious physical injury.</u>" 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

_They attempted to prevent me from filing this complaint from inside the prison by destroying the 1983 form from Ms. Barkman_

If ... s, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

part G   page 8 of 11 response                                    pg.1

Lt. REID   - OLD YORK ROAD & LUZERNE / CHEW & CHELTEN / W.CALLANE

Sgt. Crawford - Fern Rock transportation Center - 11th st. & olney avenue

C/o Thomas - Widener place west oak lane  the parent of the witness on the
case against me  Erin Thomas

C/o Ty Thomas the sibling of witness & Terry Thomas her brother a prisoner
from Detention Center in 2005  - High still st. germantown / 9th & Allegheny
HAZZARD st. "Lot block".

S. Kenner  olney Highschool - Russel st. Pike st. same block as witness From
2702 case  fake rape claim in 2002 Hunting Park

S. Carrol - same block  pike st. Russel st. Venango st. Carmen stating
ring Olney highschool  (she's a full time prostitute on oldyork road & germantown
ave

K. Banton - 1300 block of Lycoming st. oldyork road & Luzerne st.
olney highschool 1997

Sgt. Major  olney Highschool 97  (I believe 5th & Spence or somerville

cert Sgt. Dunlap - their pimp in his individual capacity since 1995
at club illusions formerly Bobby Dance's he actually had a physical
confrontation for ownership of these "wellers" with a Teenage Boy
for property rights of this stable at oldyork road & erie I was an
eye witness "I admit I was also the person holding the gun because he
this friend claimed they were licensed & armed with guns that's why I
had been summoned to protect him after he was threatened by armed C/o s
in their individual capacity "That person was my good friend in highschool"
who is also formerly a C/o. - he's the enforcer but he's a coward that likes
anally raping women (Dunlap)

Cert C/o Nunez  he's a Homosexual with a masculine dress
I gave him a black eye in highschool  olney high 2nd flr bathroom
He's a Homo sollicitor that thinks he can just say "ok I was playing

Pg 2

¾o Hurley fake ninja dude I fought him in Edison High 2x he's a loser that watches too many movies he's not truly a professional

verbal dis.
shakedowns

¾o Basinger golden gloves coward likes to hit & run I fought him also

¾o Hoover " coward also known as RATA a federal informant turned C/o after he falsified a claim against his aunt Sonya in the 90's with some shit that he & his friends stole from a drugdealer on Lurray street a robbery in which someone was killed Hoover was directly involved & ran to the value store on 5th Tabor Rd, He persued a career as police to hide where they'd least expect, amongst them!

¾o Gonzalez. Used to be employed at a bodega at 9th & Lindley ave, where he sold drugs over the counter in a school zone several times customers complained about the quality & authenticity of his drugs because he was cutting the drugs with over the counter boric acid roach powder from the shelves in the store then he put the remaining portion back on the shelf & sell a tampered used product. some individual whom he had retailing narcotics for him on 5th st, between Roosevelt blvd. & godfrey ave, got into a fist fight & was stabbed after selling gonzalez's drugs (which were fused) he gave back the bundle to gonzalez, gonzalez told him to wait then gonzalez went into the Apt, upon the 2nd floor & shot out of an open window striking the subject he acted as if he was protecting the property although he was enforcing his drug retail business which was ruined by roach powder, After that shooting some friends & relatives of the victims sprayed a fully automatic AK-47 into that store in retaliation & spray painted all over the front of the store screaming kill ya roaches with those "meaning bullets" - He's currently a commissary thief that works in the Hole on A-1-2 everytime people go to the hole he steals their food walkmans batteries he even stands there ogleing pictures of your wife & kids while your in shackles I fought him for control over hutchinson & lindley when he was claiming P.R. gang Puerto Rican Princes after the loss he quit a job

I moved away from there 17yds later. I moved onto Hutchinson in the 5100 block after some new young people where out there doing their thing 5131 N. Hutchinson St. was burglarized by associates of these persons all of my property was stolen in April 2013 which proved an ongoing grudge although no-one was addressing it. there was backbiting & coward's tip-toeing

To Manning I know him from Launcrest William H. Ziegler Elementary that hungout in mayfair in the 1990's he has a brother almost identical to him in the feds for selling MadgePadge "I'm not sure but I think he went to Lincoln Or Sav. High school
To Somers Ziegler Elementary "Devereaux ave area (he used to skateboard in driveway
To Pistacio Ziegler Elementary school - I've seen him since athletic days (but never had a social event)
To V. Delconado Ziegler Elementary another faggot who was sexually molested by Francis Riley for Pretzels & never told anyone even though we pryed the closet open when it happened M. martin, Niel, J. Nicholson, Kindler, E. miller & I. we were watching him because of what happened the 1st time with David May I can't remember the little girl's name but the father used to call her Ms. McGovern He was a witness to that day as well As I understand that male members of the staff were requested to give a blood sample for analysis to compare to whatever sample was collected from the victim anyhow Francis Riley was the rapist who penetrated that boy & several others who were being paid in pretzels & quarters. These kids need counseling & encouragement to fess up because this idiot & his accomplice Stephen Pisarek literally held peoples hands & feet in rapist acts on that school campus after prying them with those pretzels & coins. This lunatic is listed as a L.D. case Learning Disability who doesn't comprehend the difference between reality & fiction nor does he have the mortal ability to rationalize between what is appropriate & innappropriate check his academic file He is currently responsible for 2 unwarranted raids on private property at 2 seperate addresses either claiming explosives or some unexplained device he phones in fake bomb threats as an active member of the bomb squad) stephen Pisarek is his accomplice he requested a transfer into 25th District to find me. my last known address to those idiots was 2531 Nth 5th St, 19133

I'm sorry, He caught the 57 Bus from near allegheny & frond st.
C/o Young - another queer patron of prostitution he's a wife beater
from fisher crossing projects he also attended olney highschool
He & nunez attempted to 2 man bank me in olney high school - They
stole property inside of CFCF trying to cause or predict my reaction
so that any physical actions needed could be under the color of statute
in their uniformed duties although it stems from social inadequacies
of the individual capacity
C/o R. Richards local loud mouthed dickhead who antagonizes the prisoners
just to call a response & then there will be new videos for today
& new photos for the girls he's a liar on every report he's mr. magic
as in the magic words Bitch, pussy, faggt, Dick eater, he will verbally
disrespect & belittle you to make sure that the reaction is priceless
then the more & cert response "Bitch I will Kill you" isn't that a
terroristic threat? Then his actions under statute in his uniformed
place of work is a crime stemming from a fake write up to provoke assault
then play the game of "oh he hit me 1st look at the tape"
C/o Walls - Dread faggot excuse he "Homosexual ex exotic dancer
with scrawny lower body He was repremanded one night at genesis
night club near wayne junction in a struggle where he was removed
from the venue & somehow a bouncer accidentally threw his auto keys on
the roof, he was drunk, obnoxious & threatening to go into his trunk like
a gangster Not a licensed reponsible adult. so that was prevented by removal
of his auto keys. the fire dept. had to come fish out his keys from the roof
I laughed in his face but I never touched him
C/o Boone Good cop he acts like its all good plenty of smiling & kind words
But when it goes down he's the 1st to do you dirty he trains in boxing
to increase punitive efficiency "working the hole black" I know him whole
team & I fought atleast 6 of them

part G   page 8 of 11 response                                    pg.1
Lt. REID   - OLD YORK ROAD & LUZERNE / CHEW & CHELTEN / W.OAKLANE
Sgt. Crawford - Fern Rock transportation Center - 11th st. & olney avenue
C/o Thomas - Widener place west oak lane  the parent of the witness on the
case against me  Erin Thomas
C/o T. Thomas the sibling of witness & Terry Thomas her brother a prisoner
from Detention Center in 2005 - Highstill st. germantown / 9th & allegheny
HAZZARD st. "Lot block".
S. Kenner   olney Highschool · Russel st. Pike st,  same block as others  from 2002 case
fake rape claim in 2002 Hunting Park
S. Carrol - same block   pike st. Russel st. Venango st. Carmen skating
ring  Olneyhighschool  (she's a full time prostitute  on oldyork road & germantown
ave
K. Barton - 1300 block of Lycoming st.  oldyork road & Luzerne st.
olney highschool  1997
Sgt. Major  olney Highschool 97  ( I believe 8th & Spence or somerville
cert Sgt. Dunlap - thier pimp in his individual capacity since 1995
at club illusions formerly Bobby Dance's  he actually had a physical
confrontation for ownership of these "wittons" with a teenage boy
for property rights of this stable at oldyork road & erie. I was an
eye witness " I admit I was also the person holding the gun because he
& his friend claimed they were licensed & armed with guns that's why I
had been summoned to protect him after he was threatened by armed C/o s
in thier individual capacity " That person was my good friend in Highschool"
who is also formerly a C/o - he's the enforcer - but he's a coward that likes
anally raping women (Dunlap)
Cert C/o. Nunez he's a Homosexual with a masculine dress
I gave him a black eye in highschool  olneyhigh 2nd flr. bathroom
He's a Homo sollicitor that thinks he can just say "ok I was playing

I'm sorry,   He caught the 57 Bus from near allegheny & front st.
C/o Young - another queer patron of prostitution he's a wife beater
     from Fisher crossing projects he also attended olney high school
He & nunez attempted to 2 men tank me in olney highschool - They
stole property inside of CFCF trying to cause or predict my reaction
so that any physical actions needed could be under the color of statute
in thier uniformed duties although it stems from social inadequacies
     of the individual capacity

C/o K. Richards local foul mouthed dickhead who antagonizes the prisoners
just to call a response & then there will be new videos for today
& new photos for the girls   he's a liar on every report  he's mr. magic
as in the magic words Bitch, pussy, faggot, Dick eater,  he will verbally
disrespect & belittle you to make sure that the reaction is priceless
then the mace & cert response "Bitch I will kill you" isn't that a
terroristic threat ? Then his actions under statute in his uniformed
place of work is a crime stemming from a fake write up to provoke assault
then play the game of "oh he hit me 1st look at the tape"

C/o Walls - Dread faggot excuse me "Homosexual ex exotic dancer
with scrawny lower body He was repremanded one night at genesis
night club near wayne junction in a struggle where he was removed
from the venue & some how a bouncer accidentally threw his auto keys on
the roof, he was drunk, obnoxious & threatening to go into his trunk like
a gangster not a licensed responsible adult,  so that was prevented by removal
of his auto keys the Fire dept. had to come fish out his keys from the roof
I laughed in his face but I never touched him

C/o Boone Good cop he acts like its all good plenty of smiling & kind words
But when it goes down he's the 1st to do you dirty he trains in being
to increase punitive efficiency "working the Hole block" I know his whole
team & I fought at least 6 of them

pg 2

4/o Hurley fake ninja dude I fought him in Edison High 2x he's a loser that watches too many movies he's not truly a professional

4/o Basinger golden gloves coward likes to hit & run I fought him also

4/o Hoover " coward also known as RATA a federal informant turned c/o after he falsified a claim against his aunt senja in the 90's with some shit that he & his friends stole from a drugdealer on Lurray street a robbery in which someone was killed Hoover was directly involved & ran to the value store on 5th Tabor Rd, He pursued a career as police to hide where they'd least expect, amongst them!

4/o Gonzalez - Used to be employed at a bodega at 9th & Lindley Ave, where he sold drugs over the counter in a school zone, several times customers complained about the quality & authenticity of his drugs because he was cutting the drugs with over the counter boric acid roach powder from the shelves in the store then he put the remaining portion back on the shelf & sell a tampered used product. Some individual whom he had retailing narcotics for him on 5th st. between Roosevelt blvd. & godfrey ave, got into a fist fight & was stabbed after selling gonzalez's drugs (which were laced) he gave back the bundle to gonzalez, gonzalez told him to wait then gonzalez went into the Apt. upon the 2nd floor & shot out of an open window striking the subject he acted as if he was protecting the property although he was enforcing his drug retail business which was ruined by roach powder. After that shooting some friends & relatives of the victims sprayed a fully automatic Ak-47 into that store in retalliation & spray painted allover the front of the store screaming kill your roaches with those "meaning bullets" - He's currently a commissary thief that works in the Hole on A-1-2 everytime people go to the hole he steals their food walkmans batteries he even stands there ogling pictures of your wife & kids while your in shackles I fought him for control over hutchinson & lindley when he was claiming P.R. gang Puerto Rican Princes after he loss he got a job

I moved away from these 17yrs later I moved onto Hutchinson, in the 5100 block after some new young people where out there doing their thing 5131 n⁺ᵗ Hutchinson st. was burglarized by associates of these persons all of my property was stolen in April 2013 with proved an ongoing grudge although no-one was addressing it. there was back biting & cowardous tip-toeing

¹⁄₀ Manning I knew him from lawncrest William H. Ziegler Elementary that thug sit in mayfair in the 1990's he has a brother almost identical to him in the feds for selling MadgePodge "I'm not sure but I think he went to Lincoln or Sou/ High schol

¹⁄₀ Somers Ziegler Elementary "Devereaux ave area (he used to sleep back in class room

¹⁄₀ Pistucio Ziegler Elementary school - I've seen him most athletic class (can't remember had a social prom

¹⁄₀ V. Delenado, Ziegler Elementary another faget who was sexually molested by Francis Riley for pretzels & never told anyone even though we pryed the closet open when it happend M.martin, Nuel, J.nicholson, K.riddle, E.miller & I. we were watching him because of what happend the 1st time with David Thay I can't remember the little girls name but the teacher used to call her Ms. Govern

she was a witness to this day as well. As I understand the male members of the staff were requested to give a blood sample for analysis to compare to whatever sample was collected from the victim anyhow Francis Riley was the rapist who penetrated that boy & several others who were being paid in pretzels & quarters. These kids need counseling & encouragement to less up because this idiot & his accomplice Stephen Pisarek literally held peoples hands & feet in rapist acts on that school campus after paying them with these pretzels & coins. This lunatic is listed as a L.D. case Learning Disability who doesn't comprehend the difference between reality & fiction nor does he have the mortalability to rationalize between what is appropriate & innappropriate check his academic file He is currently responsible for 2 unwarranted raids on private property at 2 seperate addresses either claiming explosives or some unexplaining device he phones in fake bomb threats as an active member of the bomb squad / stephen Pisarek is his accomplice he requested a transfer into 25ᵗʰ district to find me, my last known address to these idiots was 2531 n⁺ᵗ 5th st, 19133

P73

C/O L. Rodriguez drinks with M. Chichearo went to Kensington high (Norris square park)
Lives 3rd & Indiana Lawrence & Indiana poisoned food trays as a favor to
20th district   Michael Chichearo 1176 Puerto Rican Gang conduit
who sells & uses drugs that can't Be detected by drug smelling dog
I would like to assist in the training of these dogs to detect the new
substance wich I created. Then the thieves & dealers may be captured

C/O Nickens poisoned food & passed it to me included substance melted onto an
apple & apparently blood - she's from West phila, she used to sing at church
until she began Prostitution & drug consumption in the late 90's

C/O Wilman - another Ziegler Wierdo who allied with these idiots who think
that their the KLAN's next generation - he's an antagonist he has a problem
with his hand touching men that don't want to be touched

C/O Tita - another thief she brings drugs into prison that have been
either swapped or Cut then trades sex to extinguish debts for as high
as 5000$ courier fees to bring in narcotics

C/O Pachuka Some foriegner who acts as an enhancer & lookout for tita

C/O Jenkins Female ex look out for Lt. Murray P.I.C.C. 2002 the
1st conspirator who assaulted me & attempted to expose me as a rapist
because although he's from West phila, he frequented Hunting Park at
a C/O bar called Lou & choo's he excepted payment on a verbal
contract to perform his actions although weak he did assault me

C/O Jenkins male he's a sexual companion to Sgt. Crawford I've seen
him at her home several times. "How do I know?" I used to be best
friends with her son Jamal Crawford Olney Highschool 96-97-98
I've been taken residence multiple times. She repeatedly harassed me in C.F.C.F

including isolative random shake downs claiming I had drugs although she was checking me because she knows I get the good kind & she was hoping that I was holding although I wasn't & I had just got out of the hole she even stole out of my tackle thinking it could be narcotic. She's a junkie that I've known for years but she's also a freak that wouldn't miss a day of work in an all male prison My friend Career was demolished because of her & her grooming he was/set that she used & trained for a ballgroup he single handedly recruited almost ½ of this facility, staff to be but among ex individuals on the same order of events. This includes fighting lying, drug importation, manning & ignoring the cameras from the bubble unblocking each others backs in acts of prostitution. Causing Conspicuous distractions in true Covert fashion when entering & exiting the facility to create moving screens & distractions for the individual that's carrying 10pk, cigarettes, 5 or 6 Cellphones a couple ounces of K-2 then the crab in a barrel fishbowl rivalry where one crew on the block selling codine & subuxine will clash with another crew that's selling real crack & heroin or 1 team with 10pks of Newport 100's being combatted by another crew with only 2 pks of Newports & 3.5 grams of weed - Then it's stickupTime take the rivals package how the gangwar is activated " The cops are the crooks, the liars, the cheating & the thieves they are literally the sex whores, The Prisoners are the pieces on a chess board being handled & pushed into the desired directions by the handler at play!. They caused Murder, Rape, Assault, Theft & covered each others tracks with lie after lie, shift after shift day after day the commission needs to be seized by the citizens of phila.

P54

if the citizens don't acknowledge that thier being hoodwinked, then nothing
can be done. if the people can't see that we are being
aducated, abducted, kidnapped, sieged then it will continue
each prisoner is a slave in servitude, Each person housed prior
to the finding of guilt is being violated says the constitution
unless the charge dictated is a Murder, a sexual Deviation
imposed upon the Elderly or Children or a theft exceeding
1,000,000 value where with the defendant could post entitled bail
out of the alotment of funds seized this is how the law should
be written. Bail is illegal in this nation the demand for ransome
is infringement of our civil rights retained by the 9th ammendment
wich shall not be construed to deny or disparage others retained by the people
attached to each article where the word congress is printed is a false
state of illegal undesired revision. The genuine word that replaces
Congress is PEOPLE meaning every law must have a national or
federally secured vote to be inacted Even revisable for
10 years, 10 months & 10 days to be represented to the people for review in exactly
12 years this ensure that the laws standard four will not be reasonably
altered because of political shifts of power Example governor Wolf
was elected I voted for him his tour is 4 yrs. if he's re-elected wich
he was His 2nd terms activity is then 8 yrs. if a law exspired
10 yrs, 10 months & 10 days. it would give approximately 1 yr, ~~month~~
1 month & 20 Days for civil expatition or purge. allow me with
my political knowledge to explain in depth
# it is illegal for a person under 21 years of age to drink or consume
alcohol by purchase but in the term of the governor the law will
be totally inact without abridgement so when a new governor is
elected once our chosen governor tour voids the law is complete his
8 year term. the new law implemented & decided upon by the people
of the United states Must remain inact for 2 years 10 months
& 10 Days before a New official may Revisit the original writ
to have the new generation vote upon it in a state conciousness
and concerns & the reconsideration must be delayed for a period
of nuetrality wich gives law abiding citizens & the legislature

opportunity to assess the status of our national crisis while
a law is pending which means legally an 18 yr old or 19 yr old
could buy "legally" thier own drink & cannot be biased
by a store owner, law enforcement official or citizen who's choice
is or was contrary to their chosen actions by thier personal selection in
the previous votes. The citizen 19 or 18 or otherwise for this intermediate
period has the legal right to choose & may not be chastised or subdued
unless they under the minimum for scientific mortality 11 yrs & 7 months
or by thier own Biological parent or legal guardian of greater than 900 days
this is a future law "what does that have to do with this claim ??? "
the claim is regarding my rights as a citizen being 19 years old not
under 18 or 21 & I'm not Harvard's finest or yales Valdictorian
but I do have a Functioning Comprehension of the law the
laws are in place that were voted upon (that we desire) but for
what ever reason these laws are being broken 24 Hrs. per day 7 days per week
365 days per year without reprieved in a piss the blamed for pile Buck
sherade that I am adjusted by

#1 problem with drugs. Have the state police run the Ionoscope, the gamet & the state dares
#2 Give fair & free religious freedoms to all people including Punitive Custody
    & segregation visit we have been unlawfully denied also gen'l studies rehabilitation
#3 Give the Right to excersise for 1Hr. as previously order at each day
    to gain access either to gym or legal center - & i.e. segregation 1Hr of exer
    or 2 Hrs. if chosen (each day not weekly !!!) - the gym is required to be at least 8th
#4 Remove the shackles clause for transport unless "punitive specifickly for - Assault
#5 Change the facility uniforms to comfortable seasonable garments not biased
    by size & provided as they are supposed without 1Hr. neglect from admission
#6 Dispose of problematic attires with a legitimate inspection process don't continue
    to pass around defective sheets, mattresses, uniforms, spoons, cups exct.
#7 General Inspection & Mandatory Sanitation are 2 different avenues
    G.I. is the inspection of the structural efficiency of a cell in its stationary
    & Functioning appliance conducted by a maintenance official, an officer
    & a cross over sgt to ensure no bias this is done weekly commonly
    sonday at reserved manuvit OFFICIALS could not tell me what G.I.
    stands for nor do know how to appropriately conduct it

these idiots still think that mops make your bad & remove the clothesline

#8 Mandatory Sanitation is the cleaning of the sink, toilet & floors, walls
if necessary at this time the cell must be opened the property maybe
removed & then gastric safety must be monitored, the idiots are not
trained for the simplest home economics." Example the cells aren't
being cleaned at count time as they are supposed 4 cells at a time they
also aren't being cleaned each week as they're supposed. When
Mandatory Sanitation is conducted they mistakenly call it G.I. & its
conducted through a locked door. What idiot gives a spray bottle with
blend & then shutts a broom & mop through a mailbox then leaves 2
men locked inside the cell then they use lemon scented ammonia to
spray on the wall vents with mives & reacts against bleach causing
a breath shortening gastric Bomb that's basic Home Economics subtly
from middle school we are locked in the goddamn GAS chamber & haven't
even had a trial yet in 2-14months for an assault case that
has no injured victim or medical proof.

#9 Sick call process must cease it's rediculous to have it in place when we have
medical staff on the facility it's a waste of space & necessary materials
the medical tour must be made at 8am, Noon, 4pm, 8pm Midnight & 4am
this is a standardized life check conducted by medical personal not corrections
4pm, 8pm are mandatory verbal response (med. staff must observe activity)

#10 Request to staff are obsolete the counselor must mandatorily call each
person 1x per month although refusal can be submitted by prisoner when called
any valid counsel requests are to be addressed at this time (phone call, courtinfo,
clothing exchange + program seperations, concern for familial development or welfare

#11 Automated systems accessable by phone for Court dates, case status
+ Bail amounts, lawyer names, Discovery requests, V.O.P. listings
+ arrest dates or Known discharge dates when sentenced

#12 Automated system for Bank balances, property receipt request, & direct
phone calls 12 minutes / collect 12 minutes 60sec warning only no interruptions

#13 Prompt renewal & distributions of medications especially K.O.P. & life driving
prescriptions such HCTZ & NAPROXEN FOR INTIME Arthritis
or Loratidine in Hay fever-season those are life necessity

#14 The Dietician Needs to meet with the Prisoners upon admission again
in 90 DAYS & then annually for the duration.

- The diets are not directly specific enough to the vass array of individuals

#1 Vegetarian = vegetables only & grain also tree nuts

#2 Vegan = Fish & mollusk included with vegetables no land beasts

#3 Pagan = Variety of fowl & fish no red meat

#4 Approvis diet = Variety of all meat types including red meat

#5 Religious = Islaamic no pork

#6 Religious = Hebrew Kosher

#7 Religious = Catholic - Fish Friday excd.

#8. Buddhist = 50% grain 25% veg, 20% seafood 5% oil

#9. High cholesterol chronic cholesterol care

#10. Hypertensive care (fresh no brom or preservatives

#11. Sugar Diabetic care (with sugar substitute & reduced yeast

#12. High acidu medication (low preservative)

#13. SEVERE NARCOTIC ABUSE ( LIQUID & PUREE DIET Baby food)

#14 UNDER WEIGHT DI-ET High calorie fat increase 3000 below average 15's 5'8

#15. Body Build underweight DIET High calorie Protein increase 7500 Half a child's & portion

#16. Allergen to any particular condition

#17. Snack diet no Breakfast (lunch dinner & snack with larger portion

#18. Working diet no Breakfast no lunch (dinner & snack with larger portion

#19. Breakfast only no lunch no dinner with snack @ 8pm

#20. Holiday prohibition i such as Thanksgiving, Christmas, Newyear, mother, memorial, Independence, labor

#21. Birthdate for special gift condition increased to 5,000 calories with snack

#22. Pronounced increase in calorie day 1 date annually your choice

Just examples of logical thinking when concerning 5000+ human lives on this road over 50,000 on the eastern quarter of this state & over 34 million state wide, the catholic & pagan diets can't be unanimous for every one neither can the islaamic religious diet each meal must be prepared with an alternate availability appropriate for specific group diet with color coded packaging. The filth, phagory & total disregard for sanitation & safety is likely in need of reprimand the food will kill you especially when its loaded with subowner & codean generic tablets, The 1/6's must be nationally banned from handling transporting or rationing any/all food supplies close to prisoners the other prisoners will also be forbode due to gang rivalry Hit for Hire, & lack of educational studies (MUST be catered by - Federally sanctioned Corporation qualified to deliver hot & cold all meals

p) 6

These are various chemicals including 2 microwaves in pantry per unit
with a 60 sec max & 200 degree maximum thermostat
soap being available in 50+ bars 3pk. 1st of each month with 1 deodant & 2 oz toothpaste
mandilory & automaticly for any person listed as below 50¢ account balance
on sat. morning supplies must be promptly & plentifully delivered & adequately
distributed it shouldn't take 11 days of pleading to be given a bar of soap
to which each prisoner is entitled by state budget & LAW!!!
Its an ongoing scam to sell more commissary soap for extortion price
forcing the captives to patronize the familial businesses of the captors
taking us prisoner then charging us double the price for the same items
each of which contain some sort of phlegmy including urine & phlegm
the multi purpose rooms will no longer be foul chambers of gang war
over census housing & junk storage. the Barber shop, Laundry unit
Block Library & unit intake will function as supposed with the inclusion of
refridgeration locked & un accessible unless by advocate Not C/O
The Television size will be increased to deter invisibility when necessary
permitted, the law library station will issue legal supplies as supposed
Being 1 writing tablet per month 1 ink pen per month 5 envelopes manilla
5 envelopes standard 3 folders 1 (according brief vinyl 1 year minimum
also gps printable access to print out street diagrams, floppy rulers
Computer laptop stations being a minimum of 16 terminals usable without restriction
except for social chat sights, also the installation of advanced therapeutic
necessities such as medical bath for muscle pain & insect infestation upon request
or admission also H.I.V. mandatory testing & special & sensitive care housing
for persons with similar illnesses. They're currently putting persons with AIDS
Hepititis & other sensitive care Health issues into general population causing
further threat to life & liberty (no one wants to live with a sicko!) then the non
enforced double cross standard such as a pending rule against sexual contact
prisoner to prisoner and/or prisoner to official is prohibited then why are
you selling Condom prophylactics on commissary generating mixed
signals & crossed emotions, that's the complaint saying one thing & doing
another So think my long ramblings on are without merit or in
Sense toothless the law we need is in effect so why aren't these operations
being classified appropriately when their North, south & West Philly gangs

are the reasons for the stabbing, rioting & contraband including street knives & cellphones in this community "notice I said community not facility because these housing units contain 64 - 100 persons on average they each have been illegally over crowded against the fire code And state law for with they've already been "sewed" and lost that's a direct violation of the law for each previously sighted infraction negated by the employees of this facility. They think they can just charge the tables & continue to infringe our Humane rights. Our Constitutional entitlements will not be abridged with out contingency & most certainly reprehand. These are the identical charges previously filed against Philadelphia Prison System regarding Censure & illegal Searches. so why are these actions being illegally repeated with a new change to the Philadelphia Department of Prisons. nothing has been Corrected & the Well does Blanche Carney think she's fooling the Primary litigant in the suit against the P.D Prisons. Everything is Corrupt I plan to get it all corrected. The correct program isn't in motion. The desired changes have not been made & the criminal Justice Center is a House of Corruption where these inhumane acts are facilitated daily with rhetoric being spewed from the mouths of deviant Judges & attorneys who corroborate these instances with intent to draw out funds from the state & federal budgets to "take care" of Adults who can damn well take care of themselves if these crooked catholic police are over ruled in their short taking & these Corrupt bribe taking Judges are indicted for the violation of our Occupational rights under this nation's decree & these taunting & provoking Cowards are barred from any & all handling of property & food belonging to any person with whom they have had or seek rivalry. the shower temperature is Rediculous barely 70 degrees in the winter time. But tall Boxers were removed from the commissary. The P.D.P sweatshirts only come in one size. Jumpsuits are being charged 1x per year for persons requiring a larger size. The So simply refused to get it & hand it out although they were present in the facility. They are drama queens addicted to antagony. They respond to flooding & kicking the door throwing garbage & calling names. then they reciprocate with the spraying of mace bursting & kicking. 7 or 8 persons vs. 1 that's Bullying that's pugnacity last time I checked. that's against the law in this state. The citizens will have the final Say regarding the happenings on this Road. I intend to abolish the entirely of the commission & implement citizens education through advocacy not punishment. I've been accused of straying from the topic. but correcting the insurrection is vital to the growth of the community & the Evolution of the U.S. Policies

The Phila. Dept. of Prisons, also The Philadelphia District Attorneys office, also the National Fraternal order of police, Phila Court of Common Pleas, The Phila. Public Defenders office, Phila. Police Dept including Northeast Detectives, The Dept. of sheriffs therein the Court of common Pleas any other patsy or scapegoat employed as any grade of officer of the court who has attempted to assume any position of NON-consentual interaction with any individual who so chooses to engage them in suit especially those who sustained any injuries from assault brut force from pile on style group assaults & also those who were intimidated at gun point or with the presence of a gun in transport to & from thier homes, to jails, to prisons to & from court houses on numerous & various expeditions each time without consent under the threat of Bodily injury & Murder by gun fire Being Coralled into motion in an inhumane manner under forceable threat imposed upon the city's citizens in a ethnicly biased derogatory manner without any genuine authority granted by the citizens of the state to do any such thing nor any power of the pure invested into the system of the Court. The Court Cannot self elect, self preside, Deter the Due Process, Refuse to adhere to anylaw regarding the rights of the Defense or Force Renunciation of the true entitlement of the criminal People of Upon the Majority that rules the true native culture of this Criminal State. Which has been mis implemented various lies, & contrives with attempts to force a renig or banish our culture, denry & religeous principals without any legitimate authority to do so outside of the perimeter of volumetric slaughter with loaded guns that's armed robbery last I checked which will duelably be reciprocated after years of implementation. that's unlawful taking, burglary, armed robbery, forgery, terroristic threats, attempted murder, Homicide, agg. assault, simple assault, Criminal trespass, reckless endangerment, kidnapping for ransome, organized crime, extortion, pick pocketing

petty theft, intimidating a witness, chemical abduction brainwashing, prostitution entrapment, moral turpitude, insubordination, fraud, attempted to hold 3rd parties liable for costs upon recindication for charges incurred or requested by 1st & 2nd parties "racketeering" Vandalism, plagiarism causing a catastrophe, possession of an instrument of crime, Possession of a firearm, by a prohibited person" any member of the Catholic church has been barred from possessing firearms in a pari territory due to fear of genocide = Known murders are prohibited in the Land of Apari it the Home of the Criminal native and in public areas occupied by Criminal natives not indians. As It was and is decreed by Adake Aquilla the Chali of Apari in the setting of 1544 predating any such common law & setting of any self attributed court to which people are involuntarily Bound, non consentually held, & unwillingly participate The public, the defense & the witnesses are threatened by of abriviated justice to whom nothing & no authority has been justly awarded by any entitled party and no legislation may be made without direct renunciation by he who is kien to such rights by birth in accordance to the totum pole of apari in specificity the criminal tribe of natives again (not india nor indians nor americans, nor native americans, nor africans, nor african americans nor America Nor Africa nor west indian or any other term or addressed party that isn't declared or binding to the description of the 1 original people of this territory who will not be doppleganged, impersonated, misperenisted or intimidated by any foreign entity who may hold no such court here in apari or any such court anywhere in the world in exigence to the vatican, hambury or where about they may choose in thier own homes that is to or with the consent of thier own father. Wo the people have rebuked your government & its purpose & the prohibited pillory of our People & our homes must cease the laws of the common Wealth have been suspended by the chali of the true people of apari. With that any such court, government or clergy of its primary opinion in elaboration is void, undesired & without consent hence rescinded

21.4.2000

P.D.P cont'd

Burnette another bier crackhead from Julia Deburgos at 8th & Lehigh '93 class
he & Vasquez thought they could beat me in fisticuffs with group assault
he corrupted this element that his wife Ananda & his Daughter Amanda are
my cousins he assaulted her then paid her money not to come to court he also
intruded sexually onto his own daughter — with her thoroughly set personal active
C. Henry smuggles the Drugs into the facility through the Laundry services
He's also responsible for 6 out of 10 phones entering the jail, He's a handicap
golden gloves from jo fraziers before they shut down. I taught him
& His trainer stopped the fight because he kept running away. His cousin
lives in the block where the plant nutrients were stolen $300 in jerome st.
Thats were I was arrested the substance is undetectable by drug sniffing dogs
because they haven't been trained to it neither is Proxylopdopiniterin -K2
that's why they bring it into the jail on a daily basis although it may be
disapproved of it's not technically illegal although its intent is to get high
so it's dangerous & it can also interphere with psych meds or health meds
& their ability to act as intended by physicians. Several persons are listed
each person from each block where I was housed had malicious intent even the
good cop bad cop players who attempted to befriend me to inquire into
information because they know nothing about this new substance although they've been
selling it all over Kensington & allegheny falsely stating that it's fentanyl although
it is not! the city of phila. has Drawn in Approx. 22.3 Billion $ in money
from persons in multiple states searching for this substance which isn't authorized
for handling by any person nor is it to be sold or ingested & side effects
beyond reimbodiment can be lethal. consider this an E.D.A. official report
& C.D.C summary. These people are prostitution patrons who frequent of
K.Banton, S.carrol, E.kenner Colney highschool whores who gave drugs
to poison my food each day while I was housed in P.I.C.C iUSC
I was Maced extensively about my genitals & Anus they even sprayed mace
in my food trays & stood around laughing playing basketball with toilet paper rolls

They ate prisoners food, chicken, apples, salads, cookies they stole our property Walkmans, batteries, Headphones, cosmetics, Books, They took whole commissary bags & bribed co-workers & prisoners to participate in the cycle of Adusion. They were stealing Medication from prisoners including ne using on to cut street heroin. Smuggled into the jail in concentrated form they were cut up so a pill could easily supply school of me. The major players were also involved Throughout all of this selfsame is the creation of physical _____ size exactly for whatever purpose they ____ District Police force Directly related to the Warden D. HART & J. TAINA 25th District. Mr. Stoner D. Stone was my landlord on Frank Ford at 5531 apt 1 for 3 years. My Media. I went to William H. Zirger and to children from 1989 - 92. Hotel above - Morrissey, Petacio, Delemesh, also attended, also the swat team Captain Fishley & S. Bisazek 25th district Sgt. there was their plan. Sumers has been the antagonist all the long actor is they didn't know what's happening, that's exactly how his father did bring the patsy in a racist biggot scene that backfired & cost him his life & forced his kids to a public school at Zieger. AHHH! I have recalled the motive despite several attempts at poisoning me with painthram or harricide. Francis Riley a Rapist who sexually attacked David Eugene Muy in the 2nd flr. bathroom at William H. Zeigher Elementary school is the nail driver in this plot against me. He's the orchestrator of these events & he has been directly involved in each step of this charade against me his Vendetta is based upon me viewing him in a sexually promiscuous activity with a boy in school grounds although I didn't even realize at that time what was happening I was told he's a queer & don't trust him by an older student. This person Francis Riley also known as panzerfass was promising these students soft pretzels ridiculous amounts like 5-10 or 20 pretzels & he was forcing them into sexual compliance for these snacks there were many witnesses to his behavior who may or may not admit "the victim father is the WARDEN of THIS PRISON"

Phila. Police Dept. / Fraternal Order of Police

The initial violation committee of each citizens right who are arrested or detained

No 911 call or dispatch tapes although preservation was requested in may

2017 prior to preliminary hearing outcome. my rights were violated

by a bunch of students who attended Thomas Edison Highschool in 25th district

between 1994 - 1997 persons who we also had quarrels in sport

with in Norris Square Playground at 3rd & Norris. Those Persons are

Currently 25th District Police officers & Intended to enforce a 20 year

old vendetta with the inclusion of each person when they have sexually

adorned into their clergious alliance. I've been swimming in the strey

area at the Home of Dt. Jason Tomon Prior to his career so here he intended

to groom youngmen into his practices. He's the orchestrator of the police activity

he's also the primary Detective being addressed in this matter regarding false

imprisonment. The Fraternal Order of Police Through the Philadelphia

Police Department violated the Constitutional rights that I am granted

as a citizen of the united states. 4th Ammendment the right to

my privacy has been violated my property has been stolen. Regarding several

items not listed on any property receipts that were affirmed as removed

& handled on the night in question 3.17.17 including cash, cellphones, 8 mm

cameras, power drills, angle grinde, buffers kit, spare 18v Batteries, dust buster

vacuum, Honeywell humidifier, reciprocating saw w/ wood, steel & porcelain

blade set, standing drill press, assortment of bits titanium, cobalt & kobe

twisty bits with sanding, chamfering, & endmilling attatchments, vise, sliding vise

various dowel pins, steel support plates, micro Hydraulic press, cigarette lighter collection

cash bands & black light, money pen, cash box & counter bags, table top money

counter w/ short in the adapter[105], Horticultural indoor gardening equiptment, & medical

Mitchell & Ness Throwback & Jersey Collection, Tru-spec Collection A.C.G. Boots

& Michael Jordan sneakers Men's 10kt gold ring w/ cubic zirconia, Cosmetics

brand new, New Era Hat Collection, SD card collection from Multiple android phones

Various Custom designs in Seamstry Big&tall Ballistic Armor, patterns for Armor, design books w art & graphs for fashion design. all of the tax receipts for my business, music, design, Michael Jordan Collection, sneaker art comprising 25 years of manuscripts as far back as 1992 Originals not replaceable. For years I've been stalked & burglarized by the Police Force at Multiple addresses each time unreplaceable property was stolen & original designs in art, fashion, architecture & science were removed in intentionally destroyed or plagerized. Articles that I've created both written & drawn have been published without my consent as a result of these Burglaries including under armour & Bates boots multiple pair although I only submitted 1 item legally in the classroom of Anne Pinto at William H. Ziegler who chose to steal various arts & reattribute those to her caucasion students who sat & laughed and got high & screwed around all year long. each person of ethnicity was treated this way. & The Teachers were conspirators in each theft as well as the selection process of the occupational roles & choosing of schools after the elementary years. These Police are failures that have grown entirely & tremendously dependant on my ideology attempted to fatten frogs to feed snakes & selling my products without my permission to do so or even posses them. They have also adequately violated 5th Amendment 6th Amendment 7th Amendment 8th Amendment 9th Amendment 10th Amendment 13th Amendment 14th Amendment each remain in violation. the police are responsable for the false arrest and the collection & distribution of narcotics so they assumed that were used them to prison me daily in prison without any penalty enforced upon them the Malicious actions Staken by these ingrates is now in the status of civil complaint 42 U.S.C. § 1983 Justice is indeed their indictments and the Vindication of these charges with the proof of every rape, murder, drug deal & false report Burglary, theft, & plagerisism committed by each idiot that thinks the Nation of America is a free unclamed Country. Guns were straw purchased, used in homicides, all over Phila. & intentionally planted on who those police wanted to fall for the murders on draw straws basis

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights)

A.    Have you f'led other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.    Docket or index number

    _____

4.    Name of Judge assigned to your case

    _____

5.    Approximate date of filing lawsuit

    _____

6.    Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

    3.    Docket or index number

        _____

    4.    Name of Judge assigned to your case

        _____

    5.    Approximate date of filing lawsuit

        _____

    6.    Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition _____

    7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

        _____

Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _11.22.18_

Signature of Plaintiff    _Corwin Rifharris_
Printed Name of Plaintiff    _Corwin Harris_
Prison Identification #    _836120_
Prison Address    _7901 State Rd Phila pa 18120_
                    2nd    _1217 W. Wyoming Ave Phila Pa 19140_
                    City            State        Zip Code

B.    **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
            _____
            City            State        Zip Code

Telephone Number    _____
E-mail Address    _____

RECEIVED
JAN 1 4 2019

Dec. 17. 2018

Sheriffs Dept. attempted to murder me with Liquid Nitrogen freon added to a turkey sandwich in the basement in C.J.C. obviously at the order of Charles Erhlich

Today is

Dec. 24th 2018

Pine Needles were added to the Dinner Meal obviously from someones christmas tree at home that they apparently swept up from their own floor several days this has occured including little grey rocks that appear to be fish tank gravel added into the food also obviously intestinal pre-contents and ground bones & bone marrow (waste) this is what we we served on Christmas Eve Dec. 24th 2018 & several days throughout the year each accusation of poisoning, sadistic phagony & attempted murder I find to be true & correct


There isn't any way to get christmas trees or pine needles inside of a locked down Administrative segregative Housing area that requires a strip search to enter into & a manual Search each day simply to exit for showers people are allergic to Pine Needles being fed from without their knowledge & there isn't any mass order for pine needles to be added into our meals therefore it's poison it's been illegally added & it's gone on for days

*Motion Re submitted to supreme court after
arrogant disregaurd for the Law By Charles Erhilik a Defendant
Named in 1983 civil righer complaint*

# FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>~~(Seth Williams)~~ *KRASNER* | : | Court Of Common Pleas<br>Philadelphia County<br>Criminal Division |
| VS. | : | |
| *Corwin Harris*<br>Defendant | : No: CP-51-CR-<br>: Motion For Nominal Bail Pursuant to Rule 600<br>: | |

### Motion For Nominal Bail Pursuant to Rule 600

Now comes Petitioner, _Corwin Harris_ , Pro-se, being represented by
_____ ,Esq., hereby request this Honorable court to grant the
within motion and in support thereof, avers the following:

1. That on or about _3·17·17_ petitioner was arrested and charged with
   _Burglary_ , and related offenses.
2. The complaint in this matter was filed on _3·17·17_
3. The defendant has been incarcerated for a total of _636_ days.
4. There is absolutely no evidence in the Quarter Sessions file which reflect any attempt
   whatsoever to dispose of the defendants case in a timely manner and in accordance with
   the *DUE DILIGENCE* clause of Rule 600.
5. Defendant is suffering from this oppressive pre-trial incarceration. The defendants anxiety is
   at an all time high, with concerns of the outcome of his case and the loss of his liberty that
   this pre-trial incarceration has ceased.
6. Pennsylvania Rules of Criminal Procedure {herein after Pa.R.Crim.P} rule 100 titled "Scope
   of Rules" states in pertinent part: "These rules shall govern criminal proceedings in all
   courts including courts not of record".
7. Pa.R.Crim.P.Rule 101(A) titled "Purpose and Construction" states in pertinent part:
   *"(A) These rules are intended to provide for the just determination of every criminal
   proceeding."* And *"(B) These rules shall be construed to secure simplicity in procedure,
   fairness in administration, and the elimination of unjustifiable expense and delay"*.
8. Pa.R.Crim.P.Rule 600 (B)(1) titled "Prompt Trial" states in pertinent part: *"except in cases in
   which the defendant is not entitled to release on bail as provided by law, no defendant shall
   be held in pretrial incarceration in excess of (1) (180) days from the date on which the
   complaint is filed.."*
9. Pa.R.Crim.P. Rule 600(D)(2) states: "Except in cases in which the defendant is not
   entitled to release on bail as provided by law, when a defendant is held in pretrial

incarceration beyond the time set forth in paragraph (B), at any time before trial, the defendant's attorney or the defendant if unrepresented, may file a written motion requesting that the defendant be released immediately on nominal bail subject to any non-monetary conditions of bail imposed by the Court as permitted by law."

10. Defendant is objecting to any further continuances and wants to be tried as speedily as possible in accordance to the United States and Pennsylvania Constitution, and alternatively the Pennsylvania Rules of Criminal Procedure.

11. The Philadelphia Criminal Justice Center has reputation of granting continuances on the mere whim of a request, the defendant hereby adamantly objects to any further continuances and the court and all parties involved should construe this section of his rule 600 motion his demand to be tried as speedily as possible.

 a. Pa.R.Crim.P.Rule 106 titled "Continuances in Summary and Court Cases" states in pertinent part: *"When the matter is in the court of common pleas, the judge shall on the record identify the moving party and state of record the reasons for granting or denying the continuance. The judge also shall indicate on the record to which party the period of delay caused by the continuance shall be attributed and whether the time will be included in or excluded from the computation of the time within which trial must commence in accordance with Rule 600."*

 b. Philadelphia Local Rule of Criminal Procedure Titled "Continuances in Common Pleas Felony and Municipal Court Cases" states in pertinent part: *" No criminal trial shall be continued except for the following reasons: (A) Incapacitating illness of defense counsel, specially as signed Assistant District Attorney, the defendant or an essential witness for either the prosecution or the defense. (B) Death in the immediate family of defense counsel, specially assigned Assistant District Attorney, the defendant or an essential witness for either the prosecution or the defense. (C) Recusal of the Trial Judge. (D) Defense counsel engaged in a trial or other proceeding in a Court of record. (E) Counsel unprepared for trial because recently retained, but only at the first listing. (F) Proceedings are stayed by order of an Appellate Court. (G) Discovery incomplete or outstanding pretrial motions, provided the application for a continuance on these grounds is made at least two days prior to the date of trial. (H) Unavailability of defendants Court-ordered mental health evaluation where insanity or competency to stand trial is in issue. (I) Unavailability of a ballistics, breathalyser or drug analysis report prepared by the Police Department, but only at the first listing in Municipal Court. (J) Unavailability of notes of testimony essential to trial preparation, but only when the notes have been requested in writing from the Court Administrator of the Court of Common Pleas or the Municipal Court at least ten (10) days prior to the trial and the application for a continuance on these grounds is made at least two days prior to the date of trial."*

12. Trial in this case:

12·11·17 postponed until 10·9·18 postponed again

 ☐ A. Has been scheduled for _____ (Date).    Not scheduled

 ☐ B. Has not been scheduled.

_12-20-18_
Date:

Respectfully Submitted

## VERIFICATION

I _Corwin Harris_ verify that the foregoing matter is true and correct to the best of my knowledge, information and belief. I understand that the statements herein are made subject to the penalties of _18 Pa.C.S § 4904_, relating to unsworn falsification to authorities.

_12/20/18_
Date:

_Corwin Harris_
Respectfully Submitted;

CERTIFICATE OF SERVICE

I _Corun Harris_, duly swear according to law, depose and say that on this _20_ day of _December_, 20 _18_ a copy of the within document was served via U.S. Mail upon the following individuals:

Office of the Philadelphia District Attorney

3 S. Penn Square
Philadelphia, PA 19107

Clerk, Quarter Sessions
Juanita Kidd Stout Center for Criminal Justice

1301 Filbert Street
Philadelphia, Pa 19107

File

Defense Attorney:
_____,Esq.
Address: _____
City/State/Zip: _____

_12·20·18_
Date:

_Corun Harris_
Respectfully Submitted;

Roosevelt BLVD.

BROAD St. 25th District

OLD YORK RD

BRISTOL ST
1300

35th 2002 District

Harding Pa K Ave

1300

1300 W Jerome St

2009-2012
4113 Midlands St
35th District
COLWYN St

Lycoming

How possibly is 25th District
Handling any property search
or investigation in 35th District?

19140 zipcode

Jurisdiction wasn't valid
they falsified the zipcode on pg 2B
Bottom line
It was a Vendetta premeditated
By TAMON, Higgins, Martinez, Carter
Chicano & FARWARD

It matches 2 ironic dates  # March 17 1997 when
I moved out of 25th District for good  & march
17 · 1990 the Gardener Museum Heist date

3rd flr. staircase

3rd flr. front →

3rd flr. rear

Left Handrail

window in hall

Window in Hall South

North

3rd flr. front

3rd flr. middle

2nd flr. bathroom

FRONT PORCH

South 1st floor apt.

2nd flr. backs rm. south

North

DIAGRAM D

1330-10 JEROME ST. HOUSE DIAGRAM

DIAGRAM



Smith Hue Front

R   L



L   R   BACK

— He closing 3 rails & clamp

CORWIN   Emm



If corwin is Left handed & he's facing sam hitting him in the head the marks could be on the Right front of his head



Right Handed
— To make the marks on the right side

If he had said that I snuck up behind him then it would make more than the marks to be on the back of his head but the person striking him would have to be Right handed. Someone hit him in the head from behind who is right handed

*Please Xerox & return these statutes thankyou*

3502. Burglary. 3  &  3903 Burglary Overnight Accommodations 4

(a) *Offense defined.*  A person commits the offense of burglary if, with the intent to commit a crime therein, the person:

(1) enters a building or occupied structure, or separately secured or occupied portion thereof that is adapted for overnight accommodations in which at the time of the offense any person is present;

(2) enters a building or occupied structure, or separately secured or occupied portion thereof that is adapted for overnight accommodations in which at the time of the offense no person is present;

(3) enters a building or occupied structure, or separately secured or occupied portion thereof that is not adapted for overnight accommodations in which at the time of the offense any person is present; or

(4) enters a building or occupied structure, or separately secured or occupied portion thereof that is not adapted for overnight accommodations in which at the time of the offense no person is present.

(b) *Defense.*  It is a defense to prosecution for burglary if any of the following exists at the time of the commission of the offense:

(1) The building or structure was abandoned.

(2) The premises are open to the public.  — *Refer to pg 2B Discovery 3-17-17 10:20 pm*

(3) The actor is licensed or privileged to enter. — *refer to pg 13 Discovery quest. 3-7 owner verifies my lease being a valid lease then violates the 4th ammend. in rendering consent*

(c) *Grading.*

(1) Except as provided in paragraph (2), burglary is a felony of the first degree.

(2) As follows:

(i) Except under subparagraph (ii), an offense under subsection (a)(4) is a felony of the second degree.

*St. patricks day Friday Night police says pg 12 front door of Apt. complex was open on 4th line down he unselling ueait to the public*

(ii) If the actors intent upon entering the building, structure or portion under subparagraph (i) is to commit theft of a controlled substance or designer drug as those terms are defined in section 2 of the act of April 14, 1972 (P.L. 233, No. 64), known as The Controlled Substance, Drug, Device and Cosmetic Act, burglary is a felony of the first degree.

(d) *Multiple convictions.*  A person may not be sentenced both for burglary and for the offense which it was his intent to commit after the burglarious entry or for an attempt to commit that offense, unless the additional offense constitutes a felony of the first or second degree.

**HISTORY:**
Act 1972-334 (S.B. 455), P.L. 1482, 1, approved Dec. 6, 1972, eff. in 6 months; Act 1990-201 (H.B. 251), P.L. 1196, 1, approved Dec. 19, 1990, eff. July 1, 1991; Act 2012-122 (S.B. 100),

**2702. Aggravated assault.**

(a) *Offense defined.* A person is guilty of aggravated assault if he:

(1) attempts to cause serious bodily injury to another, or causes such injury intentionally, knowingly or recklessly under circumstances manifesting extreme indifference to the value of human life; —*no autograph has been included into this discovery    Refer to pg. 36   Like 8-20  No injuries  No medical  care  No photos  only Lies*

(2) attempts to cause or intentionally, knowingly or recklessly causes serious bodily injury to any of the officers, agents, employees or other persons enumerated in subsection (c) or to an employee of an agency, company or other entity engaged in public transportation, while in the performance of duty;

(3) attempts to cause or intentionally or knowingly causes bodily injury to any of the officers, agents, employees or other persons enumerated in subsection (c), in the performance of duty;

(4) attempts to cause or intentionally or knowingly causes bodily injury to another with a deadly weapon;

(5) attempts to cause or intentionally or knowingly causes bodily injury to a teaching staff member, school board member or other employee, including a student employee, of any elementary or secondary publicly-funded educational institution, any elementary or secondary private school licensed by the Department of Education or any elementary or secondary parochial school while acting in the scope of his or her employment or because of his or her employment relationship to the school;

(6) attempts by physical menace to put any of the officers, agents, employees or other persons enumerated in subsection (c), while in the performance of duty, in fear of imminent serious bodily injury;

(7) uses tear or noxious gas as defined in section 2708(b) (relating to use of tear or noxious gas in labor disputes) or uses an electric or electronic incapacitation device against any officer, employee or other person enumerated in subsection (c) while acting in the scope of his employment;

(8) attempts to cause or intentionally, knowingly or recklessly causes bodily injury to a child less than six years of age, by a person 18 years of age or older; or

(9) attempts to cause or intentionally, knowingly or recklessly causes serious bodily injury to a child less than 13 years of age, by a person 18 years of age or older.

(b) *Grading.* Aggravated assault under subsection (a)(1), (2) and (9) is a felony of the first degree. Aggravated assault under subsection (a)(3), (4), (5), (6), (7) and (8) is a felony of the second degree.

(c) *Officers, employees, etc., enumerated.* The officers, agents, employees and other persons referred to in subsection (a) shall be as follows:

(1) Police officer.

(2) Firefighter.

**(28)** Governor.

**(29)** Lieutenant Governor.

**(30)** Auditor General.

**(31)** State Treasurer.

**(32)** Member of the General Assembly.

**(33)** An employee of the Department of Environmental Protection.

**(34)** An individual engaged in the private detective business as defined in section 2(a) and (b) of the act of August 21, 1953 (P.L.1273, No.361), known as The Private Detective Act of 1953.

**(35)** An employee or agent of a county children and youth social service agency or of the legal representative of such agency.

**(36)** A public utility employee or an employee of an electric cooperative.

**(37)** A wildlife conservation officer or deputy wildlife conservation officer of the Pennsylvania Game Commission.

**(38)** A waterways conservation officer or deputy waterways conservation officer of the Pennsylvania Fish and Boat Commission.

**(d)** *Definitions.*

As used in this section, the following words and phrases shall have the meanings given to them in this subsection: *Electric or electronic incapacitation device.* A portable device which is designed or intended by the manufacturer to be used, offensively or defensively, to temporarily immobilize or incapacitate persons by means of electric pulse or current, including devices operated by means of carbon dioxide propellant. The term does not include cattle prods, electric fences or other electric devices when used in agricultural, animal husbandry or food production activities. *Emergency medical services personnel.* The term includes, but is not limited to, doctors, residents, interns, registered nurses, licensed practical nurses, nurse aides, ambulance attendants and operators, paramedics, emergency medical technicians and members of a hospital security force while working within the scope of their employment.

**HISTORY:**
Act 1972-334 (S.B. 455), P.L. 1482, 1, approved Dec. 6, 1972, eff. in 6 months; Act 1980-139 (H.B. 1624), P.L. 689, 1, approved Oct. 1, 1980, eff. in 60 days; Act 1980-167 (S.B. 544), P.L. 978, 2, approved Oct. 16, 1980, eff. in 60 days; Act 1986-164 (H.B. 2474), P.L. 1517, 1, approved Dec. 11, 1986, eff. in 60 days; Act 1990-4 (H.B. 1120), P.L. 6, 1, approved Feb. 2, 1990, eff. in 60 days; Act 1995-27 (S.B. 729), P.L. 238, 1, approved July 6, 1995, eff. in 60 days; Act 1996-7 (H.B. 569), P.L. 17, 1, approved Feb. 23, 1996, eff. in 60 days; Act 1996-75 (S.B. 1313), P.L. 478, 1, approved July 2, 1996, eff. in 60 days; Act 1998-159 (H.B. 1272), P.L. 1245, 1, approved Dec. 21, 1998, eff. in 60 days; Act 2002-132 (H.B. 227), P.L. 1096, 3, approved Nov. 6, 2002, eff. in 60 days; Act 2004-173 (S.B. 72), P.L. 1349, 1, approved Nov. 29, 2004, eff. in 60 days; Act 2004-207 (S.B. 904), P.L. 1618, 4, approved Nov. 30, 2004, eff. in 60 days; Act

2706. Terroristic threats. 16

(a) *Offense defined.*    A person commits the crime of terroristic threats if the person communicates, either directly or indirectly, a threat to:    *multiple lives each time he altered the acclaimed threat with*

(1) commit any crime of violence with intent to terrorize another;    *threat with*

(2) cause evacuation of a building, place of assembly or facility of public transportation; or    *isn't even similar*

(3) otherwise cause serious public inconvenience, or cause terror or serious public    *to what the* inconvenience with reckless disregard of the risk of causing such terror or inconvenience.    *girl said*

(b) *Restitution.*    A person convicted of violating this section shall, in addition to any other sentence imposed or restitution ordered under 42 Pa.C.S. 9721(c) (relating to sentencing generally), be sentenced to pay restitution in an amount equal to the cost of the evacuation, including, but not limited to, fire and police response; emergency medical service or emergency preparedness response; and transportation of an individual from the building, place of assembly or facility.

(c) *Preservation of private remedies.*    No judgment or order of restitution shall debar a person, by appropriate action, to recover from the offender as otherwise provided by law, provided that any civil award shall be reduced by the amount paid under the criminal judgment.

(d) *Grading.*    An offense under subsection (a) constitutes a misdemeanor of the first degree unless the threat causes the occupants of the building, place of assembly or facility of public transportation to be diverted from their normal or customary operations, in which case the offense constitutes a felony of the third degree.

(e) *Definition.*    As used in this section, the term communicates means conveys in person or by written or electronic means, including telephone, electronic mail, Internet, facsimile, telex and similar transmissions.

HISTORY:
Act 1972-334 (S.B. 455), P.L. 1482, 1, approved Dec. 6, 1972, eff. in 6 months; Act 1998-76 (H.B. 1778), P.L. 534, 1, approved June 18, 1998, eff. in 60 days; Act 1999-59 (S.B. 167), P.L. 915, 2, approved Dec. 15, 1999, eff. in 60 days; Act 2002-82 (S.B. 1109), P.L. 481, 1, approved June 28, 2002, eff. in 60 days.

907.  Possessing instruments of crime.

(a) *Criminal instruments generally.*  A person commits a misdemeanor of the first degree if he possesses any instrument of crime with intent to employ it criminally.

(b) *Possession of weapon.*  A person commits a misdemeanor of the first degree if he possesses a firearm or other weapon concealed upon his person with intent to employ it criminally.

*Pg. 6 left side "UNARMED"*
*Pg 12.0 Question 4 NO*

(c) *Unlawful body armor.*  A person commits a felony of the third degree if in the course of the commission of a felony or in the attempt to commit a felony he uses or wears body armor or has in his control, custody or possession any body armor.

(d) *Definitions.*

As used in this section, the following words and phrases shall have the meanings given to them in this subsection: *Body armor.*  Any protective covering for the body, or parts thereof, made of any polyaramid fiber or any resin-treated glass fiber cloth or any material or combination of materials made or designed to prevent, resist, deflect or deter the penetration thereof by ammunition, knife, cutting or piercing instrument or any other weapon. *Instrument of crime.*  Any of the following:

(1) Anything specially made or specially adapted for criminal use.

(2) Anything used for criminal purposes and possessed by the actor under circumstances not manifestly appropriate for lawful uses it may have. *Weapon.*  Anything readily capable of lethal use and possessed under circumstances not manifestly appropriate for lawful uses which it may have. The term includes a firearm which is not loaded or lacks a clip or other component to render it immediately operable, and components which can readily be assembled into a weapon.

**HISTORY:**
Act 1972-334 (S.B. 455), P.L. 1482, 1, approved Dec. 6, 1972, eff. in 6 months; Act 1995-27 (S.B. 729), P.L. 238, 1, approved July 6, 1995, eff. in 60 days; Act 1996-98 (S.B. 1254), P.L. 552, 1, approved July 11, 1996, eff. in 60 days.

2701. Simple assault.    1

(a) *Offense defined.*    Except as provided under section 2702 (relating to aggravated assault), a person is guilty of assault if he:

(1) attempts to cause or intentionally, knowingly or recklessly causes bodily injury to another;

*no injuries no photos, no medical proof!*

(2) negligently causes bodily injury to another with a deadly weapon;

(3) attempts by physical menace to put another in fear of imminent serious bodily injury; or

(4) conceals or attempts to conceal a hypodermic needle on his person and intentionally or knowingly penetrates a law enforcement officer or an officer or an employee of a correctional institution, county jail or prison, detention facility or mental hospital during the course of an arrest or any search of the person.

(b) *Grading.*    Simple assault is a misdemeanor of the second degree unless committed:

(1) in a fight or scuffle entered into by mutual consent, in which case it is a misdemeanor of the third degree; or

(2) against a child under 12 years of age by a person 18 years of age or older, in which case it is a misdemeanor of the first degree.

HISTORY:
Act 1972-334 (S.B. 455), P.L. 1482, 1, approved Dec. 6, 1972, eff. in 6 months; Act 1988-158 (S.B. 245), P.L. 1275, 1, approved Dec. 19, 1988, eff. in 60 days; Act 2001-48 (H.B. 41), P.L. 605, 1, approved June 22, 2001, eff. in 60 days; Act 2002-172 (H.B. 2070), P.L. 1391, 1, approved Dec. 9, 2002, eff. in 60 days; Act 2013-118 (S.B. 28), P.L. 1198, 1, approved Dec. 18, 2013, eff. Jan. 1, 2014.

AMENDMENT NOTES.

The 2013 amendment added Except as provided under section 2702 (relating to aggravated assault) in the introductory language of (a) and substituted by a person 18 years of age or older for by an adult 21 years of age or older in (b)(2).

**3503.  Criminal trespass. 17**

(a)  *Buildings and occupied structures.*

(1)  A person commits an offense if, knowing that he is not licensed or privileged to do so, he:

*[handwritten: Owner says I had a lease therefore a license]*
*[handwritten: Pg 13 Ques 4]*

(i) enters, gains entry by subterfuge or surreptitiously remains in any building or occupied structure or separately secured or occupied portion thereof; or

*[handwritten: therefore consent is to the lease holder not the owner]*

(ii) breaks into any building or occupied structure or separately secured or occupied portion thereof.

(2) An offense under paragraph (1)(i) is a felony of the third degree, and an offense under paragraph (1)(ii) is a felony of the second degree.

*[handwritten: the tenant has reasonable expectation of privacy as well as power of a lawful]*

(3) As used in this subsection: *Breaks into.* To gain entry by force, breaking, intimidation, unauthorized opening of locks, or through an opening not designed for human access.

*[handwritten: by payment of members fees & signing a lease]*

(b)  *Defiant trespasser.*

(1) A person commits an offense if, knowing that he is not licensed or privileged to do so, he enters or remains in any place as to which notice against trespass is given by:

(i) actual communication to the actor;

(ii) posting in a manner prescribed by law or reasonably likely to come to the attention of intruders;

(iii) fencing or other enclosure manifestly designed to exclude intruders;

(iv) notices posted in a manner prescribed by law or reasonably likely to come to the persons attention at each entrance of school grounds that visitors are prohibited without authorization from a designated school, center or program official; or

(v) an actual communication to the actor to leave school grounds as communicated by a school, center or program official, employee or agent or a law enforcement officer.

(2) Except as provided in paragraph (1)(v), an offense under this subsection constitutes a misdemeanor of the third degree if the offender defies an order to leave personally communicated to him by the owner of the premises or other authorized person. An offense under paragraph (1)(v) constitutes a misdemeanor of the first degree. Otherwise it is a summary offense.

area as defined in the act of June 30, 1981 (P.L.128, No. 43), known as the Agricultural Area Security Law, or any area zoned for agricultural use.

(b.3) *Agricultural biosecurity area trespasser.*

(1) A person commits an offense if the person does any of the following:

(i) Enters an agricultural biosecurity area, knowing that the person is not licensed or privileged to do so.

(ii) Knowingly or recklessly fails to perform reasonable measures for biosecurity that by posted notice are required to be performed for entry to the agricultural biosecurity area.

(2) It is a defense to prosecution under paragraph (1)(ii) that:

(i) no reasonable means or method was available to perform the measures that the posted notice required to be performed for entry to the agricultural biosecurity area;

(ii) entry is made in response to a condition within the agricultural biosecurity area that the person reasonably believes to be a serious threat to human or animal health as necessitating immediate entry to the agricultural biosecurity area; or

(iii) entry is made under exigent circumstances by a law enforcement officer to:

(A) pursue and apprehend a suspect of criminal conduct reasonably believed by the officer to be present within the agricultural biosecurity area; or:

(B) prevent the destruction of evidence of criminal conduct reasonably believed by the officer to be located within the agricultural biosecurity area.

(3) (i) Except as set forth in subparagraph (iii), an offense under paragraph (1)(i) constitutes a misdemeanor of the third degree.

(ii) Except as set forth in subparagraph (iii), an offense under paragraph (1)(ii) constitutes a summary offense.

(iii) If an offense under paragraph (1) causes damage to or death of an animal or plant within an agricultural biosecurity area, the offense constitutes a misdemeanor of the first degree.

(4) For purposes of this subsection, the terms agricultural biosecurity area and posted notice shall have the meanings given to them in 3 Pa.C.S. 2303 (relating to definitions).

(c) *Defenses.* It is a defense to prosecution under this section that:

*Read the Discovery these people are clearly lying*

*A CHROME / Nickel / stainless steel / silver / shiny or metallic weapon isn't black it clearly says a green & silver gun was recovered although everyone says they saw black*

**6105. Persons not to possess, use, manufacture, control, sell or transfer firearms. 8**

*Any law imposed against a citizen of the U.S. that is contradictive to the constitution is VOID*

**(a) Offense defined.** (1) A *and lacks subject matter jurisdiction it is also void the simply void* person who has been convicted of an offense enumerated in subsection (b), within or without this Commonwealth, regardless of the length of sentence or whose conduct meets the criteria in subsection (c) shall not possess, use, control, sell, transfer or manufacture or obtain a license to possess, use, control, sell, transfer or manufacture a firearm in this Commonwealth. *Refer to page 11B Ques. #7 "BLACK"   Refer to pg 13B Quest. #3 "BLACK"*

*Refer to pg. 12 Ques #1 on the 6th line "Black object"   This is the original police report*

(i) A person who is prohibited from possessing, using, controlling, selling, transferring or manufacturing a firearm under paragraph (1) or subsection (b) or (c) shall have a reasonable period of time, not to exceed 60 days from the date of the imposition of the disability under this subsection, in which to sell or transfer that persons firearms to another eligible person who is not a member of the prohibited persons household.

(ii) This paragraph shall not apply to any person whose disability is imposed pursuant to subsection (c)(6).

**(a.1) Penalty.** *Refer to preliminary transcripts page 27 line 2-11   No Fssle*

*Refer to prelim. trans. page 32 Line 14-23   "BLACK he's adamant about that"*

(1) A person convicted of a felony enumerated under subsection (b) or a felony under the act of April 14, 1972 (P.L.233, No.64), known as The Controlled Substance, Drug, Device and Cosmetic Act, or any equivalent Federal statute or equivalent statute of any other state, who violates subsection (a) commits a felony of the second degree.

(2) A person who is the subject of an active protection from abuse order issued pursuant to 23 Pa.C.S. 6108 (relating to relief), which order provided for the relinquishment of firearms, other weapons or ammunition during the period of time the order is in effect, commits a misdemeanor of the first degree if he intentionally or knowingly fails to relinquish a firearm, other weapon or ammunition to the sheriff as required by the order unless, in lieu of relinquishment, he provides an affidavit which lists the firearms, other weapons or ammunition to the sheriff in accordance with either 23 Pa.C.S. 6108(a)(7)(i)(B), 6108.2 (relating to relinquishment for consignment sale, lawful transfer or safekeeping) or 6108.3 (relating to relinquishment to third party for safekeeping).

(i) A person commits a misdemeanor of the third degree if he intentionally or knowingly accepts possession of a firearm, other weapon or ammunition from a person he knows is the subject of an active protection from abuse order issued pursuant to 23 Pa.C.S. 6108, which order provided for the relinquishment of the firearm, other weapon or ammunition during the period of time the order is in effect.

(ii) This paragraph shall not apply to:

(A) a third party who accepts possession of a firearm, other weapon or ammunition relinquished pursuant to 23 Pa.C.S. 6108.3; or

(B) a dealer licensed pursuant to section 6113 (relating to licensing of dealers) or subsequent purchaser from a dealer licensed pursuant to section 6113, who accepts possession of a firearm, other weapon or ammunition relinquished pursuant to 23 Pa.C.S. 6108.2.

*please read the report from E.I.U. on page 6B & 7   Discovery notes*

*please read pg. 4 Evidence part 1 & 2, evidence 329-4445 was never furnished after 11 informal requests from 4-17-present date   refer to pg. 2   1st sheet Defendant's Assit. dated sept 5th 2017. Now read pg 3B the remodeled report on 3.19.17 4:14AM after the original on page 12 & 12B. Dated 3/18/17 27 HRs earlier they tried to make the evidence F.I.U.*

relief if a period of ten years, not including any time spent in incarceration, has passed since the applicants most recent conviction under subsection (c)(3).

(f) *Other exemptions and proceedings.*

(1) Upon application to the court of common pleas under this subsection by an applicant subject to the prohibitions under subsection (c)(4), the court may grant such relief as it deems appropriate if the court determines that the applicant may possess a firearm without risk to the applicant or any other person.

(2) If application is made under this subsection for relief from the disability imposed under subsection (c)(6), notice of such application shall be given to the person who had petitioned for the protection from abuse order, and such person shall be a party to the proceedings. Notice of any court order or amendment to a court order restoring firearms possession or control shall be given to the person who had petitioned for the protection from abuse order, to the sheriff and to the Pennsylvania State Police. The application and any proceedings on the application shall comply with 23 Pa.C.S. Ch. 61 (relating to protection from abuse).

(3) All hearings conducted under this subsection shall be closed unless otherwise requested to be open by the applicant.

(i) The owner of any seized or confiscated firearms or of any firearms ordered relinquished under 23 Pa.C.S. 6108 shall be provided with a signed and dated written receipt by the appropriate law enforcement agency. This receipt shall include, but not limited to, a detailed identifying description indicating the serial number and condition of the firearm. In addition, the appropriate law enforcement agency shall be liable to the lawful owner of said confiscated, seized or relinquished firearm for any loss, damage or substantial decrease in value of said firearm that is a direct result of a lack of reasonable care by the appropriate law enforcement agency.

(ii) Firearms shall not be engraved or permanently marked in any manner, including, but not limited to, engraving of evidence or other identification numbers. Unless reasonable suspicion exists to believe that a particular firearm has been used in the commission of a crime, no firearm shall be test fired. Any reduction in the value of a firearm due to test firing, engraving or permanently marking in violation of this paragraph shall be considered damage, and the law enforcement agency shall be liable to the lawful owner of the firearm for the reduction in value caused by the test firing, engraving or permanently marking.

(iii) For purposes of this paragraph, the term firearm shall include any scope, sight, bipod, sling, light, magazine, clip, ammunition or other firearm accessory attached to or seized, confiscated or relinquished with a firearm.

(g) *Other restrictions.*  Nothing in this section shall exempt a person from a disability in relation to the possession or control of a firearm which is imposed as a condition of probation or parole or which is imposed pursuant to the provision of any law other than this section.

(h) *License prohibition.*  Any person who is prohibited from possessing, using, controlling, selling, purchasing, transferring or manufacturing any firearm under this section shall not be eligible for or permitted to obtain a license to carry a firearm under section 6109 (relating to licenses).

(i) *Firearm.* As used in this section only, the term firearm shall include any weapons which are designed to or may readily be converted to expel any projectile by the action of an explosive or the frame or receiver of any such weapon.

(j) *Copy of order to State Police.* If the court grants relief from the disabilities imposed under this section, a copy of the order shall be sent by the prothonotary within ten days of the entry of the order to the Pennsylvania State Police and shall include the name, date of birth and Social Security number of the individual.

**HISTORY:**

Act 1972-334 (S.B. 455), P.L. 1482, 1, approved Dec. 6, 1972, eff. in 6 months; Act 1995-66 (S.B. 282), P.L. 621, 4, approved Nov. 22, 1995; Act 1995 Special Session-17 (H.B. 110), P.L. 1024, 2, approved June 13, 1995, eff. in 120 days; Act 1997-5 (H.B. 149), P.L. 73, 1, approved Apr. 22, 1997, eff. in 60 days; Act 1998-121 (H.B. 413), P.L. 933, 4, approved Dec. 3, 1998, eff. immediately; Act 1998-69 (S.B. 540), P.L. 501, 4, approved June 18, 1998, eff. immediately; Act 1999-59 (S.B. 167), P.L. 915, 4, approved Dec. 15, 1999, eff. in 60 days; Act 2002-82 (S.B. 1109), P.L. 481, 5, approved June 28, 2002, eff. in 60 days; Act 2002-218 (S.B. 1515), P.L. 1759, 5, approved Dec. 9, 2002, eff. in 60 days; Act 2003-24 (S.B. 8), P.L. 120, 1, approved Sept. 30, 2003, eff. Feb. 1, 2004; Act 2005-66 (H.B. 1717), P.L. 335, 2, approved Nov. 10, 2005, eff. in 180 days; Act 2008-131 (H.B. 1845), P.L. 1628, 1.2, approved Oct. 17, 2008, eff. in 60 days.

**AMENDMENT NOTES.**

# DEFENDER ASSOCIATION
## OF PHILADELPHIA

1441 Sansom Street
Philadelphia, PA  19102
(215) 568-3190

KEIR BRADFORD-GREY
CHIEF DEFENDER

*Discovery*

September 5, 2017

Mr. Corwin Harris
PP# 836120
Philadelphia Industrial Correctional Center (PICC)

**RE: Docket #: CP-51-CR-0004435-2017**

Dear Mr. Harris:

Per your request, please find enclosed a copy of the discovery that has been made available to me by the District Attorney's Office. Please note that I have not yet received Property Receipt 329445, which is why it is not included in this packet. I also have not yet received photographs of the crime scene or the complainant's injuries. I did, however, enclose an additional copy of the notes of testimony from your preliminary hearing for your review.

Please let me know if you have any questions or concerns. I can be reached at 267-765-6852.

Sincerely,

Rosemary Zeccardi
Assistant Defender

Encl.

August 23rd, 2017 wed. @ 10Am
I was assured under oath that I would recieve this
copy in its entirety by Friday the 25th "The end of the
week" I recieved a document addressed to P.I.C.C. on
sept. 5th wich I recieved on sunday the 10th
although I was housed @ CFCF on the 23rd - 30th wich is
when the discovery should've been sent out & where it should've
been addressed & again for the courts record the discovery
Is again incomplete. without the property reciept 329-4445
I ask that your honor @ this time order each article of property
inadmissible as the remaining property reciepts do not reflect any
involvement with the plaintiff nor any charges pending against me
only the contents of 329-4445 are being questioned in regards to
plaintiff statements - wich is unaccounted for & should be barred at this point

Pg 2

# First Judicial District of Pennsylvania

*51CR00075002017*
*Corwin Harris*

---

*Preliminary Hearing Volume 1*
*May 22, 2017*



*First Judicial District of Pennsylvania*
*100 South Broad Street, Second Floor*
*Philadelphia, PA 19110*
*(215) 683-8000   FAX: (215) 683-8005*

*Original File 52217c15.txt, 54 Pages*
*CRS Catalog ID: 17060444*

Page 21

1) that in cases where there is a continuance for
2) further investigation and I can only sort of
3) make a reasonable inference that it's moving
4) forward but having to speak to you first before
5) moving forward and going through the cattle
6) prod which is a preliminary hearing at times,
7) particularly with the charges that are present
8) here for Mr. Harris. And so in those cases,
9) Mr. Harris, where those continuances are taken,
0) oftentimes clients are not brought up to speak
1) to defense counsel and defense counsel, we
2) don't have access downstairs because of
3) situations with the elevator in which there
4) have been two incidents where one person was
5) paralyzed and one person --
6)        THE DEFENDANT: I know that.
7)        MS. MISDARY: And so that's the
8) reason why it becomes a little challenging to
9) see clients when continuances are taken.
0)        MS. GORDON: Your Honor, to stick on
1) the separate issue, I understand that counsel,
2) he didn't get a chance to meet, but the issue
3) of whether or not preliminary hearing was set
4) timely, I would posit to you that it was based
5) on the filing on its face within 14 days of the

Page 22

[1] arraignment date. The April 3rd date was set.
[2] Therefore, the first listing was listed and he
[3] did have, he said himself he was brought down
[4] to this building.
[5]        Whether or not, you know, there was
[6] any contact between the 18th and the 3rd,
[7] that's something that I cannot speak to,
[8] whether or not he was contacted or not. I
[9] believe that's a separate issue that's not in
[10] this motion because this is based on, I guess,
[11] this file that I was handed today to say that
[12] we did not afford a preliminary hearing in time
[13] under Rule 540 G 1.
[14]        THE COURT: Okay.
[15]        MS. GORDON: So I ask that you first
[16] deny the motion under 540 G 1 and whether or
[17] not he believes he has adequate representation.
[18] I think that's a different issue that's not in
[19] this motion.
[20]        THE COURT: Anything else?
[21]        Motion is denied.
[22]        Now, let's proceed.
[23]        MS. MISDARY: I just ask that
[24] sequestration is in effect.
[25]        THE COURT: Sequestration is in

Page 23

1) effect. Case 15.
2)
3)        Samuel Hodge, having been duly
4) sworn, was examined and testified as follows:
5)
6)             - - - -
7)        DIRECT EXAMINATION
8)             - - - -
9)
0) BY MS. GORDON:
1) Q   Good afternoon.
2) A   Good afternoon.
3) Q   Do you live on the 1300 block of West Jerome
4) Street?
5) A   Yes.
6) Q   Is that in the City and County of Philadelphia?
7) A   Yes.
8) Q   Were you present at your residence on the date
9) of March 17th, 2017, approximately 10:15 p.m.?
0) A   Yes.
1) Q   Okay.
2)        Do you see anyone in this courtroom
3) who was also present on that day at that time at
4) your place of residence?
5) A   Yes, the guy sitting over there.

Page 24

[1]        THE COURT: Can you speak up?
[2]        THE WITNESS: The guy sitting over
[3] there.
[4]        MS. GORDON: Your Honor, for the
[5] record, the witness identified the defendant by
[6] a head nod in his direction.
[7]        THE COURT: What is he wearing, sir?
[8]        THE WITNESS: The orange, yellow,
[9] green shirt.
[10]        THE COURT: All right.
[11]        MS. GORDON: Witness identified the
[12] defendant by article of clothing.
[13] BY MS. GORDON:
[14] Q   So what happens at your place of residence on
[15] that day in relation to this defendant?
[16] A   Me and my girlfriend was arguing and then --
[17]        THE COURT: I want you to speak up so
[18] move the mic closer to you.
[19] BY MS. GORDON:
[20] Q   Speak up so the judge and the stenographer is
[21] taking everything down.
[22] A   Me and my girlfriend was arguing about
[23] something like McDonald's. Then he came up with the
[24] gun. I seen him walking up the steps with the gun.
[25] That's when I went in my room, closed the door,

*Judge
Leads the witness*
*CW
Not being
Recorded*

Page 25

1] locked the door.

2]        THE COURT:  Where were you and your

3] girlfriend?

4]        THE WITNESS:  On the third floor.

5]        THE COURT:  On the third floor?

6]    Okay.

7] BY MS. GORDON:

8] Q    Mr. Hodge, if we can clarify, what kind of

9] house is this?

0] A    This is like -- it's like a regular house but

1] the rooms are all rented out.

2] Q    Like a rooming house?

3] A    Yes.

4] Q    So this is a rooming house.  Where do you live

5] in this rooming house?

6] A    The third floor front.

7] Q    Okay.

8]        Where does the defendant live in this

9] rooming house?

0] A    The second floor front.

1] Q    Does this rooming house have like a common

2] bathroom?

3] A    Yes, it's on the second floor.

4] Q    Okay.

5]        So where are you and your girlfriend

Page 26

[1] at when you were having this argument?

[2] A    My room.

[3] Q    On the third floor?

[4] A    Yes.

[5] Q    Where is the defendant at?

[6] A    I guess he was in his room.

[7] Q    While you were having your argument, was your

[8] door closed or open?

[9] A    It was closed.

[10] Q    What happens after the argument happens?

[11] A    She left out the room.  While she is about to

[12] go downstairs, he is coming upstairs with the gun.

[13] So I seen him with the gun in his hand so I close my

[14] bedroom door, lock it.  He kicked it open, cocked

[15] the gun, like I should kill you, blasé blah.

[16] Q    When you say I should kill you --

[17]        THE COURT:  Break it down.

[18] BY MS. GORDON:

[19] Q    What do you mean by blasé blah?

[20] A    Just saying like I should kill you.

[21] Q    Where is the gun at this time?

[22] A    In his hand.

[23] Q    Does he point the gun at you?

[24] A    Yes.

[25] Q    Where does he point it at?

Page 27

1] A    At my head.

2] Q    And what kind of gun is it?  Is it a handgun or

3] rifle?

4] A    A handgun.

5] Q    So after he points it at your head, what does

6] he do next with the gun?

7] A    He start pistol whipping me with it.

8] Q    Where does he hit you with it?

9] A    In my head right --

0] Q    With your?

1] A    It's like right here.

2]        MS. GORDON:  For the record, the

3]    witness is pointing to the back right side of

4]    his head.

5] BY MS. GORDON:

6] Q    Okay.

7]        Approximately how many times were you

8] pistol whipped?

9] A    Like the first whacked me a couple times, like

0] three, four times.  That's when he like, yeah,

1] you pussy, such -- you pussy -- I don't recall what

2] else he said.

3] Q    Is he saying these things while he is hitting

4] you?

5] A    Yeah.

Page 28

[1]        MS. MISDARY:  Objection as to

[2]    relevance.  In terms of what he said while -- I

[3]    mean it is not relevant.

[4]        MS. GORDON:  There is a charged

[5]    called terroristic threats.

[6]        MS. MISDARY:  That's been outside the

[7]    door.  That's what we have so far but calling

[8]    someone a pussy is not a terroristic threat.

[9]        THE COURT:  While he is whipping him

[10]    in the head, I think it is.

[11]        Let's go.

[12] A    So he said that, start hitting me three, four

[13] more times.  That's when the clip fell out.  He

[14] said, you made me drop my clip out of my gun.  He

[15] start whacking me again.

[16] Q    So if you can give me a range, is it between 10

[17] and 20, over 20?  About how many times do you think

[18] you were hit?

[19] A    Probably like 12, 13.

[20]        MS. MISDARY:  Objection, asked and

[21]    answered.

[22]        THE COURT:  He can answer.

[23] BY MS. GORDON:

[24] Q    And each time was in your head?

[25] A    Yes.

Page 29

[1] Q  What happened after you were being -- the clip
[2] falls out of the gun?
[3] A  He still was whacking me.  Then he just stopped
[4] and said, get the fuck up out of here.
[5] Q  And what did you do?
[6] A  I ran.
[7] Q  Now, let me ask you about the room.  Did he
[8] have permission to be in your room?
[9] A  No.
[10] Q  Has he ever been in your room before?
[11] A  No.
[12] Q  After you ran, what happened next?
[13] A  My brother, I guess my brother had called my
[14] dad because when I looked up, everybody was gone
[15] because in the room it was me, my nephew, my older
[16] brother, my girl, and her son.
[17] Q  Okay.
[18]        This is while this is going on?
[19] A  Uh-huh.  After he got done pistol whipping me,
[20] I got up, looked around and wasn't nobody there so I
[21] ran in the house.  So I guess my older brother
[22] called my dad and --
[23]        MS. MISDARY:  Objection as to
[24]    personal knowledge.  He says I guess.
[25]        THE COURT:  Sustained.

Page 30

[1] BY MS. GORDON:
[2] Q  That's fine.
[3] A  That's when my dad --
[4] Q  That's fine.
[5]        MS. GORDON:  And, Your Honor, I have
[6]    no other questions.
[7]
[8]            - - - -
[9]        CROSS-EXAMINATION
[10]            - - - -
[11]
[12] BY MS. MISDARY:
[13] Q  Good afternoon.
[14] A  Good afternoon.
[15] Q  You know Mr. Harris?
[16] A  Huh?
[17] Q  You know Mr. Harris?
[18] A  Not personally but he lives in the house.
[19] Q  So you know of him; right?  You know him
[20] because he lives in the same house as you?
[21] A  Yes.
[22] Q  And how long has he lived in the same house as
[23] you?
[24]        MS. GORDON:  Objection to relevance.
[25]        THE COURT:  Sustained.

Page 31

[1] BY MS. MISDARY:
[2] Q  So you testified that this started as a verbal
[3] dispute between you and your girlfriend; is that
[4] right?
[5] A  Yes.
[6] Q  And this is just to clarify because there was a
[7] lot of different things on direct.  You were on the
[8] third floor as you were arguing?
[9] A  Yes.
[10] Q  Okay.
[11]        And so this argument was about
[12] McDonald's?
[13] A  Yes.
[14] Q  And nothing else?
[15] A  No.
[16] Q  And you were on the third floor.  And just to
[17] clarify, while you were having this verbal argument,
[18] you were in a common area?
[19] A  What does that mean?
[20] Q  That means -- you testified that you saw him
[21] coming up from the stairs?
[22]        THE COURT:  Where everyone in the
[23]    rooming house is allowed to go to.
[24] BY MS. MISDARY:
[25] Q  Right.  So a common area, so it sounded like

Page 32

[1] that you had seen him and you were like outside and
[2] you could see the stairs?
[3] A  Yes, like I said, my girlfriend was walking
[4] downstairs, about to walk downstairs which means my
[5] door was open then.  So while she was about to walk
[6] downstairs, he was walking up with the gun and I saw
[7] the gun so I closed the door and locked my door.
[8] Q  And you were in your room?
[9] A  Yes.
[10] Q  So you could see -- I am just asking just to be
[11] able to get clarification where everyone is.
[12] Nothing else I am asking, just to understand where
[13] people are.  That's all.
[14]        So you could see him coming up the
[15] stairs from  where you were in your room with the
[16] open door?
[17] A  Yes.
[18] Q  And so at that point, at that point you had
[19] closed the door?
[20] A  Yes.
[21] Q  Can you describe the handgun that you saw?
[22] A  All I know is black.  I don't really know types
[23] of guns.
[24] Q  Okay.
[25]        And so when he came up the stairs,

Page 33

[1] you closed and locked the door; is that right?

[2] A    Uh-huh.

[3] Q    Okay.

[4]        THE COURT:  Yes or no?

[5]        THE WITNESS:  Yes,

[6] BY MS. MISDARY:

[7] Q    Again, this is just to clarify.  At what point

[8] did you open this door?

[9] A    I said he kicked the door open.

[10] Q    Okay.  Sorry.  I may have missed it on direct.

[11]        And do you have photos of the damage

[12] to the door?

[13] A    No.

[14] Q    So no photos for damage.

[15]        And so when he kicked open the door,

[16] how did you respond?

[17] A    Huh?

[18]        MS. GORDON:  Objection, relevance.

[19]        THE COURT:  Sustained.

[20] BY MS. MISDARY:

[21] Q    When he pistol whipped you -- and this is just

[22] to clarify -- you are saying that he took the gun

[23] and hit you with it; is that right?

[24] A    Yes.

[25]        And did you see what part of the gun was

Page 34

[1] hitting you, he was hitting you with?

[2] A    Front part,

[3]        MS. GORDON:  Objection, relevance.

[4]        THE COURT:  Sustained.

[5] BY MS. MISDARY:

[6] Q    How did you respond after he pistol whipped you

[7] the first time?

[8]        MS. GORDON:  Objection.

[9]        THE COURT:  Sustained.

[10]        MS. MISDARY:  This is a typical

[11]    aggravated assault question.

[12]        THE COURT:  There is no typical.

[13]    Sustained.

[14] BY MS. MISDARY:

[15] Q    And there was no one else with you in the room

[16] at this point?

[17] A    When I got up, everybody was gone.  So I guess

[18] they saw the gun and left.

[19] Q    Let me clarify.

[20]        When the pistol whipping occurred in

[21] the room, you were alone?

[22] A    I don't know.  I am worried about my head

[23] getting hit with a gun.

[24] Q    No one else is in the bedroom with you?

[25] A    I do not know.

Page 35

[1] Q    Okay.

[2] A    I am worrying about myself getting hit with a

[3] gun.  How am I supposed to be looking around, see

[4] who is in the room?

[5]        THE COURT:  Ask the next question.

[6] BY MS. MISDARY:

[7] Q    Legitimate.

[8]        When you closed the door on yourself

[9] no one was in the room with you?

[10] A    Yeah.

[11] Q    Mr. Hodge, you did not go to the hospital;

[12] right?

[13] A    No, the cops had me in the back of a cop car

[14] with cuffs on.

[15] Q    And the injuries that you had, can you describe

[16] those injuries?

[17] A    It was just my head was bleeding.

[18] Q    So it was a cut?

[19] A    I never looked at it.  It's like I have a lump

[20] in the back of my head still so --

[21] Q    And it was just one cut?

[22] A    It was like two little ones and the one where

[23] the lump at right now.

[24] Q    And nothing else?

[25] A    That was it.

Page 36

[1] Q    And that's on the right side of your head?

[2] A    Yes.

[3] Q    In the back.  Okay.

[4]        MS. MISDARY:  And let the record

[5]    reflect that Mr. Hodge pointed to the right

[6]    side on the back of his head when he pointed to

[7]    the two little cuts and the lump.

[8] BY MS. MISDARY:

[9] Q    And you didn't ever receive medical care for

[10] these injuries?

[11] A    No, because they took me to the district.

[12] Q    Okay.

[13]        Why did they take you to the

[14] district?

[15]        MS. GORDON:  Objection, relevance.

[16]        THE COURT:  Sustained.

[17] BY MS. MISDARY:

[18] Q    Do you have photos of your injuries?

[19] A    No.

[20] Q    And you spoke to detectives?

[21] A    Yes.

[22]        MS. GORDON:  Objection, relevance.

[23]        THE COURT:  Sustained.

[24]        MS. MISDARY:  Your Honor, this goes

[25]    to the identification.

Page 37

[1]    MS. GORDON:  Your Honor, he lives --
[2]    THE COURT:  What identification?
[3]    MS. MISDARY:  Meaning that we have no
[4] testimony that he identified him to police or
[5] to detectives.
[6]    MS. GORDON:  Your Honor, if I may be
[7] heard on that objection.
[8]    THE COURT:  Please.
[9]    MS. MISDARY:  At a prima facie level,
[10] this is his neighbor.  There is no ID issues.
[11] Him speaking to the detective has nothing to
[12] with these charges.
[13]    THE COURT:  Thank you.
[14] BY MS. MISDARY:
[15] Q   Do you know how many people live on the second
[16] floor?
[17]    MS. GORDON:  Objection.
[18]    THE COURT:  Sustained.
[19]    MS. MISDARY:  It goes to constructive
[20] possession.  It was found in a common bathroom.
[21]    THE COURT:  What was found in a
[22] common bathroom?
[23]    MS. MISDARY:  Well, the testimony was
[24] that -- okay.  Fine.
[25]    MS. GORDON:  Objection.

Page 38

[1]    MS. MISDARY:  Scratch that.  I will
[2]    withdraw that question.
[3] BY MS. MISDARY:
[4] Q   Mr. Hodge, isn't it true that you were in the
[5] back of the police car because --
[6]    MS. GORDON:  Objection to the
[7]    relevance.
[8] BY MS. MISDARY:
[9] Q   Officers found marijuana in your house?      *prejudged for gob*
[10]    THE COURT:  Sustained.  It has
[11] nothing to do with the charges.
[12]    MS. MISDARY:  Your Honor, there is a
[13] gun charge right now and I have no indication
[14] of whether that was recovered, where it was.
[15]    THE COURT:  You can ask the
[16] Commonwealth.
[17]    MS. MISDARY:  Okay.
[18]    I mean there needs to be a witness
[19] that testifies to all of this.
[20]    THE WITNESS:  I can answer the
[21] question if you want me to.
[22]    THE COURT:  No.
[23]    MS. GORDON:  Your Honor, the
[24] testimony here is that there is testimony on
[25] the record that he seen him come up with the

Page 39

gun, rack the gun, and hit him in the head 12
times, causing a lump that is still there since
March.  So I think there is adequate testimony
that there was a gun possessed by the defendant
when he was striking him in the head.

BY MS. MISDARY:
Q   Is this verbal dispute with your girlfriend, it
turned physical, didn't it?
A   No.                              *- LEES*
    MS. GORDON:  Objection.
    THE COURT:  Sustained.  Stricken.
BY MS. MISDARY:
Q   You did testify to this, Mr. Hodge, in direct
and so I want to clarify because I missed it.  You
said that there were people present.  Where were
they present?  You mentioned your girlfriend, your
brother?
A   They were in the room with me.  I had my own
room.
Q   So, Mr. Hodge, when did they arrive into your
room?
    MS. GORDON:  Objection to relevance.
    THE COURT:  Sustained.
A   They were there the whole time.
    THE COURT:  Sustained.  Stricken.

Page 40

[1]    Not relevant.    *A list of 3 adult potential witness*
[2] BY MS. MISDARY:                  *not relevant*
[3] Q   And so just to clarify, who is in the room with
[4] you?
[5] A   My nephew, me, my girlfriend, her son and my
[6] older brother.
[7] Q   You didn't miss any time off of work; is that   *\A list of*
[8] right?                                       *people who*
[9]    MS. GORDON:  Objection, relevance.    *down 9/21/16*
[10] A   When?                              *pd see anything*
[11]    THE COURT:  That's okay.          *nor showed*
[12] A   Today.                            *forward a*
[13]    MS. MISDARY:  He didn't receive     *the day@*
[14]    medical treatment --
[15]    THE COURT:  You can answer.       *the day@*
[16] A   So you want me to answer that?
[17] Q   Did you miss work as a result of the injuries?   *Preliminary*
[18] A   Being as though these court dates, yes, I
[19] didn't.    *- injury on court?*
[20] Q   Other than the court dates?       *- Nolo Typeo*
[21] A   No, it was just the court dates.   *he really talks like this*
[22]    MS. MISDARY:  No further questions,
[23]    Your Honor.
[24]    MS. GORDON:  I have two brief
[25]    redirect questions.

TCR0507562017
orwin Harris
Case 2:19-cv-00196-CDJ    Document 2    Filed 01/14/19    Page 71 of 113
Preliminary Hearing Volume 1
May 22, 2017
Page 41
Page 42

---- 

#### REDIRECT EXAMINATION

----

**BY MS. GORDON:**

**Q**  Just to clarify, you talked about a common area when you and the girlfriend were arguing about the McDonald's.  Where exactly were you and your girlfriend?

**A**  In my view.

**Q**  I know you said on direct but I will ask again.  Was the door open or closed?

**A**  Closed.  — pg. 2½ line 2½ open

**Q**  And in all the other individuals who was with you, where were they at?

**A**  In my room.

**Q**  And is your room a common area that everyone in the house can go to?

**A**  No.

**Q**  All right.
Do all the rooms in this rooming house have locks on it?

**A**  Yes.

**MS. GORDON:**  No other questions.

**THE COURT:**  Anything else?

**MS. MISDARY:**  Nothing at this time.

**MS. GORDON:**  Prior to resting, the Commonwealth will mark as C 1 the defendant's secure criminal extract showing that he does have a 2000 offense for aggravated assault which makes him ineligible to carry a firearm, hence the one VUFA charge, 6105.

**THE COURT:**  Okay.

**MS. GORDON:**  And with that, the Commonwealth would rest for purpose of the preliminary hearing.

**MS. MISDARY:**  First, I want to do a clarification of the grading.  Defense rests in terms of evidence.  I do have argument but I do want to get into just to clarify on the grading of the firearm charge.

**THE COURT:**  6105.

**MS. MISDARY:**  Yes, Your Honor.
It's graded as an F 1 and under 6105 Section A point 1, this should be, because the aggravated assault is one of the offenses enumerated under Section B, under A 1, this should be a felony of the second degree.  So I just want to clarify that.

**THE COURT:**  Okay.
Commonwealth, did you hear that?

**MS. GORDON:**  I did, Your Honor.  I just want -- I know they did make a change to the grading.

**THE COURT:**  Okay.
Their argument is it should be F 2 in instead of F 1.

**MS. GORDON:**  Your Honor, based on what I think the amendment that occurred January, effective January 2nd, 2017, any defendant arrested and charged with 6105 will have the offense graded as an F 1 instead of an F 2 where, one, the defendant is the defendant's second or subsequent 6105 violation or, two, the firearm was in physical possession or within arm's reach of the defendant.  So as of January 2nd, that's where the change was.

**MS. MISDARY:**  And if I just may see the amendment.

**THE COURT:**  Sure.  So are we clear.

**MS. MISDARY:**  Yes.

**MS. GORDON:**  I am not sure if it's on the crimes code, but as of January 2nd, it did change the 6105.

**MS. MISDARY:**  I have argument on the VUFA charge and I also have argument on the possession of instrument of crime.

**THE COURT:**  That's what we just talked about; right?

**MS. MISDARY:**  But I do have argument.

**THE COURT:**  Okay.

**MS. MISDARY:**  Separate from just solely the grading.
Your Honor, we ask that you discharge the possession of a firearm and possession of instrument of crime because of lack of evidence.  There is no testimony that a gun was recovered.  There is nothing to corroborate Mr. Hodge's testimony.  I think what makes it more worrisome in this case is that Mr. Hodge has testified to very conflicting things on direct and cross.

**THE COURT:**  Just one second.
So there is no gun found at all, Commonwealth?

**MS. MISDARY:**  There is no testimony, Your Honor, that a gun was ever recovered.  And without --

**THE COURT:**  I am trying to find out

[1] from the Commonwealth, was a gun recovered?

[2]     MS. GORDON: There was a gun

[3] recovered, Your Honor, but for these charges,

[4] there was no element of a crime that needs the

[5] recovering of a gun.

[6]     THE COURT: If no gun was recovered,

[7] I could hear it, but I wanted to make sure.

[8]     MS. GORDON: I have other witnesses

[9] that will be testifying at trial.

[10]     MS. MISDARY: Your Honor, my

[11] experience in cases where --

[12]     THE COURT: I just want to know a gun

[13] was found, gun was recovered. The Commonwealth

[14] will have a witness at trial.

[15]     MS. MISDARY: But we have no

[16] testimony, Your Honor, as to where the gun was

[17] recovered, whether or not the same gun was the same

[18] gun that was allegedly seen in Mr. Harris's

[19] hand, and that that is something that has to be

[20] established on a prima facie

[21]     THE COURT: That will be a trial

[22] issue.

[23]     MS. MISDARY: Even on prima facie

[24] level, if this gun --

[25]     THE COURT: He testified that he was

[1] whipped with a gun in the head over 12 times.

[2]     MS. MISDARY: Your Honor, he

[3] testified that what he saw was something black

[4] in his hand. He said that he saw a gun but he

[5] doesn't know the kinds of handguns that there

[6] are. And he is coming up the steps and he is

[7] closing the door and it's only a matter of

[8] seconds. So a gun recovery here becomes

[9] essential. I mean he didn't even know when I

[10] asked him on cross if there were people in the

[11] room because he said, well, I was getting hit

[12] in the head. So here, Your Honor, there is an

[13] issue of focus. From the testimony, there is

[14] no testimony that he even saw the gun in his

[15] hand.

[16]     THE COURT: That will be a trial

[17] issue for you. Thank you.

[18]     Anything else?

[19]     MS. MISDARY: That's all. Thank you.

[20]     THE COURT: All right.

[21]     All charges, held for court, all

[22] charges, June 5th, 1104, 11:00 a.m.

[23]     Sir, your presence is mandated at any

[24] trial or proceeding in this matter. If you

[25] fail to appear, a warrant will issue for your

[1] arrest and the matter will proceed in your

[2] absence.

[3]     Thank you.

[4]     MS. MISDARY: I have a bail motion.

[5]     THE COURT: There is argument on bail

[6] motion from 250 down to 100,000 where it

[7] currently is. Has anything changed?

[8]     MS. MISDARY: How do you mean has

[9] anything changed? I don't understand the

[10] question.

[11]     THE COURT: Bail has already been

[12] reduced from a quarter of a million to 100,000.

[13] So I am asking has anything changed? Only

[14] thing that's changed is he's been held for

[15] court on those charges. So he has gun charges

[16] is. Has anything else changed?

[17]     MS. MISDARY: No, Your Honor. But

[18] because he is going to continue to remain in

[19] custody until the next court date, I can do

[20] that bail motion.

[21]     THE COURT: Go ahead. I am just

[22] setting the scenario for you. Nothing has

[23] changed.

[24]     MS. MISDARY: Your Honor is correct

[25] that the bail has been reduced.

[1]     THE COURT: I believe I also saw --

[2] was a stay-away order issued?

[3]     MS. GORDON: It was.

[4]     THE COURT: Stay-away was issued. Is

[5] that still in effect?

[6]     MS. GORDON: It is.

[7]     MS. MISDARY: Mr. Harris has been

[8] incarcerated so the stay-away is --

[9]     MS. GORDON: Your Honor, regarding

[10] the stay-away order, I do see a copy of it but

[11] I believe I only see one for Mr. Hodge's

[12] girlfriend. I do not see one for him.

[13]     THE COURT: I will sign one for him.

[14]     MS. MISDARY: Your Honor, if I may,

[15] Mr. Harris is 37 years old. Right now he is

[16] set at a hundred thousand. The guidelines,

[17] Your Honor, are three to twelve. So even

[18] though it's been reduced from 250 to a hundred,

[19] it's still outside of the guidelines.

[20]     Your Honor, Mr. Harris has one FTA

[21] from 17 years ago.

[22]     THE COURT: Seventeen years ago.

[23]     MS. MISDARY: Yes, his last criminal

[24] disposition, I believe, was 15 years ago. His

[25] last court date was 13 years ago. So in terms

**(1)** a building or occupied structure involved in an offense under subsection (a) of this section was abandoned;

**(2)** the premises were at the time open to members of the public and the actor complied with all lawful conditions imposed on access to or remaining in the premises; or

**(3)** the actor reasonably believed that the owner of the premises, or other person empowered to license access thereto, would have licensed him to enter or remain.

**(d)** *Definitions.*

As used in this section, the following words and phrases shall have the meanings given to them in this subsection: *School grounds.* Any building of or grounds of any elementary or secondary publicly funded educational institution, any elementary or secondary private school licensed by the Department of Education, any elementary or secondary parochial school, any certified day-care center or any licensed preschool program. *Secondary metal.* As defined in section 3935 (relating to theft of secondary metal).

**HISTORY:**
Act 1972-334 (S.B. 455), P.L. 1482, 1, approved Dec. 6, 1972, eff. in 6 months; Act 1978-76 (S.B. 189), P.L. 497, 1, approved June 23, 1978, eff. in 60 days; Act 1995-53 (S.B. 223), P.L. 334, 1, approved Oct. 27, 1995, eff. in 60 days; Act 1998-121 (H.B. 413), P.L. 933, 3, approved Dec. 3, 1998, eff. immediately; Act 2002-116 (H.B. 582), P.L. 806, 3, approved Oct. 2, 2002, eff. immediately; Act 2010-125 (S.B. 906), P.L. 1360, 4, approved Nov. 23, 2010, eff. immediately; Act 2014-192 (H.B. 80), , 1, approved Oct. 28, 2014, eff. in 60 days.

**AMENDMENT NOTES.**

The 2014 amendment added (b.1)(1)(iv); rewrote (b.1)(2), which formerly read An offense under this subsection constitutes a summary offense; in (d), added the definition of Secondary metal; and made related and stylistic changes. The 2010 amendment added (b.3).

Commonwealth of Pennsylvania
Court of Common Pleas
County of Philadelphia
1st Judicial District



**INFORMATION**

Commonwealth of Pennsylvania
v.
Corwin Harris

Docket No: CP-51-CR-0004435-2017

The Attorney for the Commonwealth of Pennsylvania by this information charges that in the County of Philadelphia, Pennsylvania, Corwin Harris:

**COUNT 1:**          Burglary - Overnight Accommodations; Person Present, Bodily Injury Crime - (F1)

On or about: 03/17/2017       18 § 3502 §§ A1I
Notice is hereby given that the Commonwealth intends to proceed under 42 Pa.C.S. §9712 (relating to sentences for offenses committed with firearms).

Entered a building or occupied structure, or separately secured or occupied portion thereof, with intent to commit a crime therein; said building, structure, or portion thereof was adapted for overnight accommodation, and an individual was present at the time of entry and commits, attempts or threatens to commit a bodily injury crime therein;

Victim: Samuel Hodge
Location: 1330 W. Jerome Street, Philadelphia, PA 19133

*[handwritten: Defense is licensed to enter sings common p/13 Que #4]*

**COUNT 2:**          Possession Of Firearm Prohibited - (F1)

On or about: 03/17/2017       18 § 6105 §§ A1
Having been convicted of a felony offense enumerated in 18 Pa.C.S. 6105(b), or a felony under the Act of April 14, 1972 (p.l. 233, no. 64), known as the controlled substance, drug, device and cosmetic act, or an equivalent federal or other state statute, within or without Pennsylvania, regardless of the length of sentence, or being a person whose conduct has met the criteria in 18 Pa.C.S. 6105(c), possessed, used, controlled, sold, transferred, or manufactured, or obtained a license to possess, use, control, sell, transfer, or manufacture, a firearm in Pennsylvania

*[handwritten: False Defense was convicted of a reporting offense on 6A]*

**COUNT 3:**          Aggravated Assault - (F2)

On or about: 03/17/2017       18 § 2702 §§ A
Notice is hereby given that the Commonwealth intends to proceed under 42 Pa.C.S. §9712 (relating to sentences for offenses committed with firearms).

Attempted to cause serious bodily injury to another, or caused such injury intentionally, knowingly, or recklessly under circumstances manifesting extreme indifference to the value of human life; and/or attempted to cause, or intentionally or knowingly did cause, bodily injury to another with a deadly weapon;

Victim: Samuel Hodge

*[handwritten: No photo's videos, or Hospital report no offerance or medical anatygraph]*

**COUNT 4:**          Crim Tres-Break Into Structure - (F2)

On or about: 03/17/2017       18 § 3503 §§ A1II
Knowing that he or she was not licensed or privileged to do so, broke into an building or occupied structure or separately secured or occupied portion thereof

Victim: Samuel Hodge
Location: 1330 W. Jerome Street, Philadelphia, PA 19133

*[handwritten: Defense is knowingly licensed & Reported for overnight stay]*

*[handwritten: Jurisdiction is false]*

*[handwritten: 19140]*

CP-51-CR-0004435-2017 Comm. v. Harris, Corwin
Information Filed

7953739281

CPCMS 9001                                              1                                    Printed: 05/31/2017  7:37:31AM

*[handwritten: 2 B]*

Commonwealth of Pennsylvania
Court of Common Pleas
County of Philadelphia
1st Judicial District



**INFORMATION**

Commonwealth of Pennsylvania
v.
Corwin Harris

Docket No: CP-51-CR-0004435-2017

---

**COUNT 5:**          Poss Instrument Of Crime W/Int - (M1)

On or about: 03/17/2017          18 § 907 §§ A
Possessed an instrument of crime with intent to employ it criminally

Instrument of Crime: Handgun

*[handwritten: any possible artifact on private property with... interpreted in any mood as p.d. or especially without reason]*

---

**COUNT 6:**          Terroristic Threats W/ Int To Terrorize Another - (M1)

On or about: 03/17/2017          18 § 2706 §§ A1
Communicated, either directly or indirectly, a threat to commit a crime of violence with intent to terrorize another

Victim: Samuel Hodge

*[handwritten: - although inconsistent statements including... I don't recall]*

*[handwritten:
p. 11 line 15 & 18 of ques #3
p. 11 B Ques # 10
p. 12 Ques 1 line 8       p. 26 line 15 of preliminary trans
p. 13 B line 7 & 8        p. 27 line 21 & 22
                         p. 29 line 4]*

---

**COUNT 7:**          Simple Assault - (M2)

On or about: 03/17/2017          18 § 2701 §§ A
Attempted to cause, or intentionally, knowingly, or recklessly caused, bodily injury to another; and/or negligently caused bodily injury to another with a deadly weapon; and/or attempted by physical menace to put another in fear of imminent serious bodily injury;

Victim: Samuel Hodge

---

**COUNT 8:**          Recklessly Endangering Another Person - (M2)

On or about: 03/17/2017          18 § 2705
Recklessly engaged in conduct which placed or may have placed another person in danger of death or serious bodily injury

Victim: Samuel Hodge

---

Citation of Statute
and Section:
   1  18 § 3502 §§ A1I (F1)
   2  18 § 6105 §§ A1 (F1)
   3  18 § 2702 §§ A (F2)
   4  18 § 3503 §§ A1II (F2)
   5  18 § 907 §§ A (M1)
   6  18 § 2706 §§ A1 (M1)
   7  18 § 2701 §§ A (M2)
   8  18 § 2705 (M2)

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth.

*Kathleen & Martin*

Philadelphia County District Attorney
Kathleen Martin

---



Defense Copy

3

# Philadelphia Police Department Investigation Report

**A - Approved**

Page 1 of 6

DC Number    2017-25-02154
Report No    2017-25-021541.1
Report Date    3/19/2017 4:14:28 AM
Report Type    Investigation Report (75-49)

---

**Unit Control#:  2017-5900-002591-0**

| | | | |
|---|---|---|---|
| Classification | 0411 - AGGRAVATED ASSAULT HANDGUN | Occurred On | 3/17/2017 10:15:00 PM |
| Previous Classification | 0411 - AGGRAVATED ASSAULT HANDGUN | Reported On | 3/17/2017 11:36:36 PM |
| Location of Occurrence | 1330 W Jerome St | Disposition / Status | 2 - Arrest |
| Dist/Sect of Occurrence | 25th District PSA 1 | Clearing Unit | 5300 - Highway Patrol Unit |
| Responding Officer | P/O MICAHEL CHICHEARO (#1176) | Investigating Officer | DET SANTOS HIGGINS (#2017) |
| Assisted By | P/O JAMES MARTIN (#4225) | Dist/Unit Preparing | 5900 - East Detective Division |
| Related Cases | | | |

## Report Approval

| | | |
|---|---|---|
| Completed | 3/19/2017 4:14:28 AM | DET SANTOS HIGGINS (#255259 /#2017) |
| Approved | 3/19/2017 7:33:10 AM | Lt MASSI MARTIN (#205433 /#0306) |

## Report Summary

On Friday 3-17-17 at approx. 10:15p, the complainant (Samuel Hodge) had a verbal dispute with the witness (Erin Thomas). The witness left the 3rd floor at which time the offender (Corwin Harris) came up the steps from the 2nd floor holding a handgun with an extended magazine and entered the 3rd floor residence. The offender then started to beat the complainant with the handgun and pistol whipped the complainant. The offender stopped beating the complainant and told him to get out of the property. The complainant ran out of the property and called his father, the owner of the property. P/O Chicheano arrived at the scene and the complainant told the P/O what had happened. P/O Chicheano observed the offender in the second floor front room when he arrived at the scene. The offender fled the scene and P/O Martinez #6864 and P/O Carter #5589 stopped the offender on the 1300 Colwyn Street and brought him around to 1300 Jerome Street where he was positively identified by the complainant and witness. The P/O's observed an AR-15 assault rifle and a handgun in the bathroom on the second floor. The P/O's observed numerous live rounds, a vest along with various chemical agents and secured the property. The bomb squad, homeland security, Hazmat Task Force 1, L&I, responded and determined the chemical agents are used for growing marijuana. A consent to search was given by the owner of the property and Det. Higgins recovered numerous live rounds, bullet proof vest, magazines to AR-15 and 40 caliber weapon, 40 caliber Glock handgun serial KLA696, AR-15 with no serial number or make of the weapon. (1) Black and silver AR 15 style rifle with aiming scope, silencer, tri-pod stabilizing legs, and extended grip with a flashlight were placed on property receipt #3294444. (1) Silver and Green, 40 cal. Glock brand Handgun, serial number KLA696 was placed on property receipt #3294445. (3) two foot tall living green marijuana plants with roots still attached was recovered and placed on property receipt #3294446. (394) Live unfired 223 cal. Rem Tulammo brand rifle rounds and (42) live unfired 40 cal. S&W Maxxtech brand rounds were placed on property receipt #3294447. (1) Plastic black color, 40 cal. 28 round extended magazine, (2) black color metal 223 cal. double stacked magazines, with a max capacity for 45 rounds on each magazine side, (1) silver color metal replacement AR Rifle trigger guard and magazine well, (1) 90 round capacity 223 cal. Rifle drum, (1) extended replacement light and aiming sight for an AR rifle; were all placed on property receipt #3294448. (1) Black ballistic vest recovered and placed on property receipt #3294449.

## Classification Detail: 0411 - AGGRAVATED ASSAULT HANDGUN

| | | | | | |
|---|---|---|---|---|---|
| Location | 066 - Apartment House | | | No. Prem. Entered | |
| Offense Completed? | YES | | Using | Entry Method | |
| Hate/Bias | None (No Bias) | | Criminal Activity | Type Security | |
| Domestic Violence | NO | | Weapons/Force | Handgun - Automatic | Tools |

## Classification Detail: 1822 - NARCOTIC DRUG POSSESSION MARIJUANA

| | | | | | |
|---|---|---|---|---|---|
| Location | 066 - Apartment House | | | No. Prem. Entered | |
| Offense Completed? | YES | | Using | Entry Method | |
| Hate/Bias | None (No Bias) | | Criminal Activity | Type Security | |
| Domestic Violence | NO | | Weapons/Force | Possessing/Concealing | Tools |

## Victim / Complainant V1 : HODGE, SAMUEL

| | | | | |
|---|---|---|---|---|
| Address | | DOB | | Officer Payroll # |
| CSZ | | Age / Race / Sex | 23 / Black / Male | District / Unit |
| Home Phone | | Ethnicity | Not of Hispanic Origin | SSN |
| Cell Phone | | Occupation/Grade | | OLN |
| Beeper | | Employer/School | | OLN State / Country |
| Email | | Emp/Sch Address | | Injury | Severe Laceration |
| Work Phone | | Emp/Sch CSZ | | Circumstances | Other Circumstances |
| Found Date | | Found Location | | Reason for Absence |
| Reason for Cancellation | | Found City | | |
| PCIC/NCIC Notification | | | | |
| Victim Notes | | | | |

NetRMS_CR.rtf v2f

Printed For:
Printed: March 28, 2017 - 10:41 AM

3B

# Philadelphia Police Department Investigation Report

| | |
|---|---|
| DC Number | 2017-25-021541 |
| Report No | 2017-25-021541.1 |
| Report Date | 3/19/2017 4:14:28 AM |
| Report Type | Investigation Report (75-49) |

**A - Approved**

Page 2 of 6

## Interview Section

| | | | | |
|---|---|---|---|---|
| Interview Date | | Interviewed By | (PR / #) | 75-483 Completed |
| Interview Location | | Others Present | | |
| Interview Summary | REF TO 75-483 | | | |

## Property

| | Description | Reported Value | Recovered Value |
|---|---|---|---|
| Evidence P1 | **BLK & SILVER AR 15** | $ | $ |
| | 1 | | |
| | License | | |
| | VIN or Serial No. / OAN    / | | |
| | Owner | | |
| | Recovered On / Location    / | | |
| | Prop Rept# / Disp | | |
| | PCIC/NCIC Notification | | |
| | **PLACED ON PROPERTY RECIPET #3294444** | | |
| Evidence P2 | **SILV & GRN GLOCK** | $ | $ |
| | 1 | | |
| | License | | |
| | VIN or Serial No. / OAN    KLA696 / | | |
| | Owner | | |
| | Recovered On / Location    / | | |
| | Prop Rept# / Disp | | |
| | PCIC/NCIC Notification | | |
| | **PLACED ON PR #3294445** | | |
| Seized (to impound drugs / gambling devices) P3 | **2 FT LIVING PLANT** | $ | $ |
| | 1    3 Number of Plants Marijuana | | |
| | License | | |
| | VIN or Serial No. / OAN    / | | |
| | Owner | | |
| | Recovered On / Location    / | | |
| | Prop Rept# / Disp | | |
| | PCIC/NCIC Notification | | |
| | **PLACED ON PR #3294446** | | |
| Evidence P4 | **AMMO** | $ | $ |
| | 1 | | |
| | License | | |
| | VIN or Serial No. / OAN    / | | |
| | Owner | | |
| | Recovered On / Location    / | | |
| | Prop Rept# / Disp | | |
| | PCIC/NCIC Notification | | |
| | **(394) 223 ROUNDS AND (42) 40 CAL. S&W, PLACED ON PR #3294447** | | |
| Evidence P5 | **SEE BELOW** | $ | $ |
| | 1 | | |
| | License | | |
| | VIN or Serial No. / OAN    / | | |
| | Owner | | |
| | Recovered On / Location    / | | |
| | Prop Rept# / Disp | | |
| | PCIC/NCIC Notification | | |
| | **(1) PLASTIC BLACK COLOR 28 ROUND EXTENDED MAGAZINE, 40 CAL., (1) 17 ROUND CLEAR COLOR PLASTIC 40 CAL. MAGAIZNE, (2) BLACK COLOR METAL 223 CAL MAGAZINE DOUBLE STACKED WTH A MAX CAPACITY FOR 45 ROUNDS ON EACH SIDE, (1) SILVER COLOR METAL REPLACEMENT AR RIFLE TRIGER GUARD AND MAGAZINE WELL, (1) 90** | | |

# Philadelphia Police Department Investigation Report

| | |
|---|---|
| DC Number | 2017-25-021541 |
| Report No | 2017-25-021541.1 |
| Report Date | 3/19/2017 4:14:28 AM |
| Report Type | Investigation Report (75-49) |

**A - Approved**

Page 3 of 6



ROUND 223 CAL RIFLE DRUM, (I) EXTENDED HANDLE REPLACMENT LIGHT AND AIMING
SIGHT FOR AN AR RIFLE. PROPERTY PLACED ON PR #3294448

Evidence
P6

1 BALLISTICS VEST
1
License
VIN or Serial No. / OAN          /
Owner
Recovered On / Location
Prop Rcpt# / Disp
PCIC/NCIC Notification
PLACED ON PROPERTY # 3294449

TOTAL    $0                $0

## Witness W1:P/O MARTINEZ, DANIEL  (PR 209231 / #6864)

| | | | | | | |
|---|---|---|---|---|---|---|
| Address | | DOB | | Officer Payroll # | 209231 | |
| CSZ | | Age / Race / Sex | / / | District / Unit | 5300 - Highway Patrol Unit | |
| Home Phone | | Ethnicity | | SSN | | |
| Cell Phone | | Occupation/Grade | | OLN | | |
| Beeper | | Employer/School | Philadelphia Police Department | OLN State / Country | / | |
| Email | | Emp/Sch Address | One Franklin Sq | | | |
| Work Phone | 215 686-1776 | Emp/Sch CSZ | Philadelphia, PA 19106 | | | |
| Witness Notes | | | | | | |

### Interview Section

| | | | | | |
|---|---|---|---|---|---|
| Interview Date | 3/18/2017 1:07:00 AM | Interviewed By | Det JASON TOMON (PR 271493 / #0772) | 75-483 Completed | YES |
| Interview Location | Edd | Others Present | NO | | |
| Interview Summary | REF - 75-483 | | | | |

## Witness W2:P/O CARTER, JOSEPH T (PR 218988 / #5589)

| | | | | | |
|---|---|---|---|---|---|
| Address | | DOB | | Officer Payroll # | 218988 |
| CSZ | | Age / Race / Sex | / / | District / Unit | 5300 - Highway Patrol Unit |
| Home Phone | | Ethnicity | | SSN | |
| Cell Phone | | Occupation/Grade | | OLN | |
| Beeper | | Employer/School | Philadelphia Police Department | OLN State / Country | / |
| Email | | Emp/Sch Address | One Franklin Sq | | |
| Work Phone | 215 686-1776 | Emp/Sch CSZ | Philadelphia, PA 19106 | | |
| Witness Notes | | | | | |

### Interview Section

| | | | | |
|---|---|---|---|---|
| Interview Date | | Interviewed By | (PR /#) | |
| Interview Location | | Others Present | | 75-483 Completed |
| Interview Summary | | | | |

## Witness W3:Det HIGGINS, SANTOS V (PR 255259 / #2017)

| | | | | | |
|---|---|---|---|---|---|
| Address | | DOB | | Officer Payroll # | 255259 |
| CSZ | | Age / Race / Sex | / / | District / Unit | 5900 - East Detective Division |
| Home Phone | | Ethnicity | | SSN | |
| Cell Phone | | Occupation/Grade | | OLN | |
| Beeper | | Employer/School | Philadelphia Police Department | OLN State / Country | / |
| Email | | Emp/Sch Address | One Franklin Sq | | |
| Work Phone | 215 686-1776 | Emp/Sch CSZ | Philadelphia, PA 19106 | | |
| Witness Notes | | | | | |

### Interview Section

| | | | |
|---|---|---|---|
| Interview Date | | Interviewed By | (PR /#) |
| Interview Location | | Others Present | 75-483 Completed |
| Interview Summary | | | |

NetRMS_CR.rtf v2f

# Philadelphia Police Department Investigation Report

**A - Approved**

Page 4 of 6

| | |
|---|---|
| DC Number | 2017-25-021541 |
| Report No | 2017-25-021541.1 |
| Report Date | 3/19/2017 4:14:28 AM |
| Report Type | Investigation Report (75-49) |

---

### Witness W4:Det TOMON, JASON  (PR 271193 / #0772)

| | | | | |
|---|---|---|---|---|
| Address | | DOB | Officer Payroll # | 271193 |
| CSZ | | Age / Race / Sex    / / | District / Unit | 5900 - East Detective Division |
| Home Phone | | Ethnicity | SSN | |
| Cell Phone | | Occupation/Grade | OLN | |
| Beeper | | Employer/School | Philadelphia Police | OLN State / Country |
| | | | Department | |
| Email | | Emp/Sch Address | One Franklin Sq | |
| Work Phone | 215 686-1776 | Emp/Sch CSZ | Philadelphia, PA  19106 | |
| Witness Notes | | | | |

**Interview Section**

| | | |
|---|---|---|
| Interview Date | Interviewed By | (PR  / #) |
| Interview Location | Others Present | 75-483 Completed |
| Interview Summary | | |

2-2017-7 - Hmmm

---

### Witness W5:Det SHERWOOD, DAVID J (PR 220177 / #0714)

| | | | | |
|---|---|---|---|---|
| Address | | DOB | Officer Payroll # | 220177 |
| CSZ | | Age / Race / Sex    / / | District / Unit | 5900 - East Detective Division |
| Home Phone | | Ethnicity | SSN | |
| Cell Phone | | Occupation/Grade | OLN | |
| Beeper | | Employer/School | Philadelphia Police | OLN State / Country    / |
| | | | Department | |
| Email | | Emp/Sch Address | One Franklin Sq | |
| Work Phone | 215 686-1776 | Emp/Sch CSZ | Philadelphia, PA  19106 | |
| Witness Notes | | | | |

**Interview Section**

| | | |
|---|---|---|
| Interview Date | Interviewed By | (PR  / #) |
| Interview Location | Others Present | 75-483 Completed |
| Interview Summary | | |

---

### Witness W6:Det FARWARD, RANDALL W (PR 243660 / #0813)

| | | | | |
|---|---|---|---|---|
| Address | | DOB | Officer Payroll # | 243660 |
| CSZ | | Age / Race / Sex    / / | District / Unit | 5900 - East Detective Division |
| Home Phone | | Ethnicity | SSN | |
| Cell Phone | | Occupation/Grade | OLN | |
| Beeper | | Employer/School | Philadelphia Police | OLN State / Country    / |
| | | | Department | |
| Email | | Emp/Sch Address | One Franklin Sq | |
| Work Phone | 215 686-1776 | Emp/Sch CSZ | Philadelphia, PA  19106 | |
| Witness Notes | | | | |

**Interview Section**

| | | |
|---|---|---|
| Interview Date | Interviewed By | (PR  / #) |
| Interview Location | Others Present | 75-483 Completed |
| Interview Summary | | |

---

### Witness W7: HODGE, SAMUEL

| | | | |
|---|---|---|---|
| Address | | DOB | Officer Payroll # |
| CSZ | | Age / Race / Sex    / / | District / Unit |
| Home Phone | | Ethnicity | SSN |
| Cell Phone | | Occupation/Grade | OLN |
| Beeper | | Employer/School | OLN State / Country |
| Email | | Emp/Sch Address | |
| Work Phone | | Emp/Sch CSZ | |
| Witness Notes | | | |

**Interview Section**

| | | |
|---|---|---|
| Interview Date | 3/18/2017 12:45:00 AM | Interviewed By | Det DAVID SHERWOOD (PR 220177 / #0714) | 75-483 Completed |
| Interview Location | Edd | Others Present | |
| Interview Summary | REF TO 75-483 | | |

5

# Philadelphia Police Department Investigation Report

| | |
|---|---|
| DC Number | 2017-25-021541 |
| Report No | 2017-25-021541.1 |
| Report Date | 3/19/2017 4:14:28 AM |
| Report Type | Investigation Report (75-49) |

**A - Approved**

Page 5 of 6



## Witness W8: HODGE, SAMUEL Jr.

| | | | | |
|---|---|---|---|---|
| Address | | DOB | Officer Payroll # | |
| CSZ | | Age / Race / Sex | / / | District / Unit |
| Home Phone | | Ethnicity | SSN | |
| Cell Phone | | Occupation/Grade | OLN | |
| Beeper | | Employer/School | OLN State / Country | |
| Email | | Emp/Sch Address | | |
| Work Phone | | Emp/Sch CSZ | | |
| Witness Notes | | | | |

**Interview Section**

| | | | |
|---|---|---|---|
| Interview Date | 3/18/2017 12:30:00 AM | Interviewed By | Det JASON TOMON (PR 271193 / #0772) |
| Interview Location | Edd | Others Present | 75-483 Completed |
| Interview Summary | REF TO 75-483 | | |

## Witness W9: THOMAS, ERIN NICHOLE

| | | | | |
|---|---|---|---|---|
| Address | | DOB | Officer Payroll # | |
| CSZ | | Age / Race / Sex | / / | District / Unit |
| Home Phone | | Ethnicity | SSN | |
| Cell Phone | | Occupation/Grade | OLN | |
| Beeper | | Employer/School | OLN State / Country | |
| Email | | Emp/Sch Address | | |
| Work Phone | | Emp/Sch CSZ | | |
| Witness Notes | | | | |

**Interview Section**

| | | | |
|---|---|---|---|
| Interview Date | 3/18/2017 | Interviewed By | DET SANTOS RIGGINS (PR 255259 / #2017) |
| Interview Location | Edd | Others Present | 75-483 Completed |
| Interview Summary | REF TO 75-483 | | |

## Witness W10: P/O CHICHEARO, MICAHEL R (PR 257418 / #1176)

| | | | | |
|---|---|---|---|---|
| Address | | DOB | Officer Payroll # | 257418 |
| CSZ | | Age / Race / Sex | / | District / Unit | 5300 - Highway Patrol Unit |
| Home Phone | | Ethnicity | SSN | |
| Cell Phone | | Occupation/Grade | OLN | |
| Beeper | | Employer/School | Philadelphia Police Department | OLN State / Country | / |
| Email | | Emp/Sch Address | One Franklin Sq | |
| Work Phone | 215 686-1776 | Emp/Sch CSZ | Philadelphia, PA 19106 | |
| Witness Notes | | | | |

**Interview Section**

| | | | |
|---|---|---|---|
| Interview Date | | Interviewed By | (PR / #) |
| Interview Location | | Others Present | 75-483 Completed |
| Interview Summary | REF TO 75-483 | | |

## Witness W11: P/O MARTIN, JAMES J (PR 248544 / #4225)

| | | | | |
|---|---|---|---|---|
| Address | | DOB | Officer Payroll # | 248544 |
| CSZ | | Age / Race / Sex | / / | District / Unit | 5300 - Highway Patrol Unit |
| Home Phone | | Ethnicity | SSN | |
| Cell Phone | | Occupation/Grade | OLN | |
| Beeper | | Employer/School | Philadelphia Police Department | OLN State / Country | / |
| Email | | Emp/Sch Address | One Franklin Sq | |
| Work Phone | 215 686-1776 | Emp/Sch CSZ | Philadelphia, PA 19106 | |
| Witness Notes | | | | |

**Interview Section**

| | | | |
|---|---|---|---|
| Interview Date | | Interviewed By | (PR / #) |
| Interview Location | | Others Present | 75-483 Completed |
| Interview Summary | REF TO 75-483 | | |

5B

# Philadelphia Police Department Investigation Report

| | | |
|---|---|---|
| DC Number | 2017-25-021541 | |
| Report No | 2017-25-021541.1 | **A - Approved** |
| Report Date | 3/19/2017 4:14:28 AM | Page 6 of 6 |
| Report Type | Investigation Report (75-49) | |

## Arrestee A1: Harris, Corwin

| | | | | | | |
|---|---|---|---|---|---|---|
| AKA | | DOB | 1/18/1980 | SSN | | |
| Alert(s) | | Age / Race / Sex | 37 / Black / Male | OLN | | |
| Address | 1330 Jerome St 2nd Fl | Ethnicity | Unknown | OLN State / Country | United States of America | |
| CSZ | Philadelphia, PA 19140 | Place of Birth | | Build | | |
| Home Phone | | Occupation/Grade | | Scars/Marks/Tattoos | | |
| Cell Phone | | Employer/School | | Teeth | | |
| Beeper | | Emp/Sch Address | | Facial Hair | | |
| Email | | Emp/Sch CSZ | | Complexion | | |
| Work Phone | | Height / Weight | / | Hair Style / Length | / | |
| Attire | | Eye / Hair Color | / | Blood Type | | |
| Jewelry | | Artif. Body Prts/Aids | | | | |
| Offender PID | | CBN | | Arrested Date | 3/18/2017 12:32:00 AM | — FALSE |
| Arrest Type | Sight Arrest | Arrested For | 0411 - AGGRAVATED ASSAULT HANDGUN | Arrest Location | 1300 W Colwyn St | |
| FBI No. | | Arresting Officer 1 | W1 - MARTINEZ, DANIEL | Booked On | | |
| PA SID. | | Arresting Officer 2 | W2 - CARTER, JOSEPH | Booked Location | | |
| Armed With | 01 - Unarmed | Number of Warrants | | Release Location | | |
| Multi. Clearance | Not Applicable | Notified | | Released On | | |
| Prev. Suspect No | | Juvenile Disposition | | Released By | (PR / #) | |
| | | | | Release Reason | | |
| Arrest Notes | | | | Held For | | |

### Interview Section

| | | | | | |
|---|---|---|---|---|---|
| Interview Date | | Interviewed By | (PR   #) | 75-483 Completed | |
| Interview Location | | Guardian Present | | Miranda Read | |
| | | Others Present | | Miranda Waived | |
| Interview Summary | | | | | |

## Case Facts

## MO

## Actions Taken

| | | | |
|---|---|---|---|
| 1. Crime Scene Processed | Y | | 3/18/2017 |
| 2. Crime Scene Photos Taken | Y | | 3/18/2017 |
| 3. Evidence Recovered | Y | | 3/18/2017 |
| 4. Evidence Submitted to Chem Lab | Y | | 3/18/2017 |
| 5. Evidence Submitted to FIU | Y | | 3/18/2017 |
| 6. Drug Field Test E for Marijuana | POSITIVE | | 3/18/2017 |
| 7. Checked defendant for gun permit | Y | | 3/18/2017 |
| 8. Checked defendant for prohibition of firearm ownership / possession under 6105 PCC | Y | | 3/18/2017 |
| 9. BMV Records Check | Y | | 3/18/2017 |
| 10. Criminal History Through Federal, State and Local Systems Records Check | Y | | 3/18/2017 |
| 11. NCIC/PCIC Offender Records Check | Y | | 3/18/2017 |
| 12. Victim Interview(s) Conducted | Y | | 3/18/2017 |
| 13. Victim's Injuries Photographed | Y | | 3/18/2017 |

*[handwritten notes:]* Referring pg 35 Line # 11

Continuing dialogue pg 36 - up to line # 25

pg 10B Quest. #6 No Medics treated him it's a no

pg 56



# CITY OF PHILADELPHIA
### Police Department
### Office of Forensic Science
### 843-849 N. 8th Street
### Philadelphia, PA 19123
### (215) 685-3101
### Firearms Identification Unit Laboratory Report



Date: 03/27/2017

**CASE:** 17FIU-0980          **DC #:** 17-25-021541          **ARREST:** Yes          **SECURITY:** 3

**OCCURRENCE DATE/TIME:** 03-18-17 / 210A          **LOCATION:** 1330 W. Jerome St.

**SUBMITTED BY:** HIGGINS, SANTOS          **BADGE/PAYROLL:** 0859/255259          **DIST/UNIT:** 5900

**DATE/TIME SUBMITTED:** 03/18/2017/ 6:18 am

**TAKEN FROM NAME:** House          *unspecific*          **PROPERTY REC:** 3294445

**ADDRESS:** 1330 W. JEROME ST.          **AGE:**

                                          **ASSOC. DC#:**

## FIREARM: HANDGUN

**MAKE:** Unknown          **MODEL:** Unknown

**TYPE:** Semiautomatic Action          **SERIAL:** NONE    *NONE*

**CALIBER:** 40 S&W          **BARREL:** 4 1/2"

**FINISH 1:** Grn/Sst

**GRIP:** Green Mld Plast    *Brown or green*          **MAX CAPACITY:** 1          **LAG:** 06R

**TEST FIRED:** Yes          **OPERABLE:** Yes

**REMARKS:** Pistol, P-1:

Gunshot residue in barrel. Equipped with a factory Glock barrel numbered "KLA696" and after-market slide (marked on the underside) "Lone Wolf" and "40/357". Front sight is loose. Extractor is missing. Glock type frame is not marked with a serial number (no serial number plate) or manufacturer markings. Frame is consistent with (non-Glock factory) "Polymer 80" Glock type pistol frame design, with portions cut, abraded, gouged, melted as well as exhibiting a glue-like substance. Forward portion of frame is split. Submitted with a brown in color "Hogue" rubber grip sleeve. FIU# etched on trigger guard, by examiner, for identification. Test fired using proof box for safety. P-1 damaged upon test firing (rails lifted from frame).

(No magazine submitted)

**Control #:** EDD-#17-2591          **TRACE#:** 67599          **IBIS:** P-1          **LAB FEE $** 750.00

**EXAMINATION DATE:** 03/22/2017

**EXAMINER:** Police Officer 1 KELLY D WALKER          **CO-EXAMINER:** Police Officer 1 MARK WILUSZ
#5576/225211          #7197/256301

This report accurately reflects the findings and opinions of the forensic examiner who performed the analysis. All of the examinations and tests were performed in compliance with validated and industry-approved procedures and standards.

c:\labsave\841056.RPT          Page 1 of 4

Defense COPY

# CITY OF PHILADELPHIA
### Police Department
### Office of Forensic Science
### 843-849 N. 8th Street
### Philadelphia, PA 19123
### (215) 685-3101
### Firearms Identification Unit Laboratory Report

Date: 03/27/2017

**CASE:** 17FIU-0980        **DC #:** 17-25-021541        **ARREST:** Yes        **SECURITY:** 3

**OCCURRENCE DATE/TIME:** 03-18-17 / 210A        **LOCATION:** 1330 Jerome St.

**SUBMITTED BY:** HIGGINS, SANTOS        **BADGE/PAYROLL:** 0859/255259        **DIST/UNIT:** 3900

**DATE/TIME SUBMITTED:** 03/18/2017/ 6:24 am        **PROPERTY REC:** 3294444

**TAKEN FROM NAME:** House        **AGE:**

**ADDRESS:** 1330 JEROME ST.        **ASSOC. DC#:**

## FIREARM: RIFLE

**MAKE:** Unk        **MODEL:** Unk

**TYPE:** Full Automatic Action        **SERIAL:** NONE

**CALIBER:** 223Rem        **BARREL:** 8"

**FINISH 1:** Silv/Blk

**GRIP:** Blk Plast        **MAX CAPACITY:** 1        **LAG:** 06R

**TEST FIRED:** Yes        **OPERABLE:** Yes

**REMARKS:** Rifle, G-1:  (Short barrel)

Gunshot residue in barrel.
Upper receiver: Equipped with LS3-10 power scope with lens cap, with laser sighting device (operable) affixed to rail.  Rail affixed to carry handle of which is cut, allowing for the TC accessory case deflector.  Quad rail for-end with 10 black rubber rail covers with Bipod attached. Chainsaw style grip. Flashlight/Laser combo attached to fore-grip (operable).
Lower receiver: 80% Aluminum, unmarked, lower receiver with no serial number. Equipped with full-automatic sear trigger group, a Magpul battery assisted device lever (attached to bolt carrier and bolt release, a Black Tap Co retractable stock and a black cloth webbed sling).  Fire control cavity is milled out with tool marks visible. Attached is a homemade silencer with rubber wipe, washers and baffles. G-1 fires in semi-automatic and full-automatic, with and without silencer attached.  Silencer baffle damaged upon firing.
(No magazine submitted)

**TRACE#:** 67600        **IBIS:** G-1

**EXAMINATION DATE:** 03/22/2017

**EXAMINER:** Police Officer 1 KELLY D WALKER        **CO-EXAMINER:** Police Officer 1 MARK  WILUSZ
#5576/225211        #7197/256301

This report accurately reflects the findings and opinions of the forensic examiner who performed the analysis.  All of the examinations and tests were performed in compliance with validated and industry-approved procedures and standards.

c:\labsave\841056.RPT        Page 2 of 4



# CITY OF PHILADELPHIA
## Police Department
### Office of Forensic Science
843-849 N. 8th Street
Philadelphia, PA 19123
(215) 685-3101
#### Firearms Identification Unit Laboratory Report

Date:03/27/2017

**CASE:** 17FIU-0980          **DC #:** 17-25-021541          **ARREST:** Yes          **SECURITY:** 3

**OCCURRENCE DATE/TIME:** 03-18-17 / 210A          **LOCATION:** 1330 W. Jerome St.

**SUBMITTED BY:** HIGGINS, SANTOS          **BADGE/PAYROLL:** 0859/255259          **DIST/UNIT:** 3900

**DATE/TIME SUBMITTED:** 03/18/2017/ 6:32 am          **PROPERTY REC:** 3294447

**TAKEN FROM NAME:** Home          **AGE:**

**ADDRESS:** 1330 W. JEROME ST.          **ASSOC. DC#:**

**REMARKS:** Brown paper bag containing: Three Hundred & Ninety-One (391) Tulammo (JHP) cartridges, caliber 223Rem.

Brown paper bag containing: Eighteen (18) Hornady (JHP) cartridges, caliber 40S&W and Twenty-Four (24) Maxx Tech (FMJ) cartridges, caliber 40S&W.

Defense Copy

**EXAMINATION DATE:** 03/23/2017

**EXAMINER:** Police Officer 1 KELLY D WALKER #5576/225211          **CO-EXAMINER:** Police Officer 1 MARK WILUSZ #7197/256301

This report accurately reflects the findings and opinions of the forensic examiner who performed the analysis. All of the examinations and tests were performed in compliance with validated and industry-approved procedures and standards.

c:\labsave\841056.RPT

**CITY OF PHILADELPHIA**
Police Department
Office of Forensic Science
843-849 N. 8th Street
Philadelphia, PA 19123
(215) 685-3101
Firearms Identification Unit Laboratory Report

Date: 03/27/2017

CASE: 17FIU-0980          DC #: 17-25-021541          ARREST: Yes          SECURITY: 3

OCCURRENCE DATE/TIME: 03-18-17 / 210A

LOCATION: 1330 W. Jerome St.

SUBMITTED BY: HIGGINS, SANTOS

BADGE/PAYROLL: 0859/255259          DIST/UNIT: 3900

DATE/TIME SUBMITTED: 03/18/2017/11:02 am

PROPERTY REC#: 3294448

TAKEN FROM NAME: Home          AGE:

ADDRESS: 1330 W. JEROME ST.          ASSOC. DC#:

REMARKS: One (1) extended black magazine with a plus 2 floor-plate attached, having a maximum capacity of thirty-one (31) 40 S&W caliber cartridges, consistent with P-1 compatibility.  Fits and functions in the Glock 23 type pistols.

One (1) clear plastic "ETS" magazine, with a maximum capacity of sixteen (16) 40 S&W caliber cartridges, consistent with P-1 compatibility.  Fits and functions in the Glock 23 type pistols.

Two (2) "E-Lander" black metal magazines, attached to a magazine cinch, each with a maximum capacity of thirty (30) 223Rem caliber cartridges. Fits and functions in G-1 and AR 15 type firearms.

Two (2) "E-Lander" black metal magazines, attached to a magazine cinch, each with a maximum capacity of forty-one (41) 223Rem caliber cartridges. Fits and functions in G-1 and AR 15 type firearms.

One (1) "M.W.G" black & clear drum magazine, with a maximum capacity of Ninety (90) 223Rem caliber cartridges. Green tag marked "Special Forces" attached.

One (1) "UTG" flashlight/laser combo (inoperable), with a black rubber grip sleeve around fore-grip, having a glue-like substance attached.

One (1) unfinished aluminum AR 15 type lower receiver, with holes drilled and portions milled (circular toolmarks present), having an Epoxy-like substance attached. No manufacturer markings or serial number. FIU# etched on right side, by examiner, for identification.

EXAMINATION DATE: 03/23/2017

EXAMINER: Police Officer 1 KELLY D WALKER
#5576/225211

CO-EXAMINER: Police Officer 1 MARK  WILUSZ
#7197/256301

This report accurately reflects the findings and opinions of the forensic examiner who performed the analysis.  All of the examinations and tests were performed in compliance with validated and industry-approved procedures and standards.

c:\labsave\841056.RPT



PHILADELPHIA POLICE DEPARTMENT

## COMPLAINT OR INCIDENT REPORT

| YEAR | DIST CODE | D.C. No | SECT. | DIST | VEH. NO. | REPORT DATE |
|------|-----------|---------|-------|------|----------|-------------|
| 17 | 25 | 2154 | 1 | H | 25 | 3-17-17 |

CRIME OR INCIDENT CLASSIFICATION — Agr Assault    CODE 411    TIME OUT 1020

LOCATION OF OCCURRENCE — 1330 W. Jerome

DATE OF OCCUR. 3-17-17    DAY CODE 5    TIME OF OCCUR. 1015

COMPLAINANT — Samuel Hope    AGE 33    RACE B    SEX M

ADDRESS

☐ Yes ☐ No    ☐ Yes ☐ No    ☐ Close Out

WITNESS — TRACEABLE PROP ☐ Yes ☐ No    UNIQUE DESCRIPTION OF OFFENDER ☐ Yes ☐ No    OTHER EVIDENCE ☐ Yes ☐ No

DESCRIPTION OF INCIDENT (Include Description of Crime Scene if Applicable)

R/O Agg. Assault (Gun)
Abv comp. states he got into
a verbal dispute w/ his girlfriend
below witness. Comp then got to
below offender approached him &
struck comp. in the head numerous
times w/ a black/silver handgun

WITNESS — Erin Thomas    4-3-97    ?

OFFENDER INFORMATION

Corwin Robert Akers (M/B/80) 37/B/M
1330 Jerome St.  Phila  PA.  2nd Fl.

PROPERTY DESCRIPTION (Include Make, Model, Color, and Serial No. Where Applicable)    ☐ Yes ☐ No  STOLEN VALUE $

causing abrev. in jaws
Offender trans. to Hd.
Comp & witness trans. to DD
Scene Held

VEHICLE 1 — OWNER'S NAME    VEHICLE 2 — OWNER'S NAME

VEHICLE 1 — OPERATOR'S NAME    VEHICLE 2 — OPERATOR'S NAME

WANTED/STOLEN MESSAGE SENT    DIST/UNIT TERMINAL    RECEIPT NO    SENT BY

REPORT PREPARED BY — Chettiard / Martin    4225    HP    PAGE NO. 1

REVIEWED BY    DIST/UNIT    REFERRAL DATE    CEN. NO.

IU QUANT TOACCT IU OF 298, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTIFICATION OF VICTIM'S SERVICES PROGRAM    257418 / 248544

342584

Ref. pg 6
Green & stainless
steel



# PENNSYLVANIA CRIME VICTIMS

## Receipt of Information

I acknowledge receiving my basic rights as a crime victim
and information on related services available to me.

SAMUEL HODGE
**NAME**

Samuel E Hodge
**SIGNATURE**

3 , 17 , 17
**DATE**

2017-25-08\_\_\_
**INCIDENT NUMBER**

**STATE CONTACT NUMBER**

(The completed and signed copy of this form
shall be retained by Law Enforcement.)

Form # 75-645                    POLICE COPY

PS1

PHILADELPHIA POLICE DEPARTMENT
## COMPLAINT OR INCIDENT REPORT

| YEAR 17 | DIST./OCC. 25 | D.C. No. 21541 | SECT. 1 | DIST H | VEH. NO. 25 | REPORT DATE 3-17-17 |
|---|---|---|---|---|---|---|

CRIME OR INCIDENT CLASSIFICATION
Agg Assault    CODE 411    TIME OUT 10:20 A/P    TIME IN A/P

LOCATION OF OCCURRENCE
1330 W. Jerome    ☒ IN  ☐ OUT    TYPE OF PREM. 070

| DATE OF OCCUR. 3-17-17 | DAY CODE 5 | TIME OF OCCUR. 1015 | NAT... STAB/PUNCTURE CUT TO BACK OF HEAD |
|---|---|---|---|

COMPLAINANT
Samuel Hodge  11-24-83  AGE 33  RACE B  SEX M

ADDRESS  33 YRS - NOT 27 YRS

FOUNDE  ☐ Yes ☐ No  ☐ Yes ☐ No ☐ Close Out   UNIT   CODE  INV. CONT NO. 2541

WITNESS ☐ Yes ☐ No | TRACEABLE PROP. ☐ Yes ☐ No | UNIQUE DESCRIPTION OF OFFENDER ☐ Yes ☐ No | OTHER EVIDENCE ☐ Yes ☐ No

DESCRIPTION OF INCIDENT (Include Description of Crime Scene if Applicable)
R/C AGG ASSAULT (GUN)
ABV. COMP. STATES HE GOT INTO
A VERBAL DISPUTE W/ HIS GIRLFRIEND
BELOW WITNESS. COMP. THEN STATED
BELOW OFFENDER APPROACHED HIM &
STRUCK COMP. IN THE HEAD NUMEROUS
TIMES W/ A BLACK/SILVER HANDGUN     4-3-97

FALSE

WITNESS
ERIN THOMAS

OFFENDER INFORMATION
CORWIN ROBERT- HARRIS  1-18-80  37/B/M
1330 JEROME ST.  PHILA. PA.  2ND FL.

PROPERTY DESCRIPTION (Include Make, Model, Color and Serial No. Where Applicable)  PROP. CODE  INSURED ☐ Yes ☐ No  STOLEN VALUE $

CAUSING ABOVE INJURIES.
OFFENDER TRANS. TO EDD
COMP + WITNESS TRANS. TO EDD
SCENE HELD

DO NO.

VEHICLE 1 – OWNER'S NAME | VEHICLE 2 – OWNER'S NAME

VEHICLE 1 – OPERATOR'S NAME | VEHICLE 2 – OPERATOR'S NAME

WANTED/STOLEN MESSAGE SENT
General No.        Date  | DIST./UNIT TERMINAL | RECEIPT NO. | SENT BY

| REPORT PREPARED BY  CHIRLICARO / MARTIN | NO 4176 4225 | DIST./UNIT HP | TOTAL PAGES 1 | PAGE NO. 1 |
|---|---|---|---|---|

REVIEWED BY | NO. | DIST./UNIT | REFERRAL DATE | CEN NO.

PURSUANT TO ACT 155 OF 1992, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTIFICATION OF VICTIMS SERVICES FORM:  257418 / 248544

75-48 Front (Rev. 11/09)

Why has the report been whited out

Pg 91

*Arrest*

*Where's Waldo - Santos?*

# PHILADELPHIA POLICE DEPARTMENT

## CONSENT TO SEARCH

DATE: 3-17-2017    DC # 2017-25-021541    TIME: 2:00 AM

LOCATION: 1330 W. Jerome street 2nd floor front

I Samuel Hodge _____ hereby freely and voluntarily give consent

(Permission) to of the Philadelphia Police Department to

conduct a search of the (property (or vehicle) located at _1330 W.__ Jerome street

LEASED AREA OCCUPANT MUST CONSENT    2nd floor front

for the following evidence:

Firearms Ammunition Jewelry other fruits of the crime

I understand that the above officer has no Search Warrant authorizing this search and further

understand that I have a constitutional right to refuse permission for this search to be conducted

at any time after signing this document.

Signed: _____    Date: 3/18/17

Witness: Det. Jarward #813 _____
         (Print Name)              (Signature)

Witness: _____
         (Print Name)              (Signature)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## RESULTS OF SEARCH

I certify that (Nothing / only those items listed) were removed from my custody by the

Philadelphia Police Department: WALLET, CASH, CELL-PHONE, HARNESS

(2) Fire Arms and numerous live rounds
(1) ballistick Vest

Signed: _____    TACTICAL Gloves

Witness: Det. Sherwood #714  Witness: _____    other items missing

# INVESTIGATION INTERVIEW RECORD

**PHILADELPHIA POLICE DEPARTMENT**
East Detective Division

**CASE#**

**INTERVIEWER:** Det. Tomon

| | | | |
|---|---|---|---|
| **NAME** P/O Martinez | **AGE** | **RACE/SEX** | **DOB** |
| **ADDRESS** | **APT#** | | **PHONE#** |
| **NAME OF EMPLOYER / SCHOOL** | | | **SS#** |
| **ADDRESS OF EMPLOYER / SCHOOL** | | | **PHONE#** |
| **DATES OF PLANNED VACATION / BUSINESS TRIPS** | | | |
| **NAME OF CLOSE RELATIVE** | | | **RELATIONSHIP** |
| **ADDRESS OF RELATIVE** | | | **PHONE#** |
| **PLACE OF INTERVIEW** East Detectives | | | **DATE** 3/18/17     **TIME** 1:07am |
| **BROUGHT IN BY** | | | **DATE**     **TIME** |

**WE ARE QUESTIONING YOU CONCERNING:**
Agg Assault

**WARNINGS GIVEN BY:**     **DATE**     **TIME**

**ANSWERS:**

| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|

**Q1.** What was your assignment tonight?
**A1.** I was working as H27, in a marked RPC with my partner P/O Carter #5589 PR218988 working the 6:00pm to 2:00am tour of duty.

**Q2.** What happened tonight that brings you hear?
**A2.** I responded to a report of a shooting at 1330 W. Jerome. The job stated the male was shot by the male living on the second floor. I arrived on location; additional units were already on location. P/O Martin #4225 asked me if I saw B/M heavy set, bald, with wild hair on the side exit the house. He informed me that this male was the possible offender, and may be armed with a firearm. I began to survey the area for that male and as we were traveling S/B on Old York near Colwyn I observed a male matching the flash walking E/B on Colwyn. I went around to Broad St and turned down the 1300 block of Colwyn and the male was now walking W/B towards Broad. The male was stopped and H25 positively identified him as the male who left the house. I brought the male back to Jerome St where the complainant positively identified the male as the offender. The male was then transported to EDD by the wagon.

**Q3.** What was the name of the male you stopped?
**A3.** Corwin Robert Harris 1/19/80 of 1330 W. Jerome St 2nd Fl.

**Q4.** Was anything recovered off him?
**A4.** No.

**Q5.** Did the male provide the above address to you?
**A5.** Yes.

**Q6.** Why did you bring the offender back to Jerome St?
**A6.** The complainant was being treated by medics.

**Q7.** Is there anything else you want to add?
**A7.** No.

| **RECORD** ☐ YES  ☐ NO | **CHECKED BY:** |
|---|---|
| **REVIEWED BY:** | P/o Martinez #6864 3-18-17 |

75-483

 

## INVESTIGATION INTERVIEW RECORD
### PHILADELPHIA
### POLICE DEPARTMENT
### EAST DETECTIVE DIVISION

| | | CASE NO. 17-06 | |
|---|---|---|---|
| | | INTERVIEWER Det. Higgins | |

| NAME: Erin Nichole Thomas | AGE: 20 | RACE: Black | SEX: Female | DOB 4-3-97 |
|---|---|---|---|---|

**ADDRESS:**

**DATES OF PLANNED VACATIONS:**

**DATES OF PLANNED BUSINESS TRIPS:**

**NAME OF CLOSE RELATIVE:**

**ADDRESS:**      **PHONE NO.**

| PLACE OF INTERVIEW: East Detectives | DATE: 3/18/17 | TIME: 12:30 am |
|---|---|---|
| BROUGHT IN BY: Police | DATE: 3/18/17 | TIME: |

**WE ARE QUESTIONING YOU CONCERNING:** Aggravated Assault

| WARNINGS GIVEN BY: | DATE: | TIME: |
|---|---|---|

| ANSWERS: (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|

Interviewee was advised that he/she is not in custody and free to stop the interview and leave at any time.

I am Detective Santos Higgins #859 and this is Det Sherwood  we  will be interviewing you in reference to the Domestic Incident that occurred at 1330 W. Jerome Street on 3-17-2017 at approx.  10:15pm.

**Q1. Can you read write and understand English?**
A1. Yes.

**Q2. Are you under the influence of illegal substance, alcohol or legally prescribed medication at this time?**
A2. No.

I am interviewing you in reference to what occurred at 1330 W. Jerome St. 2nd floor front.

**Q3. What occurred tonight that brought you to make a police report?**
A3. My boyfriend ( Sam Hodge)  returned home at about 10:30AM. Me and my boyfriend were having a verbal argument and I decided to leave and cool down.  When I left the room, I left the door pulled shut but I hadn't left the  building yet. That's when I saw Mr. Cousin Harris coming up the stairs as I was standing by my neighbor's door.  Mr. Harris had an automatic hand gun in his hand.  He racked his gun, and he threw himself through my apartment door, shoulder first. Mr. Harris got into the room said " We are hitting on girls right? Is that what we are doing now?",  talking to my boyfriend Sam. The whole time he was talking he was pointing and waving his gun at my boyfriend, my boyfriend's brother, and my son. My boyfriend stepped back away from Mr. Harris.  Mr. Harris began to slap my boyfriend over the head in a slapping motion, as Sam fell to the floor.  Mr. Harris kept slapping Sam and he was saying "I'll kill you little nigga".  Sam's brother David tried to push Mr. Harris off but he got pushed back, Sam wasn't knocked out but he was disoriented and unable to get back up. Mr. Harris walked back out, but he left several bullets on the floor of my apartment.  Mr. Harris picked up several of his bullets off the floor as he was leaving.

*Erin [signature]*

 

**INVESTIGATION INTERVIEW RECORD**
**PHILADELPHIA**
**POLICE DEPARTMENT**
EAST DETECTIVE DIVISION

Q4. Where did Mr. Harris go after he beat up your boyfriend?
A4. He went down to the 2nd floor to his room.


Q5. Did you call 911?
A5. No

Q6. Did you suffer any injuries as a result of this incident?
A6. No

Q7. Can you describe the gun that Mr Harris had in his hand?
A7. Black and it looked like a little machine gun. It had a long clip on it.

Q8. Did Mr Harris fire the weapon?
A8. No but he acted like he was about to.

Q9. Were ever inside Mr. Harris's apartment?
A9. No.

Q10. Did Mr. Harris say anything to you After Mr. Harris beat up your boyfriend?
A10. Yes he said "Oh the cops are coming I have to get out of here". He also said he had to get his shells referring to the shells that were on the floor. The shells had fallen out of the gun when he was hitting my boyfriend with the gun.

Q11. Do you live at 1330 W. Jerome Street?
A11. Yes I live there with my boyfriend on the 3rd floor.

Q12. Is there anything else you want to add this interview?
A12. No.


The above statement of 2 pages is a verbatim statement that I have given Det. Higgins, who recorded my answers to the questions that Det. Higgins asked me. I hereby adopt this verbatim statement and hereby verify by my signature below that the facts set forth in this statement are true and correct to the best of my knowledge, information and belief.

*Compulsory Evidence?*


Signature of Complainant/Witness

3/18/17   1:25
Date and Time


Signature of Detective

 

## INVESTIGATION INTERVIEW RECORD
### PHILADELPHIA
### POLICE DEPARTMENT
#### EAST DETECTIVE DIVISION

| | | | | |
|---|---|---|---|---|
| | | | **CASE NO.** 17-1738 | |
| | | | **INTERVIEWER:** Det. Farward | |
| **NAME:** P/O Michael Chichearo | **AGE:** 99 | **RACE:** White | **SEX:** Male | **DOB:** 9-9-99 |
| | **APT. NO:** | | **PHONE:** | |

| | | | |
|---|---|---|---|
| | | **PHONE NO.:** | |
| **DATES OF PLANNED VACATIONS:** | | | |
| **DATES OF PLANNED BUSINESS TRIPS:** | | | |
| **NAME OF CLOSE RELATIVE:** | | | |
| **ADDRESS:** | | **PHONE NO.** | |

| | | | |
|---|---|---|---|
| **PLACE OF INTERVIEW:** East Detectives | **DATE:** 3/18/17 | **TIME:** 1:00 am | |
| **BROUGHT IN BY:** Self | **DATE:** 3/18/17 | **TIME:** 12:30 am | |
| **WE ARE QUESTIONING YOU CONCERNING:** AGG assault | | | |
| **WARNINGS GIVEN BY:** | **DATE:** | **TIME:** | |

| ANSWERS: | | | | | | |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |

I am Detective Randall Farward #813; I will be interviewing you in reference to an Aggravated Assault apprehension that occurred at 1330 Jerome.

Q. What occurred at 1330 Jerome?
A. P/O Martin #4225 and I were working RPC H25 when we responded to a person with a gun and a report of a shooting at 1330 Jerome st. Upon arriving on location, we observed a black male later identified as the complainant (Samuel Hodge) who was standing on the porch of 1330 Jerome and he appeared to be dazed. We then observed several live bullets on the porch around where we observed the complainant standing. The front door of the apartment complex was open and we heard a female screaming and it also sounded as if she was crying. I proceeded up the stairs and I observed the bathroom door halfway open and I saw a male later identified as Corwin Harris drop a black object in the corner in between the door and the tub. I hear the object fall and it sounded like a heavy metal object. At which point the male exited the bathroom and stated "yo they fighting upstairs" I observed the male walk into the front bedroom and I continued up the steps to the 3rd floor to where I heard the female crying. I observed a female named Erin Thomas crying and I asked her what happened.

Q. What did Ms Thomas say happened?
A. She stated she was arguing with Hodge who is her boyfriend and that during the argument harris attempted to intervene and produced a black and silver hand gun and began to strike Hodge numerous times with the gun causing lacerations to his head.

Q. What did you do after speaking with Thomas?
A. I proceeded back down the stairs to the where I saw Harris drop the object in the bathroom and I saw a large black assault rifle with a round drum magazine and next to that I observed a black and silver handgun with an extended magazine. I went to place Harris under arrest but he fled the location and was later stopped by H27 on 1300 Colwyn st. Harris was positively identified by both the witness and complainant. Epw 2500 transported Harris to CCTV.

FALSE PROP. RECIEPY CRN & SILVER    P3/2    Read 11 - &11B

 

### INVESTIGATION INTERVIEW RECORD
### PHILADELPHIA
### POLICE DEPARTMENT
#### EAST DETECTIVE DIVISION

Q. Did you observe any other evidence while on the second floor?
A. Myself and P/O Martin observed a large black bullet proof vest, a gas mask, a black bag with a brown pipe that had a black end cap, several plants that appeared to be marijuana plants and also several buckets of unknown chemicals. We immediately evacuated the building and notified a supervisor as well both bomb squad and Swat.

Q. Is there anything else you would like to add?
A. No.

Statement concluded at: 1:47 am.

The above statement of 2 pages is a verbatim statement that I have given Det. Farward #813, who recorded my answers to the questions that Det. Farward #813 asked me. I hereby adopt this verbatim statement and hereby verify by my signature below that the facts set forth in this statement are true and correct to the best of my knowledge, information and belief.

_____
Signature of Complainant Witness

3-17-17
_____
Date and Time

_____
Signature of Detective

| **INVESTIGATION INTERVIEW RECORD** | **CITY OF PHILADELPHIA** |
| *CONTINUATION SHEET* | **P O L I C E    D E P A R T M E N T** |

Q. Was your son shot?
A. No he was beat up and had been pistol wiped.

Q. Do you own 1330 Jerome Street?
A. Yes

Q. How long have you owned 1330 Jerome Street?
A. Since 1991.   -- *false*

Q. Do you rent 1330 Jerome Street out ?    *each unit is rented*
A. Yes I rent it out to a guy with the last name of Corwin who lives in the 2nd floor front. I have rented it out to him for close to a year.  Corwin is a tenant who has signed a lease. ← *FALSE*

Q.  Were you present at 1330 Jerome Street on 3-17-17 when an assault took place?
A. No.

Q. Did you know that Corwin had any weapons inside 1330 Jerome Street?    *not a lease term*
A. No and in his lease that he signed it states that there are to be no weapons inside the property.

Q. Are you giving the Police Consent to search for and recover any weapons that are inside the property at 1330 Jerome Street 2nd floor front bedroom?
A. Yes

Q. Is there anything else that you would like to add to this interview?
A. No.


The interview consisting of 2 pages concluded at am.
I have read the foregoing interview consisting of 2 pages and it is true and correct to the best of my knowledge.
Signature:
Date: _____   Time: _____

| RECORD | CHECKED BY: |
| [ ] YES    [ ] NO | |
| REVIEWED BY: | |

75-483

| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT East Detective Division | CASE# |
|---|---|---|

**INTERVIEWER:** Det. Tomon

**NAME** Samuel Hodge
**ADDRESS**

**AGE** 23
**APT#**

**RACE/SEX** B/M

**DOB** 11/24/93
**PHONE#**

**NAME OF EMPLOYER / SCHOOL**

**ADDRESS OF EMPLOYER / SCHOOL** **PHONE#**

**DATES OF PLANNED VACATION / BUSINESS TRIPS**

**NAME OF CLOSE RELATIVE** **RELATIONSHIP**

**ADDRESS OF RELATIVE** **PHONE#**

**PLACE OF INTERVIEW** East Detectives **DATE** 3/18/17 **TIME** 12:30am
**BROUGHT IN BY** Police **DATE** 3/18/17 **TIME**

**WE ARE QUESTIONING YOU CONCERNING:** Dom Assault

**WARNINGS GIVEN BY:** **DATE** **TIME**

**ANSWERS:**

| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|

**Q1.** I am Det. Tomon # 772, and I have to advise you that you are not in custody and are free to end this interview at anytime, do you understand that?

**A1.** Yes

**Q2.** What happened tonight that brings you hear?

**A2.** I was having an argument with my girlfriend Erin Thomas over McDonalds, we were in my room which is on the third floor front bedroom of 1330 W. Jerome. My girl left the room and she was stopped at the top of the steps when the guy who lives on the second floor front bedroom came up to my room with a handgun in his hand. When I saw him with the gun I shut my bedroom door and he kicked it open. He started pointing the gun at me, it was pointed at my head and chest. He got closer to me and started hitting me on the back of the head with gun. He hit me five times and the magazine fell out, he said "you made me drop my clip." He started hitting me again and picked up the magazine. He started hitting me again and he said "you made me drop my bullets on the floor." I saw the bullets on the floor. Then he stopped hitting me and said "get the fuck up out of here." I ran out the house and my dad was called. The police showed up, and I told them what happen. The officers eventually got the male who hit me with the gun stopped. I told the officer that was the male who assaulted me

**Q3.** Can you describe the gun?

**A3.** A black semi-auto handgun with a big magazine.

**Q4.** How many times did he hit you with the gun?

**A4.** Around eight to twelve times.

**Q5.** Were you injured?

**A5.** Yes, I have cuts to my head and it was bleeding.

**Q6.** Was your girlfriend assaulted?

**A6.** No.

**Q7.** Did he ever fire the gun?

**RECORD** ☐ YES ☐ NO **CHECKED BY:**

**REVIEWED BY:**

76-483

pg 14

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME Samuel Hodge | PAGE: 2 | CASE# |

A7. No.

**Q8.** Did the male have permission to go in your room?
**A8.** No, he kicked the door in.

**Q9.** How long has the offender lived there?
**A9.** Around eight or nine months.

**Q10.** Did the male threaten to kill you?
**A10.** Yes, when he first came in he said "I'am gonna shoot the hell out of you."

**Q11.** Are you going to go to the hospital?
**A11.** Yes, when I leave here.

**Q12.** Is there anything else you want to add?
**A12.** No.

*different threat than statement made*

*coercion by police*

SIGNATURE OF INTERVIEWEE: _Samuel Hodge_        DATE: 3-18-17

75-483 CONTINUATION

pg 14

PROPERTY RECEIPT

| | |
|---|---|
| ☐ LOST AND FOUND | |
| ☐ FOR INVESTIGATION | |
| ☐ PERSONAL PROPERTY FOR SAFEKEEPING | |
| XX EVIDENCE | |

FROM WHOM TAKEN
HOME

ADDRESS
1330 W. Jerome St.

OWNER (If Known)

ADDRESS

DEFENDANT'S NAME
Corwin Harris

AGE

SEX
M

DATE 2:10AM
3-18-17   TIME

LAB USER FEE REQUESTED
☐ YES   ☐ NO

No. 3294449

DISTRICT
25/EDD

UNIT
317

DC NO.
17-25-021 541

SEIZURE NO.

BULK OF PROPERTY STORED AT
City Hall

ITEMS OF PROPERTY AND CIRCUMSTANCES UNDER WHICH IT WAS RECEIVED INCLUDING THE EXACT LOCATION TAKEN FROM

1. Description: (1) black ballistic vest.
2. Circumstances: recovered from the second floor front room of 1330 W. Jerome Street.
3. Control #:17-2591.   *Store bought legally owned & not used in a crime*
4. UCR:411
5. Assigned: Det Higgins #859
6. Charges: Aggravated Assault and related charges.
7. Additional Charges Property Receipts: Yes.

If the person from whom the above amount of money and/or property was taken does not sign below, state reason why:

PERSON FROM WHOM TAKEN (Signature)

RECEIVED BY POLICE DEPARTMENT

Arresting or Receiving Officer: (If personal property for safe-keeping, Desk Supervisor is the Receiving Officer)

| WITNESS (Signature) Det Sherwood | BADGE NO. (Type) 714 | SIGNATURE Det Higgins | BADGE NO. (Type) 859 |
|---|---|---|---|

TRANSFERRED TO EVIDENCE CUSTODIAN/COLLECTOR

I hereby acknowledge receipt of the above listed items.

| (Date) | (Time) | (Evidence Custodian/Collection) |
|---|---|---|

RELEASE FROM CUSTODY OF POLICE DEPARTMENT

This will acknowledge the receipt from the Police Department of the City of Philadelphia of the amount of money and/or property listed above, and will constitute the release of the City of Philadelphia and its agencies from any and all future responsibility therefor.

| | |
|---|---|
| ☐ Returned to Owner or Agent | RECEIVED BY (Owner or Agent) |
| ☐ Confiscated by Court | OWNER OR AGENT (Signature) |
| ☐ Destroyed by Order of Court | |
| Petition No. ___ | WITNESS (Signature)    BADGE NO.    DATE |
| ☐ Escheat to State | |
| Escheat List No. ___ | RECEIVED BY (Other than Owner of Agent) |
| ☐ To Department of Collections | SIGNATURE AND TITLE |
| ☐ Other Disposition (Explain): | WITNESS    DATE |

75-3 (Rev. 8/15)

POLICE DEPARTMENT

Defendants COPY

14B

| PROPERTY RECEIPT | FROM WHOM TAKEN | | AGE | SEX | N° 3294448 |
|---|---|---|---|---|---|
| ☐ LOST AND FOUND | HOME _ADDRESS_ | | DATE 2:10AM | TIME M | DISTRICT 25/EDD | UNIT D317 |

PROPERTY RECEIPT

☐ LOST AND FOUND

☐ FOR INVESTIGATION

☐ PERSONAL PROPERTY FOR SAFEKEEPING

XX EVIDENCE

**FROM WHOM TAKEN:** HOME
**ADDRESS:** 1330 W. Jerome St.
**OWNER** (If Known):

**AGE:**
**SEX:** M
**DATE:** 3-18-17
**TIME:** 2:10AM
**N°** 3294448
**DISTRICT:** 25/EDD
**UNIT:** D317
**LAB USER FEE REQUESTED:** ☐ YES ☐ NO
**DC NO.:** 17-25-021541
**SEIZURE NO.:**

**ADDRESS:** S/A

**DEFENDANT'S NAME:** Corwin Harris
**BULK OF PROPERTY STORED AT:** F.I.U.

ITEMS OF PROPERTY AND CIRCUMSTANCES UNDER WHICH IT WAS RECEIVED INCLUDING THE EXACT LOCATION TAKEN FROM

1.)DESCRIPTION:(1) black color 28 round extended magazine40cal., (1)17 round clear color plastic 40 cal. magazine, (2) black color metal 223 cal. XXXXXX magazine double stacked with a max capaacity for 45 rounds each side, XXXX (1) silver color metal replacment AR Rifle triger guard amd magazine well, (1) 90 round 223 cal. rifle drum, (1)extended handle replacement light and aiming sight for an AR rifle.          whereabouts false

2.)Circumstances:  Above listed items were recovered incident to the search of 1330 W. XXXXXX Jerome St.  Above listed items were recovered from inside the 2nd floor front room.     now refer to pgn discovery statement

3.)UCR: 411 Det. Higgins #859 assigned
4/)CHARGES: Agg/ Assault and related charges
5.)Additional Property Receipts: Yes

If the person from whom the above amount of money and/or property was taken does not sign below, state reason why:

RECEIVED BY POLICE DEPARTMENT

Arresting or Receiving Officer: (If personal property for safekeeping, DeskSupervisor is the Receiving Officer)

PERSON FROM WHOM TAKEN (Signature)

| WITNESS (Signature) | BADGE NO. (Type) | SIGNATURE | BADGE NO. (Type) |
|---|---|---|---|
| Det. Sherwood 220177 | 714 | Det. Higgins 255259 | 859 |

TRANSFERRED TO EVIDENCE CUSTODIAN/COLLECTOR

I hereby acknowledge receipt of the above listed items.

| (Date) | (Time) | (Evidence Custodian/Collection) |
|---|---|---|

RELEASE FROM CUSTODY OF POLICE DEPARTMENT

This will acknowledge the receipt from the Police Department of the City of Philadelphia of the amount of money and/or property listed above, and will constitute the release of the City of Philadelphia and its agencies from any and all future responsibility therefor.

☐ Returned to Owner or Agent
☐ Confiscated by Court
☐ Destroyed by Order of Court
    Petition No.
☐ Escheat to State
    Escheat List No.
☐ To Department of Collections
☐ Other Disposition (Explain):

**RECEIVED BY** (Owner or Agent)

OWNER OR AGENT (Signature)

| WITNESS (Signature) | BADGE NO. | DATE |
|---|---|---|

**RECEIVED BY** (Other than Owner of Agent)

SIGNATURE AND TITLE

| WITNESS | DATE |
|---|---|

75-3 (Rev. 8/15)                                                    POLICE DEPARTMENT

| PROPERTY RECEIPT | FROM WHOM TAKEN | | | | | Nº 3294447 |
|---|---|---|---|---|---|---|
| ☐ LOST AND FOUND | HOME | | | AGE | SEX | |
| | ADDRESS | | | DATE 2:10AM | TIME | DISTRICT | UNIT |
| ☐ FOR INVESTIGATION | 1330 W. Jerome St. | | | 3-18-17 | M | 25/EDD | D317 |
| ☐ PERSONAL PROPERTY FOR SAFEKEEPING | OWNER (If Known) | | | LAB USER FEE REQUESTED | | DC NO. |
| | S/A | | | ☐ YES   ☐ NO | | 17/25/021541 |
| | ADDRESS | | | | | SEIZURE NO. |
| XX EVIDENCE | DEFENDANT'S NAME   W/XX   CORWIN HARRIS | | | BULK OF PROPERTY STORED AT   F.I.U. | | |

ITEMS OF PROPERTY AND CIRCUMSTANCES UNDER WHICH IT WAS RECEIVED INCLUDING THE EXACT LOCATION TAKEN FROM

1.)DESCRIPTION:(394)XX  Live unfired 223 Rem cal Tulammo brand rifle rounds.
(42) live unfired 40 cal. S&W, Maxxtech brand rounds.

2.)CIRCUMSTANCES: Above rounds located inside the address of 1330 W. Jerome St.
incident to the property being searched. Rounds were found both loose and
inside the 2nd floor front room.

3.) CONTROL NUMBER:17-2591 Det.Higgins #859 assigned
4.)UCR:Aggravated Assault 411
5.)Charges: Aggravated Assault

| If the person from whom the above amount of money and/or property was taken does not sign below, state reason why: | RECEIVED BY POLICE DEPARTMENT |
|---|---|
| | Arresting or Receiving Officer: (If personal property for safe-keeping, DeskSupervisor is the Receiving Officer) |
| PERSON FROM WHOM TAKEN (Signature) | |

| WITNESS (Signature) | BADGE NO. (Type) | SIGNATURE | BADGE NO. (Type) |
|---|---|---|---|
| Det.Sherwood 220177 | 714 | Det. Higgins 255259 | 859 |

TRANSFERRED TO EVIDENCE CUSTODIAN/COLLECTOR

I hereby acknowledge receipt of the above listed items.

| (Date) | (Time) | (Evidence Custodian/Collection) |
|---|---|---|

RELEASE FROM CUSTODY OF POLICE DEPARTMENT

This will acknowledge the receipt from the Police Department of the City of Philadelphia of the amount of money and/or property listed above, and will constitute the release of the City of Philadelphia and its agencies from any and all future responsibility therefor.

| ☐ Returned to Owner or Agent | RECEIVED BY (Owner or Agent) | | |
|---|---|---|---|
| ☐ Confiscated by Court | OWNER OR AGENT (Signature) | | |
| ☐ Destroyed by Order of Court | | | |
| Petition No. | | | |
| ☐ Escheat to State | WITNESS (Signature) | BADGE NO. | DATE |
| Escheat List No. | | | |
| ☐ To Department of Collections | RECEIVED BY (Other than Owner or Agent) | | |
| ☐ Other Disposition (Explain): | SIGNATURE AND TITLE | | |
| | WITNESS | | DATE |

| 75-3 (Rev. 8/15) | | POLICE DEPARTMENT |
|---|---|---|

Pg 15B

PROPERTY RECEIPT

Nº 3294446

- [ ] LOST AND FOUND
- [ ] FOR INVESTIGATION
- [ ] PERSONAL PROPERTY FOR SAFEKEEPING
- [X] EVIDENCE

**FROM WHOM TAKEN**
HOME

19

**ADDRESS**
1330 W. JEROME ST.    *proof of forgery*

**OWNER** (If Known)
*forger here!*

**ADDRESS**
S/A

**DEFENDANT'S NAME**
~~Roth~~ Corwin Harris

**DATE** 3-18-17  **TIME** 2:10AM  M

**DISTRICT/UNIT** 25/EDDD317  P9/6

**LAB USER FEE REQUESTED** [ ] YES  [ ] NO

**DC NO.** 17-25-021541

**SEIZURE NO.**

**BULK OF PROPERTY STORED AT**
CHEM. LAB ~~xx~~

ITEMS OF PROPERTY AND CIRCUMSTANCES UNDER WHICH IT WAS RECEIVED INCLUDING THE EXACT LOCATION TAKEN FROM

1.)Description:(1) Two foot tall living green Marijuana plant with roots still attached.

*I chickens is the forger*

2.)CIRCUMSTANCES:  Above ~~xxxxxxxx~~ plants were recovered incident to the ~~xxx~~ property of 1330 W. Jerome St. being searched. Plants were recovered in the 2nd floor front room.

3.UCR: 411 Det. Higgins #859 assigned
4.CHARGES: Agg. Assault and related charges
5.FIELD Test: NIK test "E" conducted by Det. Higgins with a positive response
6.Additional Property Receipts: YES

*Dt. Higgins*
*is the person signing ...*

If the person from whom the above amount of money and/or property was taken does not sign below, state reason why:

**RECEIVED BY POLICE DEPARTMENT**

Arresting or Receiving Officer: (If personal property for safekeeping, DeskSupervisor is the Receiving Officer)

PERSON FROM WHOM TAKEN (Signature)

| WITNESS (Signature) | BADGE NO. (Type) | SIGNATURE Det. ~~~~ #859 | BADGE NO. (Type) |
|---|---|---|---|
| Det. Sherwood 220177 | 714 | Det. Higgins 255259 | 859 |

**TRANSFERRED TO EVIDENCE CUSTODIAN/COLLECTOR**

I hereby acknowledge receipt of the above listed items.

| (Date) | (Time) | (Evidence Custodian/Collection) |
|---|---|---|

**RELEASE FROM CUSTODY OF POLICE DEPARTMENT**

This will acknowledge the receipt from the Police Department of the City of Philadelphia of the amount of money and/or property listed above, and will constitute the release of the City of Philadelphia and its agencies from any and all future responsibility therefor.

| | **RECEIVED BY** (Owner or Agent) | | |
|---|---|---|---|
| [ ] Returned to Owner or Agent | OWNER OR AGENT (Signature) | | |
| [ ] Confiscated by Court | | | |
| [ ] Destroyed by Order of Court | WITNESS (Signature) | BADGE NO. | DATE |
| Petition No. | | | |
| [ ] Escheat to State | **RECEIVED BY** (Other than Owner of Agent) | | |
| Escheat List No. | | | |
| [ ] To Department of Collections | SIGNATURE AND TITLE | | |
| [ ] Other Disposition (Explain): | | | |
| | WITNESS | | DATE |

POLICE DEPARTMENT

75-3 (Rev. 8/15)

DISTRICT CONTROL COPY

P9/6

PROPERTY RECEIPT

- [ ] LOST AND FOUND
- [ ] FOR INVESTIGATION
- [ ] PERSONAL PROPERTY FOR SAFEKEEPING
- [XX] EVIDENCE

FROM WHOM TAKEN
HOUSE

ADDRESS
1330 Jerome St.

OWNER (If Known)

ADDRESS
S/A

DEFENDANT'S NAME
N/A

| AGE | SEX | № 3294444 |
|---|---|---|

DATE 3-18-17    TIME 2:10AM    M

DISTRICT 25/EDD    UNIT D317

LAB USER FEE REQUESTED  [ ] YES  [ ] NO

DC NO. 17-25-021541

SEIZURE NO.

BULK OF PROPERTY STORED AT
F.I.U.

ITEMS OF PROPERTY AND CIRCUMSTANCES UNDER WHICH IT WAS RECEIVED INCLUDING THE EXACT LOCATION TAKEN FROM

1.) DESCRIPTION: (1) Black and Silver AR Style rifle with aiming scope, silencer, tri-pod stabilizing legs, and extended grip with a flash light.

2.) CIRCUMSTANCES: Weapon listed above was recovered incident to a search of the residence (1330 W. Jerome St.). Weapon listed above was XXXXXXXX located inside the 2nd floor bathroom.

3. CONTROLXXX  Number: 17-2591

XXX
4.) UCR: AGGRAVATED ASSAULT    411
5.) CHARGES: AGGRAVATED ASSAULT

If the person from whom the above amount of money and/or property was taken does not sign below, state reason why:

RECEIVED BY POLICE DEPARTMENT

Arresting or Receiving Officer: (If personal property for safe-keeping, DeskSupervisor is the Receiving Officer)

PERSON FROM WHOM TAKEN (Signature)

| WITNESS (Signature) | BADGE NO. (Type) | SIGNATURE | BADGE NO. (Type) |
|---|---|---|---|
| DET. SHERWOOD  220177 | 714 | DET. HIGGINS  755259  Det. Higgins #859 | 859 |

TRANSFERRED TO EVIDENCE CUSTODIAN/COLLECTOR

I hereby acknowledge receipt of the above listed items.

| (Date) | (Time) | (Evidence Custodian/Collection) |
|---|---|---|

RELEASE FROM CUSTODY OF POLICE DEPARTMENT

This will acknowledge the receipt from the Police Department of the City of Philadelphia of the amount of money and/or property listed above, and will constitute the release of the City of Philadelphia and its agencies from any and all future responsibility therefor.

- [ ] Returned to Owner or Agent
- [ ] Confiscated by Court
- [ ] Destroyed by Order of Court
       Petition No.
- [ ] Escheat to State
       Escheat List No.
- [ ] To Department of Collections
- [ ] Other Disposition (Explain):

RECEIVED BY (Owner or Agent)

OWNER OR AGENT (Signature)

| WITNESS (Signature) | BADGE NO. | DATE |
|---|---|---|

RECEIVED BY (Other than Owner or Agent)

SIGNATURE AND TITLE

| WITNESS | DATE |
|---|---|

75-3 (Rev. 8/15)

POLICE DEPARTMENT

DISTRICT CONTROL COPY

# CRIME SCENE LOG

| DATE | TIME OF ASSIGNMENT | LOCATION | | D.C.# |
|---|---|---|---|---|
| 3/2/17 | Ass Assault | 130 Jerome | | 17-25- |

| FIRST OFFICER(S) TO THE SCENE | | BADGE # | | ARRIVAL TIME |
|---|---|---|---|---|
| Chichero / Martin Ridss | | #1136 | | 10:3 jm |

| FIRST SUPERVISOR ON THE SCENE | BADGE# | HOSPITAL | TRANSPORTED BY | TIME |
|---|---|---|---|---|
| Sgt Fiscick | 348 | n/a | H-14 | 10:30p- |

| NAME OF VICTIM (s) | | | |
|---|---|---|---|
| Samuel Hodge | | | |

DYING DECLARATIONS (LIST THE DATE, TIME, LOCATION, STATEMENT (s) AND WITNESSES BOTH P'SLICE & CIVILIAN)

| SUSPECT #1 NAME | | ADDRESS | | |
|---|---|---|---|---|
| Corwin Robert Harris | | 130 Jerome | | |

| PHONE # | D.O.B. | SOCIAL SECURITY # | | |
|---|---|---|---|---|
| | 1-15-56 | | | |

| SUSPECT #2 NAME | | ADDRESS | RACE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| Corwin Robert Harris | | 130 Jerome | B | 6'0 | 380 |

| PHONE # | D.O.B. | SOCIAL SECURITY # | RACE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| | 1-15-56 | | B | 6'0 | 380 |

DESCRIPTION OF SUSPECT (INCLUDE CLOTHING)

| IF A SUSPECT WAS TAKEN TO HOSPITAL WHICH HOSPITAL | TRANSPORTED BY | TIME |
|---|---|---|

| NAME (S) OF WITNESSES | ADDRESS | PHONE # |
|---|---|---|

ADDITIONAL INFORMATION

| OFFICER'S SIGNATURE | BADGE # | ASSIGNMENT |
|---|---|---|
| J/6/Taylor #8A2629125 | 7663 | 25534 |

75-816

FORM 75-48A

**PHILADELPHIA POLICE DEPARTMENT**
**VEHICLE / PEDESTRIAN INVESTIGATION REPORT**

Date: 3/18/2017

## GENERAL INFORMATION

| YEAR | DIST OCC | PSA | DIST ASSIGN | PVN | REPORT DATE | TYPE OF STOP | CODE |
|------|----------|-----|-------------|-----|-------------|--------------|------|
| 2017 | 2500 | 254 | 5300 | H27 | 3/18/2017 12:32 AM | Investigation Of Person | 2701 |

| LOCATION OF OCCURRENCE | DESCRIPTION OF APARTMENT,HOUSE,BUSINESS,ETC |
|------------------------|---------------------------------------------|
| 1300 W. COLWYN ST | |

| INSIDE/O UTSIDE | DATETIME OCCURRENCE | TIME OUT | DAY | DATETIME ARREST | TIME IN | NUM PRESENT |
|-----------------|---------------------|----------|-----|-----------------|---------|-------------|
| Outside | 3/17/2017 10:40 PM | 10:40 PM | 5 | 3/17/2017 11:00 PM | 11:00 PM | 1 |

| NUM INVESTIGATED | APPROVED | APPROVAL DATETIME |
|------------------|----------|-------------------|
| 1 | No | |

## PEDESTRIAN

| NAME OF PEDESTRIAN | SEX | AGE | DOB | RACE | LATINO | ACCENT | DC NUMBER |
|--------------------|-----|-----|-----|------|--------|--------|-----------|
| CORWIN ROBERT HARRIS | M | 37 | 1/18/1980 | B | NO | NO | 201725021538 |

| ADDRESS | APT # | CITY | STATE | ZIPCODE | DIST RES | NICKNAME |
|---------|-------|------|-------|---------|----------|----------|
| 1330 JEROME STREET | | PHILADELPHIA | PA | 19140 | 2400 | |

| SSN | OLN | STATE | HEIGHT | WEIGHT | BUILD | EYE COLOR | HAIR COLOR |
|-----|-----|-------|--------|--------|-------|-----------|------------|
| 2974 | 26459706 | PA | 6'00" | 368 | Heavy | BRO | BLD |

| FACIAL HAIR | COMPLEXION | FURTHER DESCRIPTION (CLOTHING,SCARS,TATTOO(S)) |
|-------------|------------|------------------------------------------------|
| Mustache | Light Brown | BLK. LEATHER FLIGHT COAT WITH WOOL COLLAR, BLK. PANTS, RED AND BLK. SNEAKERS, ORANGE MULTI-COLORED STRIPE SHIRT. |

| VALID ID |
|----------|
| YES |

| ARTICULATE FULLY THIS REASON FOR STOPPING THIS PERSON | MALE STOPPED IN REF. TO SHOOTING THAT OCCURRED AT 1330 W. JEROME STREET. MALE MATCHED FLASH GIVEN OUT OF (B/M, BLK. COAT, HEAVY SET, PARTIALLY BALD WITH WILD SIDE HAIR, POSSIBLY ARMED). MALE OBSERVED WALKING E/B ON COLWYN ST. THEN W/B ON COLWYN ST. STOPPED AND INVESTIGATED, AND ID'd BY H25 RPC AS MALE THEY SAW IN HOUSE AT 1330 W. JEROME ST. AND LEAVE. DEF. TRANSPORTED TO EDD FOR PROCESSING. |
|---|---|

| INDIVIDUAL FRISKED? | FRISK DESCRIPTION |
|---------------------|-------------------|
| YES | frisked, FOR OFFICER SAFETY, AND ARREST |

| INDIVIDUAL SEARCHED? | SEARCH DESCRIPTION |
|----------------------|--------------------|
| YES | SEARCHED, SEARCH INCIDENT TO ARREST. |

| EVIDENCE/CONTRABAND RECOVERED? | EVIDENCE/CONTRABAND DESCRIPTION |
|--------------------------------|--------------------------------|
| No | |

| INDIVIDUAL ARRESTED? | ARREST DESCRIPTION |
|----------------------|--------------------|
| Yes | MALE ARRESTED FOR AGG. ASSAULT GUN AT 1330 W. JEROME ST. |

| ARREST DC REQUIRED? | ARREST DC NUMBER |
|---------------------|------------------|
| YES | 201725021537 |

## OFFICER INFORMATION

| PREPARED BY | PAYROLL | BADGE | DIST/SQUAD |
|-------------|---------|-------|------------|
| MARTINEZ DANIEL | 209231 | | 53/2 L |

| PARTNER | PAYROLL | BADGE | DIST |
|---------|---------|-------|------|
| CARTER JOSEPH | 218988 | | 53 |

| DIFFERENT ENTERER | PAYROLL | BADGE | DIST |
|-------------------|---------|-------|------|
| | | | |

| SUPERVISOR | PAYROLL | BADGE | DIST |
|------------|---------|-------|------|
| | | | |

Pertinent Information

P318

# BIOGRAPHICAL INFORMATION REPORT

[✓] ARREST     [ ] INVESTIGATION     [ ] OTHER          PHILADELPHIA POLICE DEPARTMENT

(CHECK BLOCKS WHERE DOCUMENTATION EXISTS)

| DATE 3-17-17 | TIME 10:40 pm | LOCATION OF INITIAL CONTACT 1300 COLWYN ST. | DISTRICT HP | D.C. NO. 17-25-21581 |
|---|---|---|---|---|

| NAME LAST HARRIS | FIRST CORWIN | MIDDLE | D.O.B. 1-18-80 | SEX M | RACE B |
|---|---|---|---|---|---|

| HEIGHT 6'0" | WEIGHT 360 | HAIR COLOR BK | EYE COLOR BR | COMPLEXION Light | BUILD HEAVY | GLASSES (YES/NO) NO | FACIAL HAIR YES |
|---|---|---|---|---|---|---|---|

| NICKNAME | ALIASES | MARITAL STATUS S |
|---|---|---|

| RESIDENCE STREET NUMBER/NAME 1330 W. JEROME ST. Apt 200 Fr/Front | CITY/STATE (OTHER THAN PHILA.) | DIST. 25 |
|---|---|---|

| TYPE OF RESIDENCE Apt | RESIDES WITH SELF | DRIVER NUMBER N/A | STATE N/A |
|---|---|---|---|

| SOCIAL SECURITY NUMBER 193-64-8 2974 | OCCUPATION Unemployed | EMPLOYER/ADDRESS N/A |
|---|---|---|

| PLACE OF BIRTH/CITY, STATE PHILA | GROUP AFFILIATION | ETHNIC BACKGROUND |
|---|---|---|

| SCARS, TATTOOS, DEFORMITIES NONE. | CLOTHING DESCRIPTION Black Coat Multi-Color Polo Black Red Nike sneakers | JEWELRY WORK N/A |
|---|---|---|

## VEHICLE INFORMATION

| | YEAR | MAKE | MODEL | COLOR | STATE | TAG | VIN |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| | OWNER-LAST NAME, FIRST | ADDRESS | CITY | STATE |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

| MODUS OPERANDI (METHODS, TRAITS, ETC.) | AREAS FREQUENTED |
|---|---|
| | |

75-229 (Rev. 3/92)

AREAS MARKED WITH ▶ MUST BE FILLED IN.
CHECK RELIABILITY BOXES WHEN APPROPRIATE

P318

# CRIME SCENE LOG

| | | |
|---|---|---|
| DATE | 3/3/17 | TIME OF ASSIGNMENT | Ass Awll | LOCATION | 130 Jrieme |
| D.C. # | 1735 | | |

FIRST OFFICER (S) ON THE SCENE
Chichetti / Marten

FIRST SUPERVISOR ON THE SCENE
Sst Piecek

| NAME OF VICTIM (S) | BADGE # | HOSPITAL | TRANSPORTED BY | ARRIVAL TIME |
|---|---|---|---|---|
| | | | | TIME |
| Sst Piecek | | | | 10:30 |
| Samul Hodg | 348 | n/a | Hdg | 10:30p |

DYING DECLARATIONS (LIST THE DATE, TIME, LOCATION, STATEMENT (") AND WITNESSES BOTH POLICE & CIVILIAN)

| SUSPECT #1 NAME | ADDRESS | RACE | HEIGHT | WEIGHT |
|---|---|---|---|---|
| Colvin Robt Harris | 13v Jriem | B | 6'6 | 262 |

| PHONE # | D.O.B. 1-18-96 | SOCIAL SECURITY # | | |

| SUSPECT #2 NAME | ADDRESS | | | |

| PHONE # | D.O.B. | SOCIAL SECURITY # | | |

DESCRIPTION OF SUSPECT (INCLUDE CLOTHING)

| IF A SUSPECT WAS TAKEN TO HOSPITAL WHICH HOSPITAL | TRANSPORTED BY | TIME |
|---|---|---|

| NAME (S) OF WITNESSES | ADDRESS | PHONE # |
|---|---|---|

ADDITIONAL INFORMATION

| OFFICER'S SIGNATURE | BADGE # | ASSIGNMENT |
|---|---|---|
| J Taylor 962662925 | 7603 | 2534 |

75-616

180

## CRIME SCENE INFORMATION

### RECORD NAMES OF ALL PERSONS ENTERING THE CRIME SCENE (INCLUDE FIRE PERSONNEL, M.E., Etc.) AND REASON FOR BEING ON CRIME SCENE

| NAME | UNIT / DEPARTMENT | ENTRY TIME | EXIT | BRIEF EXPLANATION |
|---|---|---|---|---|
| Martz Army | 17-25 | 10:31 | | Responded to call for shots fired / Assault |
| Chichester Hiro | 17-25 | 10:31 | | |
| Sgt Piscik #441 | 17-JA | 11:w | | Supervise on Scene |
| Lt. Ozdonsle | | 11:00 | | |
| Det Hannou #708 | | | | Enforce site after |
| Officer #7623 | | 1131 | | |
| Cpt Riley #03 | 2534 | 1110 | | |
| Sgt Delaney #329 | 874 | 1130 | | Wildscene ~ Finish CS Log |
| McGinnis 2554 | Bombsquad | 1130 | | |
| Cole 4755 | ¼ | 1131 | | |
| Soap 3936 | ¼ | 1131 | | |
| Ashford 3902 | Swops - S 103 | 1230p | | |
| Det Shewoski #10 | ¼ | 11:30p | | |
| Det Higgins #859 | 2:00 | 2:00 am | | Process Scene |
| Sgt McLemore #362 | ¼ | 2:00 am | | |

### EVIDENCE FOUND & ORIGINAL LOCATION (IF RELOCATED EXPLAIN WHY, WHERE AND BY WHOM)

Assault Rifle, Glock handgun, Bullets, Mar Jane plant,

| CRIME SCENE RELEASED BY | RANK | NAME | BADGE | TIME CRIME SCENE RELEASED |
|---|---|---|---|---|
| Det Shewoski | | | | 2:30 am |

REVIEWED & APPROVED BY: (SERGEANT & ABOVE)

| | DISTRICT / UNIT |
|---|---|

1 person killed and this of the document not 16 persons

## RELATIVES

| | LAST | MAIDEN | FIRST | ADDRESS | CITY/STATE |
|---|---|---|---|---|---|
| SPOUSE | | | | | |
| MOTHER | *deceased* | MAIDEN | FIRST | ADDRESS | CITY/STATE |
| FATHER | LAST | FIRST | | ADDRESS | CITY/STATE |
| BROTHER SISTER | | | | | |
| BROTHER SISTER | | | | | |
| BROTHER SISTER | | | | | |

## ASSOCIATES

| LAST NAME | FIRST NAME | ADDRESS | CITY/STATE | PPN |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

## EDUCATION

| SCHOOL | ADDRESS | CITY/STATE | YEARS |
|---|---|---|---|
| Wilson H.S. | Brood + Jefferson | PP | |

*Intentional Concealment of Thomas Edison Highschool Rivalry*

## CRIMINAL RECORD INFORMATION

| PPN | FBI NUMBER | PA NUMBER | OTHER NUMBER (STATE, IMMIGRATION) |
|---|---|---|---|
| PAROLE NUMBER | PAROLE OFFICER | | TELEPHONE NUMBER(S) |
| PROBATION NUMBER | PROBATION OFFICER | | TELEPHONE NUMBER (S) |

CHIEF CRIMINAL ACTIVITY   *Agg Assault*

| INITIATING OFFICER, LAST NAME | BADGE | RANK | DISTRICT/UNIT/PLATOON |
|---|---|---|---|
| J. Carter 558A / Martinez | 6864 | P/O | |
| ASSIGNED INVESTIGATION | BADGE | RANK | DISTRICT/UNIT PLATOON |

## ADDITIONAL REMARKS

209231

75-229 (Reverse) (Rev. 3/92)

Philadelphia Police Department
Office of Forensic Science
CHEMISTRY UNIT

**CHEM Evidence Control Data Sheet**

Document ID: 3526
Revision # 4 - 7/21/16

Page 1 of 1

# EVIDENCE CONTROL DATA
### (CHEMISTRY – FORM A)

**CITY OF PHILADELPHIA
POLICE DEPARTMENT
OFFICE OF FORENSIC SCIENCE**

DATE / TIME STAMP

OFS USE ONLY

LABORATORY NUMBER
17-3976

RECEIVED BY

CONDITION OF SEAL
(AT EVIDENCE INTAKE)
- ☑ SEAL INTACT
- ☐ RECEIVED UNSEALED: EVIDENCE CONSISTENT WITH PR
- ☐ RECEIVED UNSEALED: PR CORRECTED TO MATCH EVIDENCE

SUBMITTED BY (PLEASE PRINT)

BADGE
813

PAYROLL NUMBER
7293660

D.C. NUMBER
17-25-21541

PROPERTY RECEIPT NUMBER
3294446

SUBMITTED BY (SIGNATURE)

LAB USE ONLY

**SECTION 1: SEAL INTEGRITY VERIFICATION**

| DATE | INITIALS | CONDITION OF SEAL | REMARKS |
|---|---|---|---|
| 3-23-17 | an | S II | |
| | | | |
| | | | |
| | | | |

**SECTION 2: EVIDENCE INVENTORY**

| DATE | INITIALS | REMARKS | |
|---|---|---|---|
| 3-23-17 | an NJ | EVIDENCE CONSISTENT WITH PROPERTY RECEIPT | ☑ |
| | | PROPERTY RECEIPT CORRECTED TO MATCH EVIDENCE | ☐ |
| | | EVIDENCE CONSISTENT WITH PROPERTY RECEIPT | ☐ |
| | | PROPERTY RECEIPT CORRECTED TO MATCH EVIDENCE | ☐ |
| | | EVIDENCE CONSISTENT WITH PROPERTY RECEIPT | ☐ |
| | | PROPERTY RECEIPT CORRECTED TO MATCH EVIDENCE | ☐ |
| | | EVIDENCE CONSISTENT WITH PROPERTY RECEIPT | ☐ |
| | | PROPERTY RECEIPT CORRECTED TO MATCH EVIDENCE | ☐ |

**SECTION 3: TO BE USED WHEN A SAMPLE IS NOT USED**

| DATE | TIME | INITIALS | REMARKS |
|---|---|---|---|
| | | | |

**ISSUING AUTHORITY: Director, Office of Forensic Science**
*Document is uncontrolled if printed.*

PHILADELPHIA POLICE DEPARTMENT
DATE 05/24/17            CHEMISTRY LABORATORY REPORT            PAGE        1

LAB-ID: 17-03976    D.C.: 17-25-021541    PROPERTY RECEIPT: 3294446    UNIT: EDD
  PHOTO NO.:                        D.O.B. :          LABORATORY FEE:    $255.00
  LAST NAME: HARRIS            FIRST NAME: CORWIN        SEQ: 001    AGE:
  LOCATION OF SEIZURE: 01330 W JEROME ST              PHILA          PA
  SUBMISSION DATE: 03/20/17        RECEIVED BY: BATES
  STATUS:                    STATUS DATE:
  ANALYST: NUSBAUM CHRISTOPHER            NO. OF ANALYSIS FILE SEQUENCES: 003
  COURT TERM/BILL NUMBER:                CRT RM:        CRT DATE:
  DISPOSITION:            PETITION NO.:        PETITION DATE:
  ENTRY DATE: 03/20/17                REPORT COMPLETED ON   03/29/17

  ITEM: 1                    SEQUENCE: 001    ANALYSIS ENTRY DATE: 03/27/17
     NUMBER OF ITEMS: 00003
     DESCRIPTION: PLANTS WITH GREEN LEAVES, ROOTS, AND STEMS
     NUMBER OF ITEMS ANALYZED: 00001
  RESULT OF ANALYSIS:
     MARIHUANA          SCHEDULE I
     REPRESENTATIVE SAMPLING WAS USED DURING THE ANALYSIS OF THIS ITEM
     THE RESULTS OF ANALYSIS APPLY ONLY TO THOSE EXHIBITS THAT WERE TESTED

  ITEM:                    SEQUENCE: 002    ANALYSIS ENTRY DATE: 03/27/17
  RESULT OF ANALYSIS:
     ALL ITEMS RECEIVED SEALED IN EVIDENCE BAG
     THE REPORT ACCURATELY REFLECTS THE FINDINGS AND OPINIONS OF THE ANALYST
     WHO PERFORMED THE EXAMINATION.  THE TEST(S) WAS PERFORMED
     IN COMPLIANCE WITH INDUSTRY APPROVED PROCEDURES AND STANDARDS.

  ITEM:                    SEQUENCE: 003    ANALYSIS ENTRY DATE: 03/27/17
  RESULT OF ANALYSIS:
     THE TESTING IS ACCREDITED UNDER THE LABORATORY'S ISO/IEC 17025 ACCREDITATION
     ISSUED BY THE ANSI-ASQ NATIONAL ACCREDITATION BOARD.
     REFER TO CERTIFICATE AND SCOPE OF ACCREDITATION AT-1676.


LABORATORY REPORT SUMMARY        THIS REPORT IS COMPLETE
  NO. OF PAGES:   1  NO. OF DEFENDANTS:   1  NO. OF ANALYSIS FILE SEQUENCES:    3